APPENDIX

TABLE OF ATTACHMENTS

Page 1

| # | Document File Name | Notes |
|---|---|---|
| A | A-LDS_Org_Chart.pdf | Organization Chart<br>Mormon Corporate Empire |
| B | B-First_Vision.pdf | Smith's First Version, Orthodox Presentation. *Gospel Art Book,*<br>© 2009 Intellectual Reserve, Inc. p. 90. |
| C | C-Hill_Cumorah_Photo.pdf | This photo is found on p. 7 of the LDS missionary tracting pamphlet provided by COP to its missionaries and used by Laura Gaddy in Germany, 2005-2006 © 1999 Intellectual Reserve, Inc. |
| D | D-Joseph_Smith_Translating.pdf | Representations of Smith Translating Gold Plates that have been used in Various Publications and Displayed in Various COP-Owned, and Individual Stake and Ward or Branch Buildings to Depict COP's Orthodox False Narrative of the *Book of Mormon* Creation. |
| E | E-Joseph_Smith_Translating.pdf | Depictions of Smith translating from gold plates remain in 2019, as shown on www.josephsmith.net |
| F | F-Joseph_Smith_Translating.pdf | "Joseph Smith Translating the Gold Plates," by Del Parson. Displayed on www.LDS.org |

## TABLE OF ATTACHMENTS

Page 2

| | | |
|---|---|---|
| G | G-Book_of_Abraham_Title-Page.pdf | Title Page of *Book of Abraham* <br> *" The writings of Abraham while he was in Egypt, called the Book of Abraham, written by his own hand, upon papyrus."* |
| H | H-Book_of_Abraham_Facsimile.pdf | Facsimile No. 3 from the *Book of Abraham*, with a comparison of Smith's translation of the figures to the meaning accepted by professional Egyptologists. |
| I | I-Joseph_Smith_Translating.pdf© | *Preach My Gospel* (*a Guide to Missionary Service*) © 2004 Intellectual Reserve, Inc., p. 38. <br><br> This painting by Del Parson is also in the *Gospel Art Book* © 2009, IRI at p. 92. <br><br> The image was also published in the October 2006 & December, 2012 issues of the *Ensign* Magazine, a COP/CES/CC correlated publication. <br><br> This painting depicts Smith, and upon information and belief, Oliver Cowdrey his scribe, at the same table with the gold plates in full view. <br><br> © 2004-2012 Intellectual Reserve |

# TABLE OF ATTACHMENTS

Page 3

| | | |
|---|---|---|
| **J** | J-The_First_Vision.pdf | *The First Vision*, by Del Parson (62470); GAK 403; Primary manual 1-04; Primary manual 2-38; Primary manual 3-10; Primary manual 5-06; Primary manual 6-40; Primary manual 7-40; Joseph Smith—History 1:14–20.<br><br>© 2005 Intellectual Reserve |
| **K** | K-The_First_Vision.pdf | *TEACHINGS OF THE PRESIDENTS OF THE CHURCH: Joseph Smith*, Sunday School Manual,<br>© 2007, Intellectual Reserve, Inc. |
| **L** | L-The_First_Vision.pdf | *JOSEPH SMITH: PROPHET OF THE RESTORATION* Films by LDS Motion Picture Studio, a subsidiary of Bonneville International, Corp.<br>© 2005 & 2011. |
| **M** | M-Gold_Plates_Toy.pdf | Gold Plates Toy Offered For Sale From Deseret Book In 2019. |
| **N** | N-Snow_Transcript.pdf | TRANSCRIPT OF AUDIO BY HISTORIAN STEVEN SNOW<br>"*And now curriculum and seminaries and institute can safely weave these essays into a future curriculum to in a sense 'inoculate' is a word I use quite a bit for the rising generation.* So, they can learn a little bit about these things without being totally shocked when they hear them for the first time." |