ATTACHMENT A

Organizational Chart of the Mormon Corporate Empire

COP's Employees and Agents



COP's Business Entities / Holdings

