ATTACHMENT B. Smith's First Version, Orthodox Presentation.

*Gospel Art Book,* © 2009 Intellectual Reserve, Inc. p. 90.

