ATTACHMENT C. Photo of the Hill Cumorah, circa 1907, by G.E. Anderson



The Hill Cumorah is about three miles southeast of the Smith farm in Palmyra, New York. In Joseph's time the north end was covered with grass, the south with scattered timber and forests. The plates were buried on the west side, not far from the top. Photograph: August 1907

This photo is found on p. 7 of the LDS missionary tracting pamphlet provided by COP to its missionaries and used by Laura Gaddy in Germany, 2005-2006 © 1999 Intellectual Reserve, Inc.