ATTACHMENT D.

Representations of Smith Translating Gold Plates that have been used in Various Publications and Displayed in Various COP-Owned, and Individual Stake and Ward or Branch Buildings to Depict COP's Orthodox False Narrative of the *Book of Mormon* Creation.

