ATTACHMENT E (2 pages). Depictions of Smith translating from gold plates remain in 2019, as shown on www.josephsmith.net



*Joseph Smith translating the plates*, by Simon Dewey, date unknown.



*Joseph translating the golden plates*, by Harold Kilbourne, date unknown.



*Joseph Smith Translating the Book of Mormon*, by Del Parson, date unknown.



*Joseph Smith Translates the Golden Plates*, by Robert Barrett, 1988