ATTACHMENT H. Facsimile No. 3 from the *Book of Abraham*, with a comparison of Smith's translation of the figures to the meaning accepted by professional Egyptologists.



Joseph Smith Translation

Fig 1. Abraham upon Pharaoh's throne
Fig 2. King Pharaoh
Fig 3. Signifies Abraham in Egypt
Fig 4. Prince of Pharaoh, King of Egypt
Fig 5. Shulem, one of the King's waiters
Fig 6. Olimla, a slave

Egyptologist Translation

Fig 1. This is Osiris
Fig 2. Isis the Great, the God's Mother
Fig 3. Libation table (oils, wine, etc)
Fig 4. Maat, mistress of the Gods
Fig 5. The Osiris Hor, Justified forever
Fig 6. Anubis, guide of the dead