ATTACHMENT M. Gold Plates Toy Offered For Sale From Deseret Book In 2019.

