David J. Jordan (1751)
david.jordan@stoel.com
Wesley F. Harward (15623)
wesley.harward@stoel.com
STOEL RIVES LLP
201 S. Main Street, Suite 1100
Salt Lake City, UT 84111
Telephone:  801.328.3131

*Attorneys for Defendant Corporation of the
   President of The Church of Jesus Christ of
   Latter-day Saints*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| LAURA A. GADDY, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>     v.<br><br>CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole,<br><br>                    Defendant. | **NOTICE OF APPEARANCE OF COUNSEL**<br><br>Case No. 2:19-cv-00554-EJF<br><br>The Honorable Evelyn J. Furse |

NOTICE IS HEREBY GIVEN that David J. Jordan of Stoel Rives LLP hereby appears as counsel for defendant The Corporation of the President of The Church of Jesus Christ of Latter-day Saints in the above-captioned action and requests that all further notices, inquiries, and copies of pleadings, papers and other material relevant to this action be directed and served upon the following:

David J. Jordan
   Email: *david.jordan@stoel.com*
STOEL RIVES LLP
201 S Main Street, Suite 1100
Salt Lake City, UT  84111
Telephone:  (801) 328-3131
Facsimile:  (801) 578-6999


DATED:  August 28, 2019.

                           STOEL RIVES LLP


                           */s/ David J. Jordan*
                           David J. Jordan
                           Wesley F. Harward

                           *Attorneys for Defendant Corporation of*
                             *the President of The Church of Jesus*
                             *Christ of Latter-day Saints*

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of August, 2019, a true and correct copy of the foregoing **NOTICE OF APPEARANCE OF COUNSEL** was served via U.S. District Court CM/ECF electronic notification on the following:

Kay Burningham
299 South Main Street, Suite 1375
Salt Lake City, UT 84111
kay@kayburningham.com

                                                 */s/ David J. Jordan*