Kay Burningham (#4201)
kay@kayburningham.com
*Attorney for Laura A. Gaddy and for the Class*
299 South Main St., Suite #1375
Salt Lake City, Utah 84111

Phone: 1.888.234.3706

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| **LAURA A. GADDY**, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>**[The] CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS,** a Utah corporation sole.<br><br>*Defendant.* | **MOTION FOR EXTENSION OF TIME FOR RESPONSE TO DEFENDANT'S 12(b) MOTION.**<br><br>(DEMAND FOR JURY TRIAL)<br><br>Case Number: **2:19-cv-00554-RJS**<br><br>Judge: Robert J. Shelby |

Plaintiff LARA A. GADDY (GADDY"), individually and on behalf of all others similarly situated, hereby moves pursuant to DUCivR 77-2(a)(4) for a fourteen (14) day extension of time to file her response to Defendant's MOTION TO DISMISS PURSUANT TO RULE 12(B)(1) OR, ALTERNATIVELY, 12(B)(6), **(ECF #6).**

Said Motion to Dismiss was filed by Defendant CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS

("COP") on August 27, 2019. Plaintiff's response is currently due September 24, 2019. If granted, a 14-day extension would therefore result in a new due date of October 8, 2019.

Attorney David J. Jordan, counsel for COP, has stipulated to the 14-day extension of time within which to respond.

Finally, a proposed order granting this motion is filed herewith.

DATED: September 9, 2019.        By Kay Burningham, Attorney at Law

/s/ Kay Burningham

Kay Burningham,
Attorney for LAURA A. GADDY and the Class

By STOEL RIVES

/s/ David J. Jordan
Signed by Filing attorney with permission of defense counsel /s/Kay Burningham

David J. Jordan,

Attorney for THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS.