Kay Burningham (#4201)
kay@kayburningham.com
*Attorney for Laura A. Gaddy and for the Class.*
299 South Main Street,
Suite #1375
Salt Lake City, Utah 84111

Phone: 1.888.234.3706

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| **LAURA A. GADDY**, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>**[The] CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS,** a Utah corporation sole.<br><br>*Defendant.* | **ORDER GRANTING EXTENSION OF TIME TO RESPOND TO DEFENDANT'S 12(b) MOTION.**<br><br>(DEMAND FOR JURY TRIAL)<br><br>Case Number: **2:19-cv-00554-RJS**<br><br>Judge: Robert J. Shelby |

Pursuant to stipulation of the parties and per DUCivR 77-2(a)(4), Plaintiff's' Ex Parte Motion for an Extension of 14 days is hereby granted. Plaintiff shall have up to and including October 8, 2019 within which to file her opposition to Defendant's MOTION TO DISMISS PURSUANT TO RULE 12(B)(1) OR, ALTERNATIVELY, 12(B)(6).

DATED: September 9, 2019.                BY THE COURT:

*[signature]*

Anne W. Morgan, Chief Deputy Clerk