| | |
|---|---|
| **From:** | Jordan, David J. |
| **To:** | kay@kayburningham.com; Harward, Wesley F. |
| **Subject:** | RE: Joint Motion for Initial Scheduling Conference |
| **Date:** | Tuesday, September 17, 2019 10:55:45 AM |

Kay,

I reviewed the emails and attachments you circulated this morning. The APMR appears to be very similar (if not identical) to the one you circulated for the first time last Friday. As my colleague informed you then, it is not acceptable to us. We have been clear throughout this process that we believe all discovery (and the time for you to file a motion for certification) should be stayed pending the motion to dismiss. You are therefore not authorized to sign your proposed stipulated motion on our behalf. Instead, in accordance Judge Furse's order, please file your motion per 2(c) and we will respond.

David

**From:** kay@kayburningham.com <kay@kayburningham.com>
**Sent:** Tuesday, September 17, 2019 8:45 AM
**To:** Jordan, David J. <david.jordan@stoel.com>; Harward, Wesley F. <wesley.harward@stoel.com>
**Subject:** Joint Motion for Initial Scheduling Conference
**Importance:** High

In conjunction with my prior email to you this morning, please review and acknowledge that I may sign the attached joint motion on your behalf prior to noon today.

Kay Burningham, Attorney at Law
299 S. Main Street, Suite #1375
Salt Lake City, UT  84111
kay@kayburningham.com

Phone: 1-888-234-3706

Licensed in UT, CA* & CO*
*Inactive