David J. Jordan (1751)
david.jordan@stoel.com
Wesley F. Harward (15623)
wesley.harward@stoel.com
STOEL RIVES LLP
201 S. Main Street, Suite 1100
Salt Lake City, UT 84111
Telephone:  801.328.3131

*Attorneys for Defendant Corporation of the
President of The Church of Jesus Christ of
Latter-day Saints*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| LAURA A. GADDY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole,<br><br>Defendant. | **[PROPOSED] ORDER GRANTING MOTION TO STAY DISCOVERY AND SCHEDULING**<br><br>Case No. 2:19-cv-00554-RJS-DBP<br><br>The Honorable Robert J. Shelby<br>The Honorable Dustin B. Pead |

Before the Court is the Defendant's Short Form Motion to Stay Discovery and Scheduling.  For good cause appearing, the Court GRANTS the motion. Discovery and scheduling are stayed pending the resolution of the Motion to Dismiss (Docket 6).  The deadline to file a motion for class certification pursuant to DUCivR 23-1(d) is also stayed pending the motion to dismiss.

103681218.1 0056812-00016

DATED: September __, 2019.

                                  BY THE COURT

                                  _____