David J. Jordan (1751)
david.jordan@stoel.com
Wesley F. Harward (15623)
wesley.harward@stoel.com
STOEL RIVES LLP
201 S. Main Street, Suite 1100
Salt Lake City, UT 84111
Telephone:  801.328.3131

*Attorneys for Defendant Corporation of the
President of The Church of Jesus Christ of
Latter-day Saints*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| LAURA A. GADDY, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br>　　v.<br><br>CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole,<br><br>　　　　　　Defendant. | **JOINT NOTICE OF STIPULATED PROPOSED ORDER**<br><br>Case No. 2:19-cv-00554-RJS-DBP<br><br>The Honorable Robert J. Shelby<br>The Honorable Dustin B. Pead |

　　　　Plaintiff filed a Motion for Initial Scheduling Conference on September 17, 2019.  Defendant filed a response to Plaintiff's motion and a Short Form Motion to Stay Discovery and Scheduling on September 23, 2019.  Plaintiff filed a response to Defendant's motion on September 24, 2019.  On September 25, 2019, the parties stipulated to a proposed order that would resolve both motions to both parties'

103710222.1 0056812-00016

satisfaction.  Accordingly, the parties jointly request that the proposed order attached as Exhibit A be entered by the Court.

DATED:  September 25, 2019.

STOEL RIVES LLP


*/s/ Wesley F. Harward*
David J. Jordan
Wesley F. Harward

*Attorneys for Defendant Corporation of the President of The Church of Jesus Christ of Latter-day Saints*

*/s/ Kay Burningham (by permission)*
Kay Burningham

*Attorney for Plaintiff Laura A. Gaddy*