# Exhibit A

David J. Jordan (1751)
david.jordan@stoel.com
Wesley F. Harward (15623)
wesley.harward@stoel.com
STOEL RIVES LLP
201 S. Main Street, Suite 1100
Salt Lake City, UT 84111
Telephone: 801.328.3131

*Attorneys for Defendant Corporation of the President of The Church of Jesus Christ of Latter-day Saints*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| LAURA A. GADDY, individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br>    v.<br><br>CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole,<br><br>            Defendant. | **[PROPOSED] STIPULATED ORDER STAYING DISCOVERY AND PROVIDING FOR INITIAL SCHEDULING CONFERENCE**<br><br>Case No. 2:19-cv-00554-RJS-DBP<br><br>The Honorable Robert J. Shelby<br>The Honorable Dustin B. Pead |

Before the Court are Plaintiff's Motion for Initial Scheduling Conference (Docket 14) and Defendant's Short Form Motion to Stay Discovery and Scheduling (Docket 17). Based on the stipulation of the parties, the Court ORDERS:

103681218.2 0056812-00016

- Discovery and scheduling are stayed pending the resolution of the Motion to Dismiss (Docket 6).

- The deadline to file a motion for class certification pursuant to DUCivR 23-1(d) is also stayed pending the Motion to Dismiss.

- An initial scheduling conference will be held after the Court rules on the pending Motion to Dismiss, where in addition to setting deadlines, the issues of discovery in phases and class discovery in particular will be addressed.

DATED: September ___, 2019.

BY THE COURT

_____

Dustin B. Pead