IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| LAURA A. GADDY, individually and on behalf of all others similarly situated,<br>　　　　　　　Plaintiffs,<br>　v.<br><br>CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole,<br>　　　　　　　Defendant. | **ORDER GRANTING MOTION TO STAY DISCOVERY AND SCHEDULING AND DENYING WITHOUT PREJUDICE MOTION FOR SCHEDULING CONFERENCE**<br><br>Case No. 2:19-cv-00554-RJS-DBP<br><br>The Honorable Robert J. Shelby<br>The Honorable Dustin B. Pead |

　　　This matter is referred to the undersigned from Judge Robert Shelby pursuant to 28 U.S.C. § 636 (b)(1)(A).  ECF 15.  Pending before the Court is Plaintiff's Motion for Initial Scheduling Conference (ECF 14) and Defendant's Motion to Stay Discovery and Scheduling (ECF 17) pending resolution of Defendant's Motion to Dismiss.  Based upon the parties' positions and for good cause shown the court will Grant the Motion to Stay and Deny Without Prejudice the Motion for Initial Scheduling Conference.

　　　In response to the Motion to Stay Discovery, Plaintiff "has no objection to a Court-ordered stay of discovery which includes a stay of the default deadline of November 4, 2019, within which to bring her Motion for Class Certification."  Response p. 2-3.  Plaintiff, however, requests that the Court "set an Initial Scheduling Conference to take place after the Court rules on Defendant's 12(b) Motion, and assuming the case is not stayed pending appeal."  *Id.* at p. 3.

　　　Because there is no opposition to the stay, and because the Court finds that staying this matter for a time is a better use of both the parties and judicial resources, *see, Hines v. United*

*States*, 971 F.2d 506, 509 (10th Cir. 1992) (noting the importance of considering "the interests of judicial efficiency [and the] conservation of scarce judicial resources"), the Court GRANTS Defendant's Motion to Stay Discovery and Scheduling (ECF 14).  Further, the Court DENIES WITHOUT PREJUDICE Plaintiff's for Initial Scheduling Conference (ECF 17).  Once the Court renders a decision on the pending motion to dismiss, and any appeals pertaining to that decision are resolved, the parties are ORDERED to contact the Court within fourteen (14) days to set up a scheduling conference.

    IT IS SO ORDERED.

    DATED this 25 September 2019.

_____
Dustin B. Pead
United States Magistrate Judge