Kay Burningham (#4201)
kay@kayburningham.com
Kay Burningham, Attorney at Law
299 South Main Street,
Suite #1375
Salt Lake City, Utah 84111
Phone: 1.888.234.370

*Attorney for Laura A. Gaddy and the Class.*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| **LAURA A. GADDY**, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>**[The] CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS,** a Utah corporation sole.<br><br>*Defendant* | **[PROPOSED] ORDER ON PLAINTIFF'S EX PARTE MOTION FOR LEAVE TO FILE OVERLENGTH MEMORANDUM**<br><br>(DEMAND FOR JURY TRIAL)<br><br>**2:19-cv-00554-RJS--DBP**<br><br>Judge: Robert J. Shelby<br><br>Magistrate Judge: Dustin B. Pead |

On a showing of good cause, and for the reasons set forth in Plaintiff's' Ex Parte Motion for Leave to File Over Length Memorandum,

IT IS HEREBY ORDERED: that Plaintiff is granted leave to file an overlength memorandum in opposition to Defendant's 12(b) Motion. The Opposition shall be no more than 8,000 words, verified.

DATED October____, 2019.          BY THE COURT:

_____
DUSTIN B. PEAD
U.S. District Court Magistrate Judge