# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| **LAURA A. GADDY**, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>**[The] CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS,** a Utah corporation sole.<br><br>*Defendant* | **ORDER GRANTING PLAINTIFF'S EX PARTE MOTION FOR LEAVE TO FILE OVERLENGTH MEMORANDUM**<br><br>(DEMAND FOR JURY TRIAL)<br><br>**2:19-cv-00554-RJS--DBP**<br><br>Judge: Robert J. Shelby<br><br>Magistrate Judge: Dustin B. Pead |

On a showing of good cause, and for the reasons set forth in Plaintiff's' Ex Parte Motion for Leave to File Over Length Memorandum,

IT IS HEREBY ORDERED: that Plaintiff is granted leave to file an overlength memorandum in opposition to Defendant's 12(b) Motion. The Opposition shall be no more than 8,000 words, verified.

DATED October 4, 2019.

BY THE COURT:

DUSTIN B. PEAD
U.S. District Court Magistrate Judge