# EXHIBIT 1

## LDS Personal Faith Crisis [Report]

*(Not filed; submitted to Chambers and Counsel only)*