```
```
---

David J. Jordan (1751)
david.jordan@stoel.com
Wesley F. Harward (15623)
wesley.harward@stoel.com
STOEL RIVES LLP
201 S. Main Street, Suite 1100
Salt Lake City, UT 84111
Telephone: 801.328.3131

*Attorneys for Defendant Corporation of the President of The Church of Jesus Christ of Latter-day Saints*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| LAURA A. GADDY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole,<br><br>Defendant. | **UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OVERLENGTH REPLY BRIEF**<br><br>Case No. 2:19-cv-00554-RJS<br><br>The Honorable Robert J. Shelby<br>The Honorable Dustin B. Pead |

Defendant Corporation of the President of The Church of Jesus Christ of Latter-day Saints (the "Church") filed a Motion to Dismiss on August 27, 2019. Plaintiff Laura Gaddy requested two additional weeks to respond to the Motion to Dismiss. The Church stipulated to that extension and Ms. Gaddy's request was granted by the Court. Ms. Gaddy also requested leave to file an overlength brief

103943449.1 0056812-00016

with 1,500 additional words. The Church also did not oppose that request and it was granted by the Court. Ms. Gaddy filed her approximately 8,000-word opposition to the Motion to Dismiss on October 8, 2019. The Church requests and moves the Court for a similar two-week extension of time to file its reply memorandum in support of the Motion to Dismiss. It also requests an additional 1,500 words to address the arguments raised in Ms. Gaddy's opposition. Ms. Gaddy stipulated to this motion. If granted, the Church's reply would be due on November 5, 2019.

    Pursuant to DUCivR 7-1(a)(2), attached as Exhibit A is a proposed order granting this motion.

    DATED: October 15, 2019.

STOEL RIVES LLP

*/s/ David J. Jordan*
David J. Jordan
Wesley F. Harward

*Attorneys for Defendant Corporation of the President of The Church of Jesus Christ of Latter-day Saints*

*/s/ Kay Burningham (by permission)*
Kay Burningham

*Attorney for Plaintiff Laura A. Gaddy*

103943449.1 0056812-00016

# EXHIBIT A

103943449.1 0056812-00016

David J. Jordan (1751)
david.jordan@stoel.com
Wesley F. Harward (15623)
wesley.harward@stoel.com
STOEL RIVES LLP
201 S. Main Street, Suite 1100
Salt Lake City, UT 84111
Telephone:  801.328.3131

*Attorneys for Defendant Corporation of the
  President of The Church of Jesus Christ of
  Latter-day Saints*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| LAURA A. GADDY, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiffs,<br>　v.<br><br>CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole,<br><br>　　　　　　Defendant. | **[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OVERLENGTH REPLY BRIEF**<br><br>Case No. 2:19-cv-00554-RJS-DBP<br><br>The Honorable Robert J. Shelby<br>The Honorable Dustin B. Pead |

　　　　Before the Court is Defendant's Unopposed Motion for Extension of Time to File Reply Brief (the "Motion").  Based on the stipulation of the parties, the Motion is GRANTED.  The time for which Defendant may file its reply

103943449.1 0056812-00016

memorandum in support of its motion to dismiss is extended through November 5, 2019.  The reply memorandum is not to exceed 4,000 words.

DATED:  October ___, 2019.

BY THE COURT

_____
Dustin B. Pead