IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| LAURA A. GADDY, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br>  v.<br><br>CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole,<br><br>        Defendant. | **ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OVERLENGTH REPLY BRIEF**<br><br>Case No. 2:19-cv-00554-RJS-DBP<br><br>The Honorable Robert J. Shelby<br>The Honorable Dustin B. Pead |

    Before the Court is Defendant's Unopposed Motion for Extension of Time to File Reply Brief (the "Motion"). Based on the stipulation of the parties, the Motion is GRANTED. The time for which Defendant may file its reply memorandum in support of its motion to dismiss is extended through November 5, 2019. The reply memorandum is not to exceed 4,000 words.

    DATED this 16 October 2019.

_____
Dustin B. Pead
United States Magistrate Judge