Kay Burningham (#4201)
kay@kayburningham.com
299 South Main St.
Suite#1375
Salt Lake City, Utah 84111
Phone: 1.888.234.3706

*Attorney for Laura A. Gaddy and for the Class*

# THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH

| | |
|---|---|
| **LAURA A. GADDY**, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>**[The] CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS,** a Utah corporation sole.<br><br>*Defendant* | **REQUEST TO SUBMIT FOR DECISION**<br><br>(**Oral Argument Requested**)<br><br>(DEMAND FOR JURY TRIAL)<br><br>Case: **2:19-cv-00554-RJS-DBP**<br><br>The Honorable: Robert J. Shelby<br><br>The Honorable Dustin B. Pead |

Plaintiff, LAURA A. GADDY hereby requests that Defendant's 12(b)(1) or, alternatively, 12(b)(6) Motion to Dismiss be submitted for decision, pending oral argument, per DUCivR 7-3. All briefing is complete.

The Motion to Dismiss (ECF #6) was filed and served on August 27, 2019.

Plaintiff's Opposition Memorandum (ECF #23) was filed and served on October 8, 2019.

Defendant's Reply Memorandum (ECF #26) was filed and served November 5, 2019.

Both parties have requested that the Court set the matter for oral argument; wherefore subject to the Court allowing oral argument, the matter is ripe for decision.

Dated: November 13, 2019          by Kay Burningham, Attorney at Law

/s/  *Kay Burningham*

Attorney for Laura A. Gaddy and the Class