EXHIBIT NO. "4" "Joseph Smith Translating the Gold Plates," by Del Parson.

Displayed on www.LDS.org

https://www.churchofjesuschrist.org/media-library/images/joseph-smith-translating-mormon-parson-153741?lang=eng

(Last viewed August 2, 2019)

