**EXHIBIT NO. "6" THE FIRST VISION**

https://www.churchofjesuschrist.org/media-library/images/the-first-vision-82823?lang=eng

*The First Vision*, by Del Parson (62470); GAK 403; Primary manual 1-04; Primary manual 2-38; Primary manual 3-10; Primary manual 5-06; Primary manual 6-40; Primary manual 7-40; Joseph Smith—History 1:14–20.



This is also contained in the *Missionary Preparation Student Manual* (Religion 130) © 2005 Intellectual Reserve, Inc., p. 73.



Painting by Harold Kilbourne. *Missionary Preparation Student Manual*, © 2005, Intellectual Reserve, Inc., p. 74