**EXHIBIT NO. "7"** The First Vision from 2007 SS Manual

*TEACHINGS OF THE PRESIDENTS OF THE CHURCH: Joseph Smith*, Sunday School Manual, © 2007, Intellectual Reserve, Inc.



"In the First Vision, Joseph Smith learned for himself that the Father and the Son are individual beings and that man is fashioned in God's image—truths that are essential in understanding our actual relationship to our Father in Heaven."