EXHIBIT NO. "8" Smith's First Version, Orthodox Presentation.

*Gospel Art Book,* © 2009 Intellectual Reserve, Inc. p. 90.



Case 2:19-cv-00554-RJS   Document 32-9   Filed 03/30/20   PageID.329   Page 1 of 1