EXHIBIT NO. "13B" FACSIMILE NO. 3 FROM the BOOK OF ABRAHAM with Smith's Interpretaton,

Compared to Professional Egyptologists' translations.

https://en.wikipedia.org/wiki/Critical_appraisal_of_the_Book_of_Abraham#Facsimile_No._3



| Figure | Joseph Smith's explanation[119] | Explanation by Egyptologists |
|---|---|---|
| General Comment | Abraham is reasoning upon the principles of Astronomy, in the king's court. | "Invocation (text at bottom line below the illustration): O gods of the necropolis, gods of the caverns, gods of the south, north, west, and east grant salvation to the Osiris Hor, the justified, born by Taikhibit."[120] |
| 1 | Abraham sitting upon Pharaoh's throne, by the politeness of the king, with a crown upon his head, representing the Priesthood, as emblematical of the grand | "Label for Osiris (text to the right of figure 1 of Facsimile No. 3): Recitation by Osiris, Foremost of the Westerners, |

|   | | |
|---|---|---|
|   | Presidency in Heaven; with the scepter of justice and judgment in his hand. | Lord of Abydos(?), the great god forever and ever(?)."[120] |
| 2 | King Pharaoh, whose name is given in the characters above his head. | "Label for Isis (text to the right of figure 2 of Facsimile No. 3): Isis the great, the god's mother."[120] |
| 3 | Signifies Abraham in Egypt as given also in figure 10 of Facsimile No. 1. | "Altar, with the offering of the deceased, surrounded with lotus flowers, signifying the offering of the defunct."[79] |
| 4 | Prince of Pharaoh, King of Egypt, as written above the hand. | "Label for Maat (text to the left of figure 4 of Facsimile No. 3): Maat, mistress of the gods."[120] |
| 5 | Shulem, one of the king's principal waiters, as represented by the characters above his hand. | "Label for Hor the deceased (text in front of figure 5 of Facsimile No. 3): The Osiris Hor, justified forever."[120] |
| 6 | Olimlah, a slave belonging to the prince. | "Label for Anubis (text in front of figure 6 of Facsimile No. 3): Recitation by Anubis, who makes protection(?), foremost of the embalming booth ..."[120] |