EXHIBIT NUMBER "1"

Organizational Chart of the Mormon Corporate Empire

PAGE 1 OF 2

COP's Employees and Agents



Organizational Chart of the Mormon Corporate Empire

PAGE 2 of 2

COP's Business Entities

