EXHIBIT NO. "5" *Preach My Gospel* (*a Guide to Missionary Service*) © 2004 IRI, p. 38.

Painting by Del Parson is also found in the *Gospel Art Book* © 2009, IRI at p. 92.

The image was also published in the Oct., 2006 & Dec., 2012 issues of the *Ensign* Magazine, a COP/CES/CC correlated publication. This painting depicts Smith, and upon information and belief, Oliver Cowdrey his scribe, at the same table with the gold plates in full view.

