EXHIBIT NO. "9" *JOSEPH SMITH: PROPHET OF THE RESTORATION*

Films by LDS Motion Picture Studio, subsidiary of Bonneville International, Corp.
© 2005 & 2011. (2 pages)



Screen shot is at approximately 8:42. At approximately 8:44, after the depiction of the first vision, Smith explains, "I was told, in the vision, to join none of the churches, but that the gospel in its fulness was about to be restored."



From the film: *Joseph Smith, Prophet of the Restoration* at approximately 18:50 minutes this scene depicts Joseph translating the golden plates. While looking directly at the plates he reads to Oliver Cowdery, also in the scene, "all men must be baptized."