David J. Jordan (1751)
david.jordan@stoel.com
Wesley F. Harward (15623)
wesley.harward@stoel.com
STOEL RIVES LLP
201 S. Main Street, Suite 1100
Salt Lake City, UT 84111
Telephone: 801.328.3131

*Attorneys for Defendant Corporation of the
President of The Church of Jesus Christ of
Latter-day Saints*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| LAURA A. GADDY, individually and on behalf of all others similarly situated,<br><br>   Plaintiffs,<br> v.<br><br>CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole,<br><br>   Defendant. | **NOTICE OF NON-OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**<br><br>Case No. 2:19-cv-00554-RJS<br><br>The Honorable Robert J. Shelby<br>The Honorable Dustin B. Pead |

Defendant Corporation of the President of The Church of Jesus Christ of Latter-day Saints (the "Church") submits this Notice of Non-Opposition to Plaintiff's Motion for Leave to File Amended Complaint (the "Motion") (Docket 34).

The Church hereby provides its "written consent" to Plaintiff's request to file an amended complaint pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure. Plaintiff's Motion is now moot, as no Court action is required under Rule 15 if all parties stipulate to the filing of an amended pleading. After the amended complaint is filed, the Church will respond by a motion to dismiss under Rule 12 of the Federal Rules of Civil Procedure.

DATED: May 12, 2020.

STOEL RIVES LLP

/s/ David J. Jordan
David J. Jordan
Wesley F. Harward

*Attorneys for Defendant Corporation of the President of The Church of Jesus Christ of Latter-day Saints*

106458230.1 0056812-00016