EXHIBIT NUMBER "1"

Organizational Chart of the Mormon Corporate Empire

PAGE 1 OF 2

COP's Employees and Agents



Organizational Chart of the Mormon Corporate Empire

PAGE 2 of 2

COP's Business Entities



An organizational guide to the church's businesses

Corporation of the President of the Church of Jesus Christ of Latter-day Saints

- Intellectual Reserve, overseen by the Quorum of the Twelve Apostles
- Polynesian Cultural Center
- Corporation of the Presiding Bishop of the Church of Jesus Christ of LDS
- Deseret Trust Co.
- Education division: includes Brigham Young University (campuses in Utah, Idaho, and Hawaii)

- Ensign Peak Advisors
- Deseret Management Corp.
- Real estate: Suburban Land Reserve, Property Reserve, etc.
- Agriculture: AgReserves, Farmland Reserve, etc.

- Deseret Digital Media
- Beneficial Financial Group
- Temple Square Hospitality
- Bonneville International Corp.
- Deseret Book Co.
- Deseret News Publishing Co.