EXHIBIT NO. "LL" Gold Plates Toy Offered for Sale From Deseret Book in 2019.

