EXHIBIT NO. 13A PREFACE

_____

# THE BOOK OF ABRAHAM

TRANSLATED FROM THE PAPYRUS, BY JOSEPH SMITH

*A Translation of some ancient Records that have fallen into our hands from the catacombs of Egypt.* **The writings of Abraham while he was in Egypt, called the Book of Abraham, written by his own hand, upon papyrus.** [Emphasis added]

## CHAPTER 1

*Abraham seeks the blessings of the patriarchal order—He is persecuted by false priests in Chaldea—Jehovah sa~~ves him~~—The origins and government of Egypt are ~~reviewed.~~*

_____

**1** In the land of the *a*Chaldeans, at the residence of my fathers, I, *b*Abraham, saw that it ~~was needful for me to obtain another place of~~ *c*~~residence~~;

https://www.churchofjesuschrist.org/study/scriptures/pgp/abr/1?lang=eng (Last viewed Aug. 2, 2019)