Kay Burningham (#4201)
kay@kayburningham.com
299 South Main St., Suite #1375
Salt Lake City, Utah 84111
1.888.234.3706

*Attorney for Laura A. Gaddy and for the Class*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| **LAURA A. GADDY**, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>**CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS,** a Utah corporation sole.<br><br>*Defendant.* | **STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS AMENDED COMPLAINT**<br><br>(DEMAND FOR JURY TRIAL)<br><br>Case Number: **2:19-cv-00554-RJS**<br><br>Presiding Judge: Robert J. Shelby<br><br>Magistrate Judge: Dustin B. Pead |

Plaintiff LAURA A. GADDY individually and on behalf of all others similarly situated, hereby moves for a fifteen (15) day extension of time within which to file her response to Defendant's Motion to Dismiss Amended Complaint **(ECF #38)** filed June 1, 2020.

Plaintiff's response is currently due June 29, 2020. If granted, a 15-day extension would therefore result in a new deadline of July 14, 2020.

Defense counsel Jordan has stipulated to the extension of time. A proposed order granting the Motion is filed herewith and will be emailed to Magistrate Pead.

DATED: June 15, 2020                By Kay Burningham, Attorney at Law

/s/ Kay Burningham

Kay Burningham,
Attorney for Laura A. Gaddy and the Class

By Stoel Rives

/s/ David J. Jordan
Signed by Kay Burningham with permission of defense counsel Jordan

David J. Jordan,

Attorney for the Corporation of the President of The Church of Jesus Christ of Latter-day Saints.