Kay Burningham (#4201)
kay@kayburningham.com
299 South Main Street, #1375
Salt Lake City, Utah 84111
Phone: 1.888.234.3706

*Attorney for Laura A. Gaddy and for the Class.*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| **LAURA A. GADDY**, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>**CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS,** a Utah corporation sole.<br><br>*Defendant* | **ORDER GRANTING EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS AMENDED COMPLAINT**<br><br>(DEMAND FOR JURY TRIAL)<br><br>Case Number: **2:19-cv-00554-RJS**<br><br>Presiding Judge: Robert J. Shelby<br><br>Magistrate Judge: Dustin B. Pead |

Pursuant to agreement of the parties, Plaintiff's Stipulated Motion for an Extension of Time to respond to Defendant's Motion to Dismiss Amended Complaint is hereby granted. Plaintiff shall have up to and including July 14, 2020 within which to file her Opposition to the Motion to Dismiss Amended Complaint.

DATED: June 16, 2020.    BY THE COURT:

_____
DUSTIN B. PEAD
United States District Court Magistrate Judge