| | |
|---|---|
| **From:** | Kay@kayburningham.com |
| **To:** | "Jordan, David J." |
| **Subject:** | RE: GADDY V. COP REQUEST FOR EXTENSION OF TIME AND WORD LIMIT |
| **Date:** | Thursday, June 11, 2020 5:28:00 PM |

Thank you for agreeing to the extension of time.

**From:** Jordan, David J. <david.jordan@stoel.com>
**Sent:** Thursday, June 11, 2020 1:53 PM
**To:** Kay@kayburningham.com
**Cc:** Harward, Wesley F. <wesley.harward@stoel.com>; staff@kayburningham.com
**Subject:** RE: GADDY V. COP REQUEST FOR EXTENSION OF TIME AND WORD LIMIT

Kay,
I'm happy to stipulate to the extension of time you requested. I'm sorry, but I cannot agree to a word limit of 9000. As I understand it, the rules limit your brief to 6500 words. Out brief was only 3651 words, almost 3000 words under the limit, and this is the second time the Court will have received briefing on essentially the same issues.
David

**From:** Kay@kayburningham.com <Kay@kayburningham.com>
**Sent:** Thursday, June 11, 2020 1:36 PM
**To:** Jordan, David J. <david.jordan@stoel.com>
**Cc:** Harward, Wesley F. <wesley.harward@stoel.com>; staff@kayburningham.com
**Subject:** GADDY V. COP REQUEST FOR EXTENSION OF TIME AND WORD LIMIT
**Importance:** High

David,

Writing to ask if you will agree to an extension of time to file our Opposition to your MTD to the AC up to and including July 14, 2020. Also, if you will agree to a word limit of 9,000 words. Please let me know on or before this coming Monday June 15th, so that I obtain an order from the Court.

Thanks in advance,

Kay Burningham, Attorney at Law

299 South Main St., Suite #1375

Salt Lake City, Utah 84111

www.kayburningham.com

1.888.234.3706

Licensed in Utah and California*

*inactive

CONFIDENTIALITY NOTICE -- This email is intended only for the person(s) named in the message header. Unless otherwise indicated, it contains information that is confidential, privileged and/or exempt from disclosure under applicable law. If you have received this message in error, please notify the sender of the error and delete the message. Thank you.