Kay Burningham (#4201)
kay@kayburningham.com
Kay Burningham, Attorney at Law
299 South Main Street,
Suite #1375
Salt Lake City, Utah 84111
Phone: 1.888.234.370

*Attorney for Laura A. Gaddy and the Class.*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| **LAURA A. GADDY**, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>**CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS,** a Utah corporation sole.<br><br>*Defendant* | **[PROPOSED] ORDER ON PLAINTIFF'S EX PARTE MOTION FOR LEAVE TO FILE OVERLENGTH MEMORANDUM IN OPPOSITION TO MOTION TO DISMISS AMENDED COMPLAINT**<br><br>(DEMAND FOR JURY TRIAL)<br><br>**2:19-cv-00554-RJS--DBP**<br><br>Judge: Robert J. Shelby<br><br>Magistrate Judge: Dustin B. Pead |

On a showing of good cause and for the reasons set forth in Plaintiff's "Ex Parte Motion for Leave to File Over Length Memorandum in Opposition to Motion to Dismiss Amended Complaint," IT IS HEREBY ORDERED that: Plaintiff is granted leave to file an overlength memorandum in opposition to Defendant's 12(b)(6) Motion. The Opposition shall be no more than 9,000 words.

DATED: July_____, 2020.            BY THE COURT:

_____
DUSTIN B. PEAD
U.S. District Court Magistrate Judge