IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| LAURA A. GADDY, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole,<br><br>　　　　Defendant. | **ORDER GRANTING PLAINTIFF'S MOTION TO FILE OVERLENGTH MEMORANDUM**<br><br>2:19-cv-554-RJS-DBP<br><br>Chief District Judge Robert J. Shelby<br><br>Magistrate Judge Dustin B. Pead |

Having considered Plaintiff's Motion for Leave to File Overlength Memorandum in Opposition to Defendant's Motion to Dismiss the Amended Complaint,[1] and for good cause appearing, Plaintiff's Motion is GRANTED. Plaintiff's Opposition shall be no more than 9,000 words.[2] Because Plaintiff filed her Opposition before this Order issued, Plaintiff may submit an Amended Opposition by Tuesday, July 21, 2020.

SO ORDERED this 14 day of July 2020.

BY THE COURT:

_____
ROBERT J. SHELBY
United States Chief District Judge

---

[1] Dkt. 41.

[2] The page limitation does not include the face sheet, table of contents, table of authorities, signature block, certificate of service, or exhibits. DUCivR 7-1(b)(2)(A).