IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| LAURA A. GADDY, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole,<br><br>    Defendant. | **ERRATA TO OPPOSITION (FILED JULY 21, 2020) TO MOTION TO DISMISS AMENDED COMPLAINT**<br><br>2:19-cv-554-RJS-DBP<br><br>Chief District Judge Robert J. Shelby<br><br>Magistrate Judge Dustin B. Pead |

Plaintiff corrects the "OPPOSITON TO MOTION TO DISMISS AMENDED COMPLAINT" (ECF #47) filed July 21, 2020 as follows. The title of the Opposition should be: "AMENDED OPPOSITION TO MOTION TO DISMISS AMENDED COMPLAINT."

Additionally, three citations in the body of the memorandum, and corresponding table of authorities are incomplete or cited incorrectly, and should be corrected as follows:

Cantwell 310 U.S. at 306 (p. 25), should be: Cantwell v. State of Connecticut, 310 U.S. 296, 306, 60 S. Ct. 900, 904, 903, 84 L. Ed. 1213 (1940).

Molko 46 Cal. 3d. At 1117 (p. 20), should be: Molko v. Holy Spirit Assn., 46 Cal. 3d 1092, 1117, 762 P.2d 46, 60 (1988), as modified on denial of reh'g (Dec. 1, 1988), as modified on denial of reh'g (Dec. 1, 1988).

U.C.A. § 13-22-4(2), (p. 33), should be: Utah Code Ann. § 13-22-4.

Dated: July 27, 2020                                Kay Burningham, Attorney at Law

                                                      /s/ Kay Burningham_____
                                                     Kay Burningham

                                                *Attorney for Laura A. Gaddy and the Class*