David J. Jordan (1751)
david.jordan@stoel.com
Wesley F. Harward (15623)
wesley.harward@stoel.com
STOEL RIVES LLP
201 S. Main Street, Suite 1100
Salt Lake City, UT 84111
Telephone: 801.328.3131

*Attorneys for Defendant Corporation of the
President of The Church of Jesus Christ of
Latter-day Saints*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| LAURA A. GADDY, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br>v.<br><br>CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole,<br><br>      Defendant. | **UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OVERLENGTH REPLY BRIEF**<br><br>Case No. 2:19-cv-00554-RJS<br><br>The Honorable Robert J. Shelby<br>The Honorable Dustin B. Pead |

    Defendant Corporation of the President of The Church of Jesus Christ of Latter-day Saints (the "Church") filed a Motion to Dismiss Amended Complaint. Plaintiff Laura Gaddy requested two additional weeks to respond to that Motion. The Church stipulated to that extension and Ms. Gaddy's request was granted by the Court. Ms. Gaddy filed her opposition to the Motion to Dismiss Amended

Complaint on July 21, 2020. The Church requests and moves the Court for a similar two-week extension of time to file its reply memorandum in support of the Motion to Dismiss. Ms. Gaddy stipulated to this motion. If granted, the Church's reply would be due on August 18.

Pursuant to DUCivR 7-1(a)(2), attached as Exhibit A is a proposed order granting this motion.

DATED: July 27, 2020.

          STOEL RIVES LLP

          */s/ David J. Jordan*
          David J. Jordan
          Wesley F. Harward

          *Attorneys for Defendant Corporation of the President of The Church of Jesus Christ of Latter-day Saints*

          */s/ Kay Burningham (by permission)*
          Kay Burningham

          *Attorney for Plaintiff Laura A. Gaddy*