# EXHIBIT A

David J. Jordan (1751)
david.jordan@stoel.com
Wesley F. Harward (15623)
wesley.harward@stoel.com
STOEL RIVES LLP
201 S. Main Street, Suite 1100
Salt Lake City, UT 84111
Telephone: 801.328.3131

*Attorneys for Defendant Corporation of the
  President of The Church of Jesus Christ of
  Latter-day Saints*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| LAURA A. GADDY, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole,<br><br>　　　　　Defendant. | **[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OVERLENGTH REPLY BRIEF**<br><br>Case No. 2:19-cv-00554-RJS-DBP<br><br>The Honorable Robert J. Shelby<br>The Honorable Dustin B. Pead |

Before the Court is Defendant's Unopposed Motion for Extension of Time to File Reply Brief (the "Motion"). Based on the stipulation of the parties, the Motion is GRANTED. The time for which Defendant may file its reply

memorandum in support of its motion to dismiss is extended through August 18, 2020.

        DATED:  July ___, 2020.

                            BY THE COURT

                            _____

                            Judge Dustin B. Pead