David J. Jordan (1751)
david.jordan@stoel.com
Wesley F. Harward (15623)
wesley.harward@stoel.com
STOEL RIVES LLP
201 S. Main Street, Suite 1100
Salt Lake City, UT 84111
Telephone:  801.328.3131

*Attorneys for Defendant Corporation of the
   President of The Church of Jesus Christ of
   Latter-day Saints*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| LAURA A. GADDY, individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>    v.<br><br>CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole,<br><br>            Defendant. | **ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OVERLENGTH REPLY BRIEF**<br><br>Case No. 2:19-cv-00554-RJS-DBP<br><br>The Honorable Robert J. Shelby<br>The Honorable Dustin B. Pead |

Before the Court is Defendant's Unopposed Motion for Extension of Time

to File Reply Brief (the "Motion").  Based on the stipulation of the parties, the

Motion is GRANTED.  The time for which Defendant may file its reply

103392859.1 0056812-00016

memorandum in support of its motion to dismiss is extended through August 18, 2020.

DATED: July 28, 2020.

BY THE COURT

_____
Judge Dustin B. Pead
