Kay Burningham (#4201)
kay@kayburningham.com
299 South Main Street, Suite #1375
Salt Lake City, Utah 84111
Phone: 1.888.234.3706

*Attorney for Plaintiff and for the Class.*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| **LAURA A. GADDY**, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>**CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS,** a Utah corporation sole.<br><br>*Defendant* | **ORDER GRANTING ORAL ARGUMENT ON MOTION TO DISMISS AMENDED COMPLAINT**<br><br>(DEMAND FOR JURY TRIAL)<br><br>Case No: **2:19-cv-00554-RJS-DBP**<br><br>Chief District Judge Robert J. Shelby<br><br>Magistrate Judge Dustin B. Pead |

The Court has reviewed Plaintiff's Ex Parte Motion/Request for Oral Argument on Defendant's Motion to Dismiss the Amended Complaint.

Good cause having been shown, Plaintiff's request for oral argument is hereby granted. A hearing shall be held on _____, at _____.

DATED: August, _____ 2020.          BY THE COURT:

_____
ROBERT J. SHELBY
United States District Chief District Judge