Kay Burningham (#4201)
kay@kayburningham.com

299 South Main St., Suite #1375
Salt Lake City, Utah 84111

Phone: 1.888.234.3706

*Attorney for Laura A. Gaddy and for the Class*

# THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH

| | |
|---|---|
| **LAURA A. GADDY**, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>**CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS,** a Utah corporation sole.<br><br>*Defendant* | **REQUEST TO SUBMIT FOR DECISION, MOTION TO DISMISS AMENDED COMPLAINT**<br><br>(Oral Argument Requested)<br><br>(DEMAND FOR JURY TRIAL)<br><br>Case: **2:19-cv-00554-RJS-DBP**<br><br>Chief District Judge Robert J. Shelby<br><br>Magistrate Judge Dustin B. Pead |

Plaintiff LAURA A. GADDY hereby requests that Defendant's Motion to Dismiss the Amended Complaint be submitted for decision, pending oral argument, per DUCivR 7-3. All briefing is complete. This Request to Submit is filed concurrently with an Ex Parte Motion for Oral Argument.

The Motion to Dismiss (ECF #38), was filed and served on June 1, 2020. The [Amended] Memorandum in Opposition (ECF #47), was filed and served on July 21, 2020. The Reply Memorandum (ECF #52), was filed and served on August 18, 2020.

Plaintiff has requested that the Court set the matter for oral argument; Defendant has omitted that request. Plaintiff has filed an Ex Parte Motion in support of oral argument on this dispositive motion. Wherefore, the Court is requested to schedule oral argument on a date and at a time convenient to it.

                                                  Respectfully,

Dated: August 24, 2020                    Kay Burningham, Attorney at Law

                                               /s/ *Kay Burningham*

                                        Attorney for Laura A. Gaddy and the Class