David J. Jordan (1751)
david.jordan@stoel.com
Wesley F. Harward (15623)
wesley.harward@stoel.com
STOEL RIVES LLP
201 S. Main Street, Suite 1100
Salt Lake City, UT 84111
Telephone:  801.328.3131

*Attorneys for Defendant Corporation of the*
 *President of The Church of Jesus Christ of*
 *Latter-day Saints*

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF UTAH

| | |
|---|---|
| LAURA A. GADDY, individually and on behalf of all others similarly situated,<br><br>             Plaintiffs,<br><br>    v.<br><br>CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole,<br><br>             Defendant. | **RESPONSE TO PLAINTIFF'S "EX PARTE MOTION / REQUEST FOR ORAL ARGUMENT ON MOTION TO DISMISS AMENDED COMPLAINT"**<br><br>Case No. 2:19-cv-00554-RJS<br><br>The Honorable Robert J. Shelby<br>The Honorable Dustin B. Pead |

Defendant Corporation of the President of The Church of Jesus Christ of

Latter-day Saints (the "Church") submits this Response to Plaintiff's "Ex Parte[1]

---

[1] Although styled as "ex parte," the Motion was electronically filed, and the Church received a Notice of Electronic Filing though the Court's electronic filing system.

Motion / Request for Oral Argument to Dismiss Amended Complaint" (the

"Motion").  (Docket 53).

Ms. Gaddy's Motion does not merely request oral argument.[2]  Instead, it

contains several pages of argument about the Church's Motion to Dismiss

Amended Complaint.  Motion at 2-4.  It also contains several requests that the

Court take "judicial notice" regarding arguments raised in the briefing for the

Motion to Dismiss Amended Complaint.  This is an inappropriate attempt to

circumvent the Court's local rule that, after a reply memorandum is filed, "[n]o

additional memoranda will be considered without leave of court."  DUCivR 7-1(b).

Needless to say, the Church disagrees with Ms. Gaddy's briefing and her

characterizations of the Church's arguments.[3]

The Church also disagrees that another oral argument in this matter is

necessary or would materially assist the Court in ruling on the pending Motion to

Dismiss Amended Complaint.  The issues presented in the Motion to Dismiss

Amended Complaint have been extensively briefed by the parties, are substantially

---

[2] Ms. Gaddy already requested oral argument in her "Opposition to Motion to Dismiss Amended Complaint." (Docket 47).  Having done so, it is unclear why she filed the instant Motion, other than to seek to introduce additional arguments.

[3] If the Court is inclined to consider the arguments raised by Ms. Gaddy in this Motion, the Church will provide a written response upon request.

2

similar to the issues previously briefed in the original Motion to Dismiss, were the

subject of the prior oral argument, and are the subject of the Court's Memorandum

Decision and Order Granting Defendant's Motion to Dismiss.

DATED:  September 8, 2020.

STOEL RIVES LLP


*/s/ David J. Jordan*

David J. Jordan

Wesley F. Harward

*Attorneys for Defendant Corporation of
the President of The Church of Jesus
Christ of Latter-day Saints*