**EXHIBIT NO. 15** (6 pages total)

A reference to Exhibit No.15 should be inserted at the end of paragraph 50 in the Amended Complaint, accompanied by the following language:

> "COP deaccessioned (removed from the church history museum's index of materials) the lead plate used to print facsimile no. 3 for an unknown period. That act hid from the museum's index the fact that they had the plate for facsimile no. 3 in their custody and control and, *a fortioiri*, that figure 6, which Egyptologists have long interpreted to be the jackal-headed god, Anubis, appears to have had its snout carved off. Egyptologists agree that the hieroglyphs adjacent to figure 6 indicate that figure 6 is Anubis, the jackal-headed god of the underworld. And COP now admits in its *Book of Abraham* essay that the figures in the facsimiles are not Abraham and are not what Smith claimed them to be. See Exhibit No.15 to the Amended Complaint."



"Facsimile Printing Plates, circa 23 February–16 May 1842," The Joseph Smith Papers, last accessed November 8, 2020, https://www.josephsmithpapers.org/paper-summary/facsimile-printing-plates-circa-23-february-16-may-1842/3

What is below is an imported Copy of the relevant portions of Ex. No. 13B/14 (ECF #37-14) to the Amended Complaint (referenced as 13B in the body & notes of the AC. Red circle & yellow highlights for emphasis). Facsimile no. 3 flips the printing plate. Slave/Anubis on the right; in the plate above, he is on the left.



| Figure | Joseph Smith's explanation[119] | Explanation by Egyptologists |
|---|---|---|
| 6 | Olimlah, a slave belonging to the prince. | "Label for Anubis (text in front of figure 6 of Facsimile No. 3): Recitation by Anubis, who makes protection(?), foremost of the embalming booth ..."[120] |

According to Egyptologists, and as indicated on exhibit 14 to the Amended Complaint, the text in the *Book of Abraham* Facsimile no.3. adjacent to the slave figure (figure no. 6) references the Egyptian God Anubis, who is always depicted with a Jackal head—like this:



*"None of the characters on the papyrus fragments mentioned Abraham's name or any of the events recorded in the book of Abraham. Mormon and non-Mormon Egyptologists agree that the characters on the fragments do not match the translation given in the book of Abraham…* Scholars have identified the papyrus fragments as parts of standard funerary texts that were deposited with mummified bodies. These fragments date to between the third century B.C.E. and the first century C.E., long after Abraham lived." - LDS Church Essay, *"Translation and Historicity of the Book of Abraham" [Emphasis added.]* https://www.lds.org/topics/translation-and-historicity-of-the-book-of-abraham

Close up of the slave/Anubis figure (from printing plate on page 1 of this exhibit) showing marks where snout appears to have been removed from plate. (One of Anubis' ears, in profile, remains.)



Close up of figure on Facsimile Printing Plates, Nauvoo, IL, ca. 23 Feb.–16 May 1842; CHL.



Photo of a reconstruction of snout by Paul Osborne, ostensibly a former LDS Apologist.

> But what about the missing snout in Facsimile No. 3? An expert craftsman familiar with 19th century lead making techniques could explain the curious traces and patterns which indicate that something was chiseled out. The protruding V shape in front of the face is indicative of a jackal snout and the 5 vertical notches or strokes in a row therein seem to have been methodically produced by the intentional mechanical action of a sharp instrument in the hands of a skilled craftsman. All of this seems to indicate that there was something removed from the original design crafted by Hedlock prior to final publication. This of course, would have been approved by his supervisor, Joseph Smith.[1]

---

[1] https://book-of-abraham-facsimile-no-3.my-free.website/

Defendant's explanation of chain of custody for metal or lead printing plate used to print Facsimile no. 3 in *Book of Abraham*.



Robin Scott Jensen; Brian M. Hauglid, Editors. Joseph Smith papers, Volume 4. Salt Lake City: The Church Historian's Press and Deseret Book (October 29, 2018). This volume currently sells for $89.99 at Deseret Book and Amazon.

Photograph of page from *Joseph Smith Papers*, Vol. 4, p. 300, located adjacent to the printing plate used for Facsimile no 3., depicted above. Note: this information is not included in the online version as of November 9, 2020. It is only found in the volume's hard copy.  See: https://www.josephsmithpapers.org/paper-summary/facsimile-printing-plates-circa-23-february-16-may-1842/3 Last accessed Nov. 9, 2020.