Kay Burningham (#4201)
kay@kayburningham.com
Kay Burningham, Attorney at Law
299 South Main Street, Suite #1375
Salt Lake City, Utah 84111
Telephone: 1.888.234.3706

*Attorney for Laura A. Gaddy and the Class*

### IN THE UNITED STATES DISTRICT COURT

### DISTRICT OF UTAH

| | |
|---|---|
| LAURA A. GADDY, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole.<br><br>*Defendant* | DECLARATION OF COUNSEL IN SUPPORT OF MOTION TO SUPPLEMENT AMENDED COMPLAINT WITH AN ADDITIONAL EXHIBIT<br><br>(DEMAND FOR JURY TRIAL)<br><br>2:19-cv-00554-RJS—DBP<br><br>Chief District Judge Robert J. Shelby<br><br>Magistrate Judge Dustin B. Pead |

    1.      I, Kay Burningham, declare that I am attorney of record for Plaintiff(s) in this case; and

    2.      On Sunday, November 1, 2020, I spoke to a good friend who alerted me to University of Chicago Egyptologist, Dr. Robert K. Ritner's interview with John Dehlin on the *Book of Abraham*.[1] The interview is dated July 31, 2020, ten days after I

---

[1] Attached to this motion is a true and correct copy of the email with the link sent to me by my friend, whose name has been redacted.

submitted my [Amended] Opposition to defendant's Motion to Dismiss the Amended

Complaint, which was filed on July 21, 2020 (ECF #47 filed July 21, 2020).[2]

3.      I listened to Dr. Ritner's interview that evening. In part 2 of the interview I

was alerted to an issue regarding a metal or lead printing plate used to make the image

for Facsimile no. 3 in the *Book of Abraham.*[3] To my knowledge, the method of printing

the facsimile had always been referenced as a woodcut, as opposed to a metal plate.

4.      As I recall, Dr. Ritner indicated that a metal or lead plate was in fact used

and that this was admitted in the *Joseph Smith Papers*, Volume 4 (published October

30, 2018.) That day I ordered Volume no. 4 of the JSP from Amazon.[4]

5.      While waiting for the book to arrive, I did additional online research on the

issue of the printing plate for Facsimile no. 3 and found in social media threads and

discussion groups comments concerning the apparent removal of the snout of the

jackal-headed god Anubis from the metal printing plate, a position advocated by a

former Mormon apologist Paul Osborn, all of which postdated the Ritner interview.

6.      Upon receipt and review of Volume 4, I noticed that while one could find a

copy of the printing plate in the online version of that volume, the adjacent page with

the chain of custody of the plate and the admission that at one point it was

deaccessioned from the church history museum was not found in the online version.

---

[2] Part 2 of the Interview, the part discussing Facsimile no. 3,  appears to have been
conducted on August 1, 2020.
[3] See Exhibit #14 to the Amended Complaint on file (ECF#37-14). (This exhibit is
mistakenly referenced as Exhibit #13B in the body of the Complaint.)
[4] Attached to this motion is a true and correct copy of my purchase receipt, with
personal info. redacted.

7.      Upon review of Volume 4 and completion of my research, I drafted the within Motion to Supplement the Amended Complaint with the [proposed] Exhibit 15, attached to this motion.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746, as well as the criminal laws of the State of Utah that the forgoing is true and correct. Executed on this 10th day of November 2020 in the State of Utah.

*/s/    Kay Burningham*

Kay Burningham, Declarant