| | |
|---|---|
| **From:** | ▮▮▮▮▮▮▮▮ |
| **To:** | Kay Burningham |
| **Subject:** | Egyptologist, hours of interviews |
| **Date:** | Sunday, November 1, 2020 7:36:11 PM |

Dr. Robert K. Ritner ▮▮▮▮▮▮▮▮ and John Dehlin:

Part 1
https://www.youtube.com/watch?v=ORNYUyHg3pY

Part 2
https://www.youtube.com/watch?v=df4flxToFvM

Part 3
https://www.youtube.com/watch?v=H70IdpLHhZE