# amazon.com

## Final Details for Order #114-1131253-5516240

Print this page for your records.

**Order Placed:** November 1, 2020
**Amazon.com order number:** 114-1131253-5516240
**Order Total: $96.51**

## Shipped on November 1, 2020

| Items Ordered | Price |
|---|---|
| 1 of: *Joseph Smith Papers, Revelations and Translations, V. 4: Book of Abraham and Related Manuscripts*, Robin Scott Jensen;Brian M. Hauglid<br>Sold by: Amazon.com Services LLC<br><br>Condition: New | $89.99 |

**Shipping Address:**
Kay Burningham
[redacted]

**Shipping Speed:**
One-Day Shipping

## Payment information

**Payment Method:**
[redacted]

**Billing address**
[redacted]

Item(s) Subtotal: $89.99
Shipping & Handling: $0.00
-----
Total before tax: $89.99
Estimated tax to be collected: $6.52
-----
**Grand Total: $96.51**

**Credit Card transactions**       Visa [redacted]   November 1, 2020: $96.51

To view the status of your order, return to [redacted]

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc. or its affiliates