Kay Burningham (#4201)
kay@kayburningham.com
Kay Burningham, Attorney at Law
299 South Main Street, Suite #1375
Salt Lake City, Utah 84111
Telephone: 1.888.234.3706

*Attorney for Laura A. Gaddy and the Class*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| LAURA A. GADDY, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole.<br><br>*Defendant* | SCHEDULING ORDER<br><br>(DEMAND FOR JURY TRIAL)<br><br>2:19-cv-00554-RJS—DBP<br><br>Chief District Judge Robert J. Shelby<br><br>Magistrate Judge Dustin B. Pead |

Pursuant to Defense Counsel's request for a continuance of the hearing on its Motion to Dismiss the Amended Complaint, and upon review of Plaintiff's Motion for Leave to Supplement the Amended Complaint with an Additional Exhibit, it is hereby ORDERED that:

Oral Argument on the Motion to Dismiss is continued to_____ ____via Zoom. The same conditions are to apply as issued in the original notice;

Defendant shall have 14 days from the date the Motion to Supplement was

filed to respond to Plaintiff's Motion to Supplement;

Any Reply must be filed within 5 days of that Response; and,

At the hearing on the Motion to Dismiss, argument on the Motion to Supplement will be allowed and will proceed first.

DATED: November_____, 2020.        BY THE COURT:

_____
ROBERT J. SHELBY
Chief United States District Court Judge