Kay Burningham (#4201)
kay@kayburningham.com
Kay Burningham, Attorney at Law
299 South Main Street, Suite #1375
Salt Lake City, Utah 84111
Telephone: 1.888.234.3706

*Attorney for Laura A. Gaddy and the Class*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| LAURA A. GADDY, individually and on behalf of all others similarly situated, | ORDER GRANTING MOTION REQUESTING JUDICIAL NOTICE |
|---|---|
| *Plaintiffs,* | (Request for Oral Argument) |
| v. | (DEMAND FOR JURY TRIAL) |
| CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole. | 2:19-cv-00554-RJS—DBP |
|  | Chief District Judge Robert J. Shelby |
| *Defendant* | Magistrate Judge Dustin B. Pead |

The Court has reviewed Plaintiff's Motion Requesting Judicial Notice, filed Nov. 17, 2020 (ECF#57) and Defendant's Response thereto.

Argument having been heard, and good cause appearing,

WHEREFORE the Court orders that judicial notice is hereby taken of the following adjudicative facts:

1. On August 4, 2015, Defendant published a never before seen photo of an opaque brown stone, that it claimed was used by Joseph Smith to translate the *Book of Mormon*. Exhibit 1 filed with Plaintiff's Motion Requesting Judicial Notice is an accurate photo of the brown stone.
2. Eyewitnesses claimed that when Smith used the stone, he placed it in a hat to exclude exterior light.
3. The brown stone has been in Defendant's custody since the Mormon pioneers crossed the plains in the mid-19th Century.

IT IS SO ORDERED:

DATED: _____, 2020.   BY THE COURT:

                                                ROBERT J. SHELBY
                                                United States District Judge