Kay Burningham (#4201)
kay@kayburningham.com
299 South Main St., Suite 1375
Salt Lake City, Utah 84111
Phone: 1.888.234.3706

*Attorney for Laura A. Gaddy and for the Class*

# THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH

| | |
|---|---|
| **LAURA A. GADDY**, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>**CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS,** a Utah corporation sole.<br><br>*Defendant* | **REQUEST TO SUBMIT FOR DECISION, PLAINTIFF'S MOTION FOR LEAVE TO SUPPLEMENT AMENDED COMPLAINT WITH AN ADDITIONAL EXHIBIT**<br><br>(Oral Argument Requested)<br><br>(DEMAND FOR JURY TRIAL)<br><br>Case: **2:19-cv-00554-RJS-DBP**<br><br>Chief District Judge Robert J. Shelby<br><br>Magistrate Judge Dustin B. Pead |

Plaintiff LAURA A. GADDY hereby requests that Plaintiff's Motion for Leave to Supplement Amended Complaint with an Additional Exhibit be submitted for decision, pending oral argument, per DUCivR 7-3.

The Motion (ECF #57), was filed and served on November 10, 2020. The Response, (ECF #62), was filed and served on November 23, 2020. The Reply is filed herewith, on December 7, 2020 (ECF#64); therefore, all briefing is now complete.

The Court has scheduled this Motion for oral argument along with the Motion to Dismiss the Amended Complaint and Motion Requesting Judicial Notice be Taken, on January 5, 2021 at 1:30 p.m.

                                              Respectfully,

Dated: December 7, 2020                Kay Burningham, Attorney at Law

                                              */s/ Kay Burningham*

                                              Attorney for Laura A. Gaddy and the Class