

the **Friend**

SEPTEMBER 1974



# IT'S COMING!

By Mary Radloff

Last year I was little.
I stood here so still,
And watched till the school bus
Came over the hill.
It took Joe and Ellen
And my sister Lee.
It took my pal, John,
But it didn't take me.
Today it is coming.
Just wait till you see,
The big yellow school bus
That's coming for me!

# SCHOOL DAYS

By Bessie Saunders Spencer

When school begins, I count and count
The holidays till school is out.

I count the months, the weeks, the days—
I count them up a hundred ways.

And then when school at last is through,
I hardly know just what to do.

I miss the boys and girls and play
And teacher also every day.

I count and count till my head spins
The days and weeks till school begins.

Illustrated by Pat Machin



# HE FRIEND

lished monthly by The Church
esus Christ of Latter-day Saints

E FIRST PRESIDENCY
ncer W. Kimball
ldon Tanner
ion G. Romney

UNCIL OF THE TWELVE
a Taft Benson        Gordon B. Hinckley
k E. Petersen        Thomas S. Monson
bert L. Stapley      Boyd K. Packer
rand Richards        Marvin J. Ashton
h B. Brown           Bruce R. McConkie
vard W. Hunter       L. Tom Perry

visory Committee: J. Thomas Fyans,
n E. Carr, Doyle L. Green, Dean L. Larsen,
iel H. Ludlow, and Verl F. Scott

sultants:
rch Education        Ben Martinez
riculum Correlation  James R. Young
riculum Planning     Lynn Stoddard
nary                 Mercedes R. Kiepe
ief Society          Aline R. Pettit
day School           Mary Ellen J. Jolley

le L. Green, Editor
ile C. Reading, Managing Editor
vrence Cummins, Associate Editor
e Wardell, Associate Editor
ecca Townsend, Manuscript Editor
hard Brown, Designer
a M. Grover, Assistant Designer
Glen Snarr, Circulation Director

# CONTENTS

Eyeglasses Are Magic ------------ 2
Turoa's New Treat -------------- 4
Repentance Story ---------------- 7
New Skates! New Skates! --------- 8
Friends in the News ------------- 10
Repentance Story --------------- 11
Friend to Friend ---------------- 12
The Best Man ------------------ 14
Spilled Friendship -------------- 17
The Valuable Villain ------------ 20
Lucky Four-Year-Old ------------ 28
Repentance Story --------------- 31
That's My Name ---------------- 32
Our Creative Friends ----------- 36
Lynn's Discovery --------------- 40
Temarama's Happiest Day -------- 43
Tahiti -------------Inside back cover

VERSE
It's Coming --------Inside front cover
School Days --------Inside front cover

MUSIC
Repentance ------------------- 47

THINGS TO MAKE AND DO
Fun 'n Friendsy ---------------- 22
September Calendar ------------- 24
More Fun 'n Friendsy ----------- 26
Hidden Picture ----------------- 35
Meals for Young Cooks ---------- 38
How Repentance Works ---------- 46
Secret Ink -------------------- 48

Cover by Julie Fuhriman

Volume 4, Number 9. Copyright 1974, Corporation of the President of The Church of Jesus Christ of Latter-day Saints. All rights reserved. Second class postage paid at Salt Lake City, Utah. Subscription price $4.00 a year, in advance; 40¢ a single copy. Thirty days' notice required for change of address. Please include your address label from a recent issue of the magazine when sending a change of address. Address changes cannot be made unless the old address, as well as the new, is included. The Friend is not responsible for unsolicited manuscripts. Rejected manuscripts will not be returned unless a stamped, addressed envelope is enclosed. All manuscripts should be addressed to the Friend, 50 East North Temple, Salt Lake City, Utah 84150.



**By Mildred Sallee**

Kevin was very happy, for Grand=
father had come to visit the family. It
was great fun to sit on Grandfather's
lap every night, just before bedtime,
and listen to him read a story. Kevin
wondered why Grandfather always
put on a pair of glasses before he
began to read. One evening he asked
about it.

"I can't read without glasses,"
Grandfather explained.

When the story time was over, Kevin
crawled into bed where he thought
about Grandfather's glasses. *They
must be magic,* he decided. *I wish I
had a pair so I could read stories too.*

When Grandfather came in to say
good-night, Kevin asked, "Can I
get some glasses like yours, Grand-
father?"

Grandfather laughed. "You don't
need glasses, Kevin." Then he kissed
his grandson and put the glasses back

in his shirt pocket. "Good nigl
I'll see you in the morning."

Kevin watched Grandfather
room. *Why doesn't Grandfathe
me to have a pair of glasses f
very own?* he wondered.

The next morning Kevin pee
the kitchen where Grandfather
sat to read the morning paper,
one was in there. Kevin saw
Grandfather's glasses lying on
beside the newspaper. He smil
hurried over to pick them up.

