Kay Burningham (#4201)
kay@kayburningham.com
299 South Main St., Suite #1375
Salt Lake City, Utah 84111
Phone: 1.888.234.3706

*Attorney for Laura A. Gaddy and for the Class*

# THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| **LAURA A. GADDY**, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>**CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS,** a Utah corporation sole.<br><br>*Defendant* | **REQUEST TO SUBMIT FOR DECISION, PLAINTIFF'S MOTION REQUESTING JUDICIAL NOTICE BE TAKEN.**<br><br>(Oral Argument Requested)<br><br>(DEMAND FOR JURY TRIAL)<br><br>Case: **2:19-cv-00554-RJS-DBP**<br><br>Chief District Judge Robert J. Shelby<br><br>Magistrate Judge Dustin B. Pead |

Plaintiff LAURA A. GADDY hereby requests that Plaintiff's "Motion Requesting Judicial Notice be Taken" (EF #59) be submitted for decision, pending oral argument, per DUCivR 7-3.

The Motion (ECF #59) was filed and served on November 17, 2020. Defendant's Response (ECF #63) was filed and served on December 1, 2020. Plaintiff's Reply was filed on December 15, 2020 (ECF#66); therefore, all briefing is now complete.

The Court has scheduled this Motion for oral argument along with the "Motion to Dismiss the Amended Complaint," and "Motion for Leave to Supplement Amended Complaint with an Additional Exhibit," on January 5, 2021 at 1:30 p.m.

                                              Respectfully,

Dated: December 18, 2020                Kay Burningham, Attorney at Law

                                          <u>/s/ *Kay Burningham*</u>

                                    Attorney for Laura A. Gaddy and the Class