Kay Burningham (#4201)
kay@kayburningham.com
Kay Burningham, Attorney at Law
299 South Main Street, Suite #1375
Salt Lake City, Utah 84111
Telephone: 1.888.234.3706

*Attorney for Laura A. Gaddy and the Class*

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH

| | |
|---|---|
| **LAURA A. GADDY**, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>**[The] CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS,** a Utah corporation sole.<br><br>*Defendant* | NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF OPPOSITION TO 12(b)(6) MOTION TO DISMISS AMENDED COMPLAINT<br><br>Hearing: Jan. 5, 2021 1:30 p.m.<br><br>(DEMAND FOR JURY TRIAL)<br><br>**2:19-cv-00554-RJS--DBP**<br><br>Chief District Judge Robert J. Shelby<br><br>Magistrate Judge: Dustin B. Pead |

Pursuant to District of Utah Local Rule 7-1(b)(4), Plaintiff submits this Notice of Supplemental Authority which has come to the attention of Plaintiff's counsel.

> When pertinent and significant authorities come to the attention of a party after the party's memorandum has been filed, or after oral argument but before decision, a party may promptly file a notice with the court and serve a copy on all counsel, setting forth the citations. There must be a reference either to the page of the memorandum or to a point argued orally to which the citations pertain, but the notice must state, without argument, the reasons for the supplemental citations.
>
> Any response must be made, filed promptly, and be similarly limited.

DUCivR 7-1 (b)(4).

1

Plaintiff submits an additional case in support of her [Amended] Opposition to Motion to Dismiss the Amended Complaint (ECF #47): United States v. Jeffs, No. 2:16-CR-82 TS, 2016 WL 6745951 (D. Utah Nov. 15, 2016). The Case should be read in the context of Plaintiff's Opposition § V (Opp. pps. 21-25): "V. The First Amendment is an Affirmative Defense, not a Bar. The AC places Sincerity at Issue. Thus, Dismissal on the Pleadings is Inappropriate." United States v. Jeffs, No. 2:16-CR-82 TS, 2016 WL 6745951 (D. Utah Nov. 15, 2016).

Reason for submission: Plaintiff inadvertently inserted language from and cited to an older Jeffs v. Stubbs 970 P.2d 1234 (Utah 1998) case in her Opposition (Opp. p. 18).

DATED this 21st day of December 2020.    Kay Burningham, Attorney at Law

/s/   *Kay Burningham*
_____
Kay Burningham

*Attorney for Laura A. Gaddy and the Class*