Kay Burningham (#4201)
kay@kayburningham.com
Kay Burningham, Attorney at Law
299 South Main Street, Suite #1375
Salt Lake City, Utah 84111
Telephone: 1.888.234.3706

*Attorney for Laura A. Gaddy and the Class*

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH

| | |
|---|---|
| **LAURA A. GADDY**, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>**[The] CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS,** a Utah corporation sole.<br><br>*Defendant* | NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF OPPOSITION TO 12(b)(6) MOTION TO DISMISS AMENDED COMPLAINT<br><br>Hearing: Jan. 5, 2021 1:30 p.m.<br><br>(DEMAND FOR JURY TRIAL)<br><br>**2:19-cv-00554-RJS--DBP**<br><br>Chief District Judge Robert J. Shelby<br><br>Magistrate Judge: Dustin B. Pead |

Pursuant to District of Utah Local Rule 7-1(b)(4), Plaintiff submits this Notice of Supplemental Authority which has come to the attention of Plaintiff's counsel.

> When pertinent and significant authorities come to the attention of a party after the party's memorandum has been filed, or after oral argument but before decision, a party may promptly file a notice with the court and serve a copy on all counsel, setting forth the citations. There must be a reference either to the page of the memorandum or to a point argued orally to which the citations pertain, but the notice must state, without argument, the reasons for the supplemental citations.
>
> Any response must be made, filed promptly, and be similarly limited.

UT R USDCT CIV DUCivR 7-1

1

Plaintiff submits citations to three additional cases:

1. Neder v. United States, 527 U.S. 1, 3, 119 S. Ct. 1827, 1831, 144 L. Ed. 2d 35 (1999)
2. United States v. Allen, 554 F.2d 398, 410–11 (10th Cir. 1977)
3. Bradford v. Moench, 670 F. Supp. 920, 926 (D. Utah 1987)

All three cases relate to the arguments set forth in Plaintiff's [Amended] Opposition to the Motion to Dismiss the Amended Complaint (ECF# 47) p. 32, re: Civil Rico.

Case 3 also relates to Plaintiff's [Amended] Opposition to the Motion to Dismiss the Amended Complaint (ECF# 47) pps. 27 §VII Fraud by Material Omission, through and including p. 33.

Reason for submission: These cases have just come to Plaintiff's attention.

DATED this 28th day of December 2020.   Kay Burningham, Attorney at Law

/s/   *Kay Burningham*
───────────────────────
Kay Burningham

*Attorney for Laura A. Gaddy and the Class*