Kay Burningham (#4201)
kay@kayburningham.com
Kay Burningham, Attorney at Law
299 South Main Street, Suite #1375
Salt Lake City, Utah 84111
Telephone: 1.888.234.3706

*Attorney for Laura A. Gaddy and the Class*

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH

| | |
|---|---|
| **LAURA A. GADDY**, individually and on behalf of all others similarly situated, *Plaintiffs,* v. **[The] CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS,** a Utah corporation sole. *Defendant* | NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF OPPOSITION TO 12(b)(6) MOTION TO DISMISS AMENDED COMPLAINT  Hearing: Jan. 5, 2021 1:30 p.m.  (DEMAND FOR JURY TRIAL)  **2:19-cv-00554-RJS--DBP**  Chief District Judge Robert J. Shelby  Magistrate Judge: Dustin B. Pead |

Pursuant to District of Utah Local Rule 7-1(b)(4), Plaintiff submits this Notice of Supplemental Authority which has come to the attention of Plaintiff's counsel.

> When pertinent and significant authorities come to the attention of a party after the party's memorandum has been filed, or after oral argument but before decision, a party may promptly file a notice with the court and serve a copy on all counsel, setting forth the citations. There must be a reference either to the page of the memorandum or to a point argued orally to which the citations pertain, but the notice must state, without argument, the reasons for the supplemental citations.
>
> Any response must be made, filed promptly, and be similarly limited.

DUCivR 7-1 (b)(4).

1

Plaintiff submits citations to two additional cases:

1. <u>United States v. Lee</u>, 455 U.S. 252, 252, 102 S. Ct. 1051, 1053, 71 L. Ed. 2d 127 (1982)

2. <u>Tony & Susan Alamo Found. v. Sec'y of Labor</u>, 471 U.S. 290, 290, 105 S. Ct. 1953, 1955–56, 85 L. Ed. 2d 278 (1985)

Both cases relate to Plaintiff's [Amended] Opposition to the Motion to Dismiss the Amended Complaint (ECF# 47) pps.16, & 27-32.

Reason for submission: These cases have just come to Plaintiff's attention.

DATED this 31st day of December 2020.        Kay Burningham, Attorney at Law

/s/   Kay Burningham
―――――――――――――――――――
Kay Burningham

*Attorney for Laura A. Gaddy and the Class*

2