Kay Burningham (#4201)
kay@kayburningham.com
299 South Main St., Suite #1375
Salt Lake City, Utah 84111

Phone: 1.888.234.3706

*Attorney for Laura A. Gaddy and for the Class*

# THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH

| | |
|---|---|
| **LAURA A. GADDY**, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>**CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS,** a Utah corporation sole.<br><br>*Defendant* | NOTICE OF FILING of EXHIBITS USED by PLAINTIFF DURING HEARING of JAN. 5, 2021 on MOTION TO DISMISS AMENDED COMPLAINT.<br><br>(DEMAND FOR JURY TRIAL)<br><br>Case: **2:19-cv-00554-RJS-DBP**<br><br>Chief District Judge Robert J. Shelby<br><br>Magistrate Judge Dustin B. Pead |

Plaintiff LAURA A. GADDY, by and through her undersigned counsel, submits the exhibits used at oral argument (held via ZOOM) on Defendant's Motion to Dismiss the Amended Complaint in order to have a complete record. Counsel found no reference to this issue in either the local rules or Judge Shelby's "blue book."

Kelly Hicken, the official court reporter at the hearing advised the undersigned that exhibits are not attached to the transcript. She suggested Counsel ask Mary Jane McNamee, which was done; however, as of the time of this filing, no response has been received.

      Because the Court rules prohibited recording of the hearing, the exhibits attached to this notice were in fact used but are not necessarily in the order they were used.

      Additionally, since Judge Shelby stated at the time Plaintiff played the video excerpt of President Nelson demonstrating the seer stone in the hat manner of *Book of Mormon* creation, that he does not allow videos in oral argument –or words to that effect, a few screen shots of the video excerpt played during argument are submitted along with the words accompanying that excerpt.

Respectfully,

Dated: January 13, 2021                         Kay Burningham, Attorney at Law

                                                      /s/ *Kay Burningham*

                                       Attorney for Laura A. Gaddy and the Class