# TRANSLATING DIRECTLY FROM GOLD PLATES. AMENDED COMPLAINT EX. NO. 12 MONTAGE OF COP COMMISSIONED ART

