# Urim and Thummim Described

"A Urim and Thummim consists of two special stones called seer stones or interpreters. The Hebrew words urim and thummim, both plural, mean lights and perfections. Presumably one of the stones is called Urim and the other Thummim. Ordinarily they are carried in a breastplate over the heart. (Ex 28:30; Lev. 8:8.)"

Bruce McConkie, *Mormon Doctrine*, Salt Lake City: Bookcraft Pubs (April 1, 1958).