# CV1807 Duty to Speak the Whole Truth

If Defendant made a statement, then it had a duty to tell the truth about the matter, to make a fair disclosure, and to prevent a partial statement from being misleading or giving a false impression.

**References**
Fraud and Deceit, AmJur 2d, Section 209.