# UTAH CV1801 ELEMENTS OF FRAUD

To state a claim of fraud, a plaintiff must allege:

(1)   Defendant made a statement about an important fact; and

(2)   That statement was false; and

(3)   It made the statement knowing it was false, or it made the statement recklessly and without regard for its truth; and

(4)   Defendant intended that its members and potential members would rely on the statement; and

(5) Members, current & potential, reasonably relied on the statement; and

(6) Members suffered damages as a result of relying on the statement.

**CHANGE THE ORDER:**

(1) The Corporation of the President of the LDS Church (COP) made a statement about an important fact; and

(2) COP made the statement without a sincere belief in it, or it made it recklessly and without regard for its truth; and

(3) the statement it made was in fact false; and

(4) COP intended that its members and potential members would rely on the statement; and

(5) Members, current and potential, reasonably relied on the statement; and

(6) Members suffered damages as a result of relying on the statement.