# HONESTY, A DOCTRINE AND SINCERE RELIGIOUS BELIEF OF THE LDS CHURCH

"We Believe in being Honest…"(13th Article of Faith)

"There are many other forms of lying. When we speak untruths, we are guilty of lying. We can also intentionally deceive others by a gesture or a look, by silence, or by telling only part of the truth. Whenever we lead people in any way to believe something that is not true, we are not being honest."

https://www.lds.org/manual/gospel-principles/chapter-31-honesty?lang=eng

"A lie is *any* communication given to another with the intent to deceive"
(Marvin J. Ashton, Conference Report, Apr. 1982, p. 10; or *Ensign,* May 1982, p. 9).