# FREE AGENCY IS AN LDS DOCTRINE, & SINCERELY HELD RELIGIOUS BELIEF

**1971 Oct. Gen. Conf.-- Eldred G. Smith, Church Patriarch:** "They gave up their right and claim to free agency. They didn't learn of the full consequences of that decision. They lost their right to choose—the right to make their own decisions." https://www.churchofjesuschrist.org/study/general-conference/1987/10/the-great-imitator?lang=eng&query=salt+lake+city+temple

**1987 Oct. Gen. Conf. James E. Faust, Apostle, 2nd Counselor in 1st Pres:** "[The devil] came before Christ and proposed to God the Father, "Behold, here am I, send me, I will be thy son, and I will redeem all mankind, that one soul shall not be lost, and surely I will do it; wherefore give me thine honor" (Moses 4:1). This he proposed to do by force, destroying the free agency of man…Free agency, given us through the plan of our Father, is the great alternative to Satan's plan of force." https://www.churchofjesuschrist.org/study/general-conference/1987/10/the-great-imitator?lang=eng&query=salt+lake+city+temple

**1987 Oct. 11, BYU. Dallin Oaks, Apostle since '84, 1st Counselor, 1st. Pres.**

(Re: Free Agency) "[W]e should also avoid any practices in which one person attempts to surrender even part of his will to another person or in which another person attempts to take it…such attempts run counter to the heavenly plan and further the adversary's plan. Free agency, the power to choose and direct our thoughts and our actions, is a gift of God, and we should resist any means that would compromise it. https://speeches.byu.edu/talks/dallin-h-oaks/free-agency-freedom/

**2006 April Gen. Conf. Wolfgang H. Paul, 2nd Quorum of Seventy**

"Every intelligent being must have the power of choice. President Wilford Woodruff observed on the same subject: 'This agency has always been the heritage of man under the rule and government of God. He possessed it in the heaven of heavens before the world was, and the Lord maintained and defended it there against the aggression of Lucifer…'"
https://www.churchofjesuschrist.org/study/general-conference/2006/04/the-gift-of-agency?lang=eng