Excerpt from www.churchofchrist.org., Defendant's official website:



…we know that they had a table like this.



We know they had the golden plates, covered, usually.



And Joseph used these, uh, the urim and thummim, seer stones, in the, in the hat.



It was easier for him to see the light when he'd, uh, take that position…





END OF EXCERPT