# COP STATED USES FOR TITHING ON DONATION SLIPS

## (Unknown date through present*)

Ward Missionary, General Missionary, Book of Mormon, Humanitarian Aid, Temple Construction, Perpetual Education & Other (specify)

*Modified in 2012 (Form on right)