Kay Burningham (#4201)
kay@kayburningham.com
Kay Burningham, Attorney at Law
299 South Main Street, Suite #1375
Salt Lake City, Utah 84111
Phone: 1.888.234.370

*Attorney for Laura A. Gaddy and the Class*

# IN THE UNITED STATES DISTRICT COURT, DISTRICT OF UTAH

| | |
|---|---|
| **LAURA A. GADDY**, individually and on behalf of all others similarly situated, *Plaintiffs,* v. **CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS,** a Utah corporation sole. *Defendant* | **NOTICE OF INTENT TO FILE "MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT"** (DEMAND FOR JURY TRIAL) **2:19-cv-00554-RJS--DBP** Presiding Judge: Robert J. Shelby Magistrate Judge: Dustin B. Pead |

**PLAINTIFF HEREBY GIVES NOTICE THAT SHE INTENDS TO MOVE FOR THE COURT'S PERMISSION TO FILE A SECOND AMENDED COMPLAINT.**

Plaintiff advises the Court and Counsel that she intends to move for leave to file a Second Amended Complaint ("2AC") under Fed. R. Civ. Proc. 15(a)(2). Plaintiff respectfully requests that the Court wait until it has read the "Motion for Leave to File a 2AC (and the proposed 2AC that would be attached to that motion)," before issuing an order of judgment on the "Motion to Dismiss the Amended Complaint" which was taken

1

under submission approximately 44 days ago at the Jan. 5, 2021 hearing.

The Motion is not meant to usurp the Court's authority to rule on the prior motion, but due to procedural requirements, would be filed preemptively in order to protect Plaintiff's and the Putative class's ("Plaintiffs'") interests so that justice cold be served. Respectfully, the undersigned believes that it would not waste the Court's time but would serve to move the litigation forward, whether in trial or through appeal.

This Notice of Intent is filed concurrently with a Motion for Permission to file "Motion for Leave to File a Second Amended Complaint," and "Motion for Leave to File an Overlength Memorandum" in support thereof. The Motion for Leave to so file, and accompanying proposed 2AC, have both been drafted and would be ready to file within two business days of Plaintiff's receipt of the Court's decision on whether she has permission to file the "Motion for Leave to File a 2AC" and if so, whether an overlength memorandum is allowed as requested.

Respectfully,

DATED: February 17, 2021.    Kay Burningham, Attorney at Law

/s/ Kay Burningham
Kay Burningham
kay@kayburningham.com
299 South Main Street, Suite #1375
Salt Lake City, Utah 84111
Telephone: (888) 234-3706

*Attorney for Laura A. Gaddy and the Class*