Kay Burningham (#4201)
kay@kayburningham.com
299 South Main St.
Suite#1375
Salt Lake City, Utah
84111 Phone:
1.888.234.3706

Attorney for Laura A. Gaddy and for the Class

# THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH

| | |
|---|---|
| **LAURA A. GADDY**, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>**CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS,** a Utah corporation sole.<br><br>*Defendant* | **REQUEST to SUBMIT for DECISION "MOTION for PERMISSION to FILE "MOTION FOR LEAVE to FILE SECOND AMENDED COMPLAINT and MOTION FOR LEAVE to FILE OVERLENGTH MEMORANDUM in SUPPORT THEREOF""**<br><br>(DEMAND FOR JURY TRIAL)<br><br>Case: **2:19-cv-00554-RJS-DBP**<br><br>The Honorable: Robert J. Shelby<br><br>The Honorable Dustin B. Pead |

Plaintiff, LAURA A. GADDY hereby requests that the Court rule on Plaintiff's "Motion for Permission to File "Motion for Leave to File Second Amended Complaint and Motion For Leave to File Overlength Memorandum in Support Thereof.'"

All briefing is complete.

The Motion (ECF #80) was filed and served on February 17, 2021, along with a Notice of Intent to File "Motion for Leave to File a Second Amended Complaint," (ECF#79).

Defendant's Response (ECF #82) was filed and served on March 3, 2021. Plaintiff's Reply is filed concurrent with this Request to Submit for Decision. Neither Party has requested oral argument.

Wherefore, the matter is ripe for decision.

Dated: March 8, 2021              by Kay Burningham, Attorney at Law

/s/ *Kay Burningham*
Kay Burningham
kay@kayburningham.com
299 South Main Street, Suite #1375
Salt Lake City, Utah 84111
Telephone: (888) 234-3706

*Attorney for Laura A. Gaddy and the Class*