# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| LAURA A. GADDY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole.,<br><br>Defendant. | **ORDER DENYING MOTION AS MOOT**<br><br>Case No.: 2:19-cv-00554-RJS-DBP<br><br>Chief Judge Robert J. Shelby<br><br>Chief Magistrate Judge Dustin B. Pead |

On February 17, 2021, Plaintiff Laura A. Gaddy filed a motion captioned "Motion for Leave to File Second Amended Complaint and Overlength Memo in Support Thereof,"[1] asking the court for leave to file an overlength, "drafted but not finalized," Motion for Leave to File her Second Amended Complaint.[2] On March 17, 2021, Gaddy filed a new Motion for Leave to File Second Amended Complaint.[3] In this Motion, Gaddy "abandon[s]" the February 17 Motion for Leave.[4] The February 17 Motion for Leave[5] is therefore DENIED AS MOOT.

SO ORDERED this 24th day of March 2021.

BY THE COURT

ROBERT J. SHELBY
United States Chief District Judge

---

[1] Dkt. 80.
[2] Dkt. 80 at 1.
[3] Dkt. 85.
[4] Dkt. 85 at 1.
[5] Dkt. 80.