David J. Jordan (1751)
david.jordan@stoel.com
Wesley F. Harward (15623)
wesley.harward@stoel.com
STOEL RIVES LLP
201 S. Main Street, Suite 1100
Salt Lake City, UT 84111
Telephone:  801.328.3131

*Attorneys for Defendant Corporation of the
   President of The Church of Jesus Christ of
   Latter-day Saints*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| LAURA A. GADDY, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br>　v.<br><br>CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole,<br><br>　　　　　Defendant. | **JOINT MOTION FOR EXTENSION OF BRIEFING SCHEDULE RE PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**<br><br>Case No. 2:19-cv-00554-RJS<br><br>The Honorable Robert J. Shelby<br>The Honorable Dustin B. Pead |

Plaintiff Laura Gaddy filed a Motion for Leave to File Second Amended Complaint (the "Motion") on March 17, 2021 (Docket 85).  Defendant Corporation of the President of The Church of Jesus Christ of Latter-day Saints (the "Church") must currently file its response by March 31, 2021.  Counsel for both parties agree

103392859.1 0056812-00016

that an extension of the briefing schedule is warranted here due to the press of other matters. Specifically, the parties agree that the time to file the Church's response to the Motion should be extended by two weeks. And the parties agree that Ms. Gaddy's time to file a reply memorandum should similarly be extended by two weeks.

If this motion is granted, the Church's response would be due on April 14, 2021. Ms. Gaddy's reply memorandum would be due on May 12, 2021.

Pursuant to DUCivR 7-1(a)(2), attached as Exhibit A is a proposed order granting this motion.

DATED: March 25, 2021.

                                              STOEL RIVES LLP

                                              */s/ David J. Jordan*
                                              David J. Jordan
                                              Wesley F. Harward

                                              *Attorneys for Defendant Corporation of the President of The Church of Jesus Christ of Latter-day Saints*

                                              */s/ Kay Burningham (with permission)*
                                              Kay Burningham

                                              *Attorney for Plaintiff Laura A. Gaddy*