# EXHIBIT A

David J. Jordan (1751)
david.jordan@stoel.com
Wesley F. Harward (15623)
wesley.harward@stoel.com
STOEL RIVES LLP
201 S. Main Street, Suite 1100
Salt Lake City, UT 84111
Telephone: 801.328.3131

*Attorneys for Defendant Corporation of the*
*President of The Church of Jesus Christ of*
*Latter-day Saints*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| LAURA A. GADDY, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole,<br><br>        Defendant. | **[PROPOSED] ORDER GRANTING JOINT MOTION FOR EXTENSION OF BRIEFING SCHEDULE RE PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**<br><br>Case No. 2:19-cv-00554-RJS-DBP<br><br>The Honorable Robert J. Shelby<br>The Honorable Dustin B. Pead |

Before the Court is a Joint Motion for Extension of Briefing Schedule re

Plaintiff's Motion for Leave to File Second Amended Complaint (the "Motion").

Based on the stipulation of the parties, the Motion is GRANTED. The time for

which Defendant may file its response memorandum is extended through and including April 14, 2021.  The time for which Plaintiff may file her reply memorandum is extended through and including May 12, 2021.

      DATED:  March ___, 2021.

                                  BY THE COURT

                                  _____

                                  Judge Dustin B. Pead