Kay Burningham (#4201)
kay@kayburningham.com
299 South Main Street, Suite #1375
Salt Lake City, Utah 84111
Phone: 1.888.234.3706

*Attorney for Laura A. Gaddy and the Class*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| LAURA A. GADDY, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>        v.<br><br>CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole,<br><br>      Defendant. | **ERRATA TO [PROPOSED] SECOND AMENDED COMPLAINT (2AC). Filed as Ex. 1 to "PLAINTIFF'S MOTION FOR LEAVE TO FILE PROPOSED SECOND AMENDED COMPLAINT"**<br><br>2:19-cv-554-RJS-DBP<br><br>Chief District Judge Robert J. Shelby<br><br>Magistrate Judge Dustin B. Pead |

Plaintiff corrects the [Proposed] Second Amended Complaint, filed as Exhibit One [ECF #85-1] to "Plaintiff's Motion for Leave to File the Proposed Second Amended Complaint" [ECF #85, filed March 17, 2021] as follows:

- ¶73, p. 24, "Perpetual Immigration Fund," should be "Perpetual Education Fund."

- ¶95, p. 28, The diagram showing the "Nonprofit" side of the Mormon Corporate Empire indicates "8 Qs of Seventy." That number should read "12 Qs of Seventy."[1]

---

[1] Four more Quorums of the Seventy were added after the Complaint was filed on Aug. 5, 2019.

- ¶110  The phrase "are indoctrinated for two months," should be: "are indoctrinated for ==an average of== two months."

- ¶ 350,The phrase "Defendant's conduct was a substantial factor in bringing about Plaintiffs' injuries which are of a type that a reasonable person would foresee as a likely result of his or her conduct." The phrase should read: "Defendant's conduct was ==an actual cause of, and substantially contributed to,== Plaintiffs' injures and damages which are of a type that a reasonable person would foresee as a likely result of his or her conduct.

- ¶ 358. The phrase: "The important facts that COP failed to disclose are the following:" should read: "The important facts that COP failed to disclose ==include, but are not limited to== the following:"

Dated: March 31, 2021                    Kay Burningham, Attorney at Law

                                          /s/ Kay Burningham
                                         Kay Burningham
                                         kay@kayburningham.com
                                         299 South Main Street, #1375
                                         Salt Lake City, Utah 84111
                                         Phone: 1.888.234.3706

                                         *Attorney for Laura A. Gaddy and the Class*