Kay Burningham (#4201)
kay@kayburningham.com
299 South Main St., Suite #1375
Salt Lake City, Utah 84111
Phone: 1.888.234.3706

*Attorney for Laura A. Gaddy and for the Class*

# THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| **LAURA A. GADDY**, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs,*<br>v.<br>**CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS,** a Utah corporation sole.<br><br>*Defendant* | **REQUEST to SUBMIT for DECISION, "MOTION for LEAVE to FILE the PROPOSED SECOND AMENDED COMPLAINT"**<br><br>(Oral Argument Requested)<br><br>(DEMAND FOR JURY TRIAL)<br><br>Case: **2:19-cv-00554-RJS-DBP**<br><br>Chief Judge: Robert J. Shelby<br><br>Magistrate Judge: Dustin B. Pead |

Plaintiff LAURA GADDY hereby requests that her "Motion for Leave to File the Proposed Second Amended Complaint," (ECF #85), be submitted for decision per DUCivR 7-3, pending the Court's decision on oral argument. All briefing is complete.

The "Motion for Leave to File the Proposed Second Amended Complaint" (ECF #85) was filed and served on March 17, 2021. The Opposition Memorandum (ECF #91) was filed and served April 14, 2021. The Reply Memorandum (ECF #92) was filed and served May 3, 2021.

                                          Respectfully,

Dated: May 6, 2021                  Kay Burningham, Attorney at Law

                                       /s/ *Kay Burningham*

                                  Attorney for Laura A. Gaddy and the Class