Kay Burningham (#4201)
kay@kayburningham.com
Kay Burningham, Attorney at Law
299 South Main Street, Suite #1375
Salt Lake City, Utah 84111
Telephone: 1.888.234.3706

*Attorney for Laura A. Gaddy and the Class*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| **LAURA A. GADDY**, individually and on behalf of all others similarly situated, *Plaintiffs,* v. **CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS,** a Utah corporation sole. *Defendant* | NOTICE OF FILING "NOTICE TO PRESERVE ELECTRONIC and OTHER EVIDENCE" (DEMAND FOR JURY TRIAL) **2:19-cv-00554-RJS--DBP** Chief Judge: Robert J. Shelby Magistrate Judge: Dustin B. Pead |

Plaintiff LAURA A. GADDY, gives notice that on August 6, 2019 , she served Defendant, by and through her agent C. D. Anderson, a "Notice to Preserve Electronic and other Evidence." As set forth in the Declaration of C. D. Anderson filed herewith, she now files a true and correct copy of the

document that was served on Defendant and reminds Defendant that its duty to preserve electronically stored evidence ("ESI") is continuing from the date it was served with the original complaint.

Dated: May 5, 2021                     by: Kay Burningham

                                              ___/S/ Kay Burningham_____

                                              *Attorney for Laura A. Gaddy*