Kay Burningham (#4201)
kay@kayburningham.com
Kay Burningham, Attorney at Law
299 South Main Street, Suite #1375
Salt Lake City, Utah 84111
Telephone: 1.888.234.3706

*Attorney for Laura A. Gaddy and the Class*

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH

| | |
|---|---|
| **LAURA A. GADDY**, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>**CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS,** a Utah corporation sole.<br><br>*Defendant.* | **DECLARATION of C.D. ANDERSON IN SUPPORT OF NOTICE OF FILING OF "NOTICE TO PRESERVE ELECTRONIC and OTHER EVIDENCE"**<br><br>(DEMAND FOR JURY TRIAL)<br><br>**2:19-cv-00554-RJS--DBP**<br><br>Chief District Judge Robert J. Shelby<br><br>Magistrate Judge: Dustin B. Pead |

I, C.D. Anderson declare based upon my personal knowledge that:

1.     The "Return of Service" filed herewith is a true and correct copy of my original.

2.      The "Notice to Preserve Electronic and Other Evidence" filed herewith is a true and correct copy of the document that I served on Defendant's agent on Aug. 6, 2019.

   I declare under penalty of perjury under 28 U.S.C. §1746 that the foregoing is true and correct and based upon my personal knowledge.  Executed this 14th day of April in Salt Lake County, Utah. [1]        /s/ C.D. Anderson
                                                                                                                                        C.D. Anderson

---

[1] The Declaration of C.D. Anderson with his original signature is in the custody of Plaintiff's attorney.