## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
District of Utah

Case Number: 2:19-CV-00554-EJF

Plaintiff:
**LAURA A. GADDY, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED**

vs.

Defendant:
**THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS**

For:
Kay Burningham
KAY BURNINGHAM, ESQ
299 SOUTH MAIN STREET
SUITE 1300
SALT LAKE CITY, UT 84111

Received by ANDERSON INVESTIGATIONS, INC. on the 6th day of August, 2019 at 3:18 pm to be served on **THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS R/A CORPORATE AGENT SERVICES, LLC, 60 EAST SOUTH TEMPLE, SUITE 1800, SALT LAKE CITY, UT 84111.**

I, C. D. ANDERSON, do hereby affirm that on the **6th day of August, 2019 at 4:30 pm, I:**

Served the within named **CORPORATION** by delivering a true copy of the **SUMMONS & PROPOSED CLASS ACTION COMPLAINT (DEMAND FOR JURY TRIAL); EXHIBITS; CIVIL COVER SHEET; LETTER - NOTICE TO PRESERVE ELECTRONIC AND OTHER EVIDENCE;** with the date and hour of service endorsed thereon by me to CORPORATE AGENT SERVICES, LLC/PAIGE GARDNER as **Registered Agent** of the within named corporation, in compliance with state statutes.

I am over the age of 21 and have no interest in the above action. I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was executed. Pursuant to Utah Code Annotated 78-B-5-705, I declare under criminal penalty that the foregoing is true and correct.

**C. D. ANDERSON**
Process Server

ANDERSON INVESTIGATIONS, INC.
P.O. BOX 535
Salt Lake City, UT 84110
(801) 619-1110

Our Job Serial Number: AND-2019003034

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.1c