He looped the earpieces ove
ears. "Now I can read too," he
He picked up the newspaper a
it in front of his eyes. His smile
disappeared.

"They don't work!" he cried.
"Everything is blurred and fuzz

Then Kevin heard someone d
and turned. Grandfather stood
doorway.

2

"Do you think you need glasses, evin?" Grandfather asked.

Kevin put the glasses back onto the ble. "I thought your glasses were agic, Grandfather," he said, "but ey're not. I can't read through them all. I can't see as well with them on I can without them."

"Of course you can't," Grandfather aid kindly. "Remember when I told ou that you didn't need them?" He ok Kevin's hand and led him to a indow. "Look outside and tell me hat you see."

Kevin wondered what that had to o with glasses, but he did as randfather told him. "I see flowers in e garden and a gray squirrel in the ak tree," he said and grinned. There's a fat robin out there too. e's carrying a worm in his beak."

Grandfather walked over to the ble, picked up the glasses, and put

them on. He came back and looked out of the window. "With these on I can see the flowers, the squirrel, and the fat robin too," he said. He sat down in a chair and lifted Kevin onto his lap.

"My eyes are not young and strong like yours. They need a little help," he explained. "Sometimes even boys and girls must have help to see so they wear glasses too. Glasses are very good for people who need them, but they are of no use for those who don't."

Kevin was quiet for a few minutes thinking about what Grandfather had told him. Then he said, "I'm glad that you have glasses. They help you to read to me and see lots of things better. I guess they really are magic in a way after all."

"Yes, they are," Grandfather said. "They really are!"



Illustrated by McRay Magleby

3

A True Story



# TUROA

By Doyle L. Green/Illustrated by T

Turoa stood on the deck of the sma
ship with one hand on the rail and th
in the hand of his father and looked a
"big" island of Tahiti still many miles
It was just like the pictures he had se
he still found it hard to believe that a
could be so high.

"*Aue te mou'a e* (how high the mou
are)!" Turoa exclaimed, as he squeez
father's hand with excitement. In a
hours they would actually be landing,
would be able to see all the things he
heard and dreamed about for so long.

Turoa had lived on the small island
Hikueru all of his six years. He had o
heard of other lands—Tahiti, France h
"mother" country, America where the
quarters of the Church were, and New
land where the temple for his people v
located, but this was the first time Tur
had ever been away from his own isla
missionaries called his island an atoll,
meaning an island or reef surrounding
lagoon. The island was made up comp
of pure white bits of coral, an animal f
tion of limestone that looks like a plan
grows in warm ocean waters.

Turoa knew that there were close to
hundred islands like his in a group call
Tuamotu Archipelago (cloud of island
they had passed some of them on thei
day trip to Tahiti. They were all small a
like his own.

Turoa couldn't imagine a land so big
you could travel in a car (he had never
a car before) for hours without running
the ocean. Turoa also wondered how th
could be thousands of people living in c
place. There were only 60 people on his
island. And what about lights that were
possible by electricity coming into home
through wires, and water coming in pipe
lights he knew came from fires, candles,

# W TREAT



erosene lamps, and the only water, besides
what came from coconuts, was rainwater that
was collected in barrels from the roof of their
house.

How excited Tuora was to at last be on
the long-promised and long-awaited trip
to Tahiti! He could hardly wait to see the
mountains, the people, the stores, the cars,
and the horses and cows. But most of all, he
looked forward to having an ice-cream cone.
The missionaries had often told him how
wonderful ice cream tasted. *Pape toetoe
monamona* (sweet cold water) they called
it as they tried to explain what it was like.
But Turoa really didn't understand since he
had never felt or tasted anything cold before.
His island was located in the tropics where it
is always warm and where there is no refrig-
eration. The coolest thing he had ever tasted
was the sweet water from young coconuts
fresh from the palm trees.

Turoa was happy to see coconut trees on
the shores of Tahiti. He couldn't imagine a
land without them. In fact, his island was just
like one big coconut grove, since it had no
soil in which to grow any vegetables or tropi-
cal fruits. The trees furnish them with water
and food. The soft and filling meat of the
young coconut is even fed to babies. Coconut
sprouts make a delicious dessert, and the new
growth from the crown of the tree is used for
salads. Milk squeezed from grated coconut
meat is used in preparing many of their meals.

The coconut tree also makes it possible for
the people on Turoa's island to have chickens
or pigs that eat shredded coconut as their
main food.

The walls and part of the roof of Turoa's
home are made from woven coconut tree
leaves called fronds. The family's cups and
bowls are made from coconut shells, and his
mother had ironed the shirt he was wearing
with an iron heated by a little coconut shell

charcoal fire inside of it.

Turoa's father held in his hand a mat wrapped around some of their clothing and tied with a very strong rope. His mother had woven the mat from coconut tree fronds, and his father had woven the rope from fibers of the thick coconut husks.

The coconut tree even made it possible for their trip to Tahiti. For weeks Turoa had helped his father and mother gather the nuts and carry them to a big pile where his father cut them open with an ax. Then they removed the meat from them and placed it on large wooden trays to dry in the sun. It took many sacks full of this dried coconut to pay their way to and from Tahiti.

Turoa could see a big ship in the harbor flying a French flag, and he wondered if it was the ship that would carry their dried coconut all the way to France. There the oil would be used for making soap, shampoo, cooking oils, and margarine. Some of it might also be used for making cakes and pies and even flavoring for this ice cream he wanted so much to taste.

It seemed that it took forever for the ship to reach the island. Then there was another delay while they transferred their bundles to a taxi that would take them to the house of an aunt and uncle who lived on the outskirts of the city.

Turoa was excited as he rode in the taxi and saw hundreds of cars and people on the streets. His father pointed out to him the different kinds of tropical fruit trees—banana, orange, mango, papaya, and many others. "And that," his father said, pointing to a big animal, "is a horse."

They finally reached his uncle's house where they unpacked and had a refreshing bath in a nearby stream. Then his father said, "Now, Turoa, what is the first thing you would like to do?"

Turoa quickly asked, "Could we have an ice-cream cone?"

"Certainly," his father said with a big smile as he took Turoa by the hand and walked to the ice-cream store. Turoa's eyes grew bigger and bigger as he saw the man in the store take a large round-shaped spoon, reach down into a box that looked like a tub, and bring it up filled with ice cream. He

placed it on top of a h... ...okie th... looked like a funnel. All Turoa could ... a while was hold it in both hands an... it.

"Go ahead and taste it," his father ... encouraged, "but don't be surprised ... you find out that cold is different fro... anything you have ever known before...

Slowly Turoa raised the ice cream ... mouth and put his lips on it, but imm... he jerked it away, saying, "Ua veavea... hot)."

"No," his father said as he smiled, ... hot and it won't burn you. Ice cream ... It just seems hot because it is a new ... sensation you have never felt before."

Turoa cautiously put the ice cream ... lips again and slowly licked it with hi... tongue. It was sweet and cold and tas... good that soon it was all gone. "Dadd... asked, "before we leave to go back ho... may I please have another ice-cream c...

His father picked him up, held him ... in his arms, and said, "You certainly ... Turoa's father knew it might be years ... Turoa could taste ice cream again. "In ... fact," he told him, "you may have an ... ice-cream cone every day we are here ... like."



# A PEACEFUL HEART

Translating the ancient and strange looking writing on the gold plates was not a job that just anyone could do. Such an important work needed to be done by someone who was especially prepared by the Lord to do it.

Because of his spiritual nature and his willingness to learn the truth, Joseph Smith was tested and found worthy to be the translator of the Book of Mormon. To help him with the translation, Joseph found with the gold plates "a curious instrument which the ancients called Urim and Thummim, which consisted of two transparent stones set in a rim of a bow fastened to a breastplate."

Joseph also used an egg-shaped, brown rock for translating called a seer stone. The translating was done at Peter Whitmer's home, a friend of the Prophet's where Oliver Cowdery, Emma Smith (Joseph's wife), one of the Whitmers, or Martin Harris wrote down the words spoken by the Prophet as soon as they were made known to him.

Martin Harris said that on the seer stone "sentences would appear and were read by the Prophet and written by [the one writing them down] and when finished [that person] would say 'written;' and if correctly written, the sentence would disappear and another take its place; but if not written correctly it remained until corrected, so that the translation was just as it was engraven on the plates."

Even with the help of the Urim and Thummim and the seer stone, it wasn't easy to translate the sacred record. It required the Prophet's greatest concentration and spiritual strength.

Joseph's friend, David Whitmer, said that sometimes when the Prophet would try to translate, "he was spiritually blind" and could not do it. Joseph explained that when that happened it was because his mind "dwelt too much on earthly things."

One morning the Prophet was unhappy with his wife Emma over a household matter. When he went upstairs where Oliver Cowdery and David Whitmer were waiting to continue with the translation, he still had a bad feeling about his wife in his heart. Joseph tried to translate but not even a syllable of a word came to him; and he knew why. Joseph went downstairs and out into an orchard where he prayed to the Lord.

After about an hour, Joseph returned to the house feeling humble and repentant. He asked Emma to forgive him for his lack of understanding. Then he went back upstairs where he was able to translate without any difficulty.

David Whitmer also understood why the Prophet couldn't translate just an hour before. He said, "Now we see how very strict the Lord is, and how he requires the heart of man to be just right in his sight before he can receive revelations from him."