AUGUST 6, 2019

TO: CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, *aka* The Corporation of the President of the Church of Jesus Christ of Latter-day Saints

Re: **Notice to Preserve Electronic and other Evidence, US District Court Case No: 2:19-cv-00554-EJF**

TO WHOM IT MAY CONCERN:

Our law firm represents Laura A. Gaddy in the above legal matter in which you are named as defendant. This letter requests your immediate action to preserve electronically stored information that may contain evidence important to the above legal matter.

This notice applies to you and any of your subsidiaries' and or employees' on-and off-site computer systems and removable electronic media plus all computer systems, services, and devices (including all remote access and wireless devices) used for your overall operation. This includes, but is not limited to, e-mail and other electronic communications; electronically stored documents, records, images, graphics, recordings, spreadsheets, databases; calendars, system usage logs, contact manager information, telephone logs, internet usage files, deleted files, cache files, user information, and other data. Further, this notice applies to archives, backup and disaster recovery tapes, discs, drives, cartridges, voicemail and other data. All operating systems, software, applications, hardware, operating manuals, codes, keys and other support information needed to fully search, use, and access the electronically stored information must also be preserved.

The importance of immediate action cannot be overstated. Electronically stored information is easily corrupted, altered, and deleted in normal daily operations. Even booting a drive, running an application, or reviewing a document can permanently alter evidence. An important method for preserving data in its original state is to have a forensic image (mirror image or clone image) made of pertinent hard drives of both office and home computers used for business and of network servers. This image captures all current data, including the background or metadata about each document. Simply copying data to a CD-ROM or other common back-up medium is not adequate. For each captured image file, record and identify the person creating the image and the date of creation. Secure the file to prevent subsequent alteration or corruption and create a chain of custody log. Once the forensic data image file is created, the pertinent computer or other device can be placed back into operation.

[If known, identify any key persons,' officers,' supervisors,' and employees' computers to which special attention for forensic imaging must be directed.]

This preservation notice covers the above items and information between the following dates: January 1, 1950 and the present, and is ongoing. Follow the above procedures to preserve electronic information created after this notice.

Current law and rules of civil procedure clearly apply to the discovery of electronically stored information just as they apply to other evidence, and confirm the duty to preserve such information for discovery. You and your officers, employees, agents, and affiliated organizations must take all reasonable steps to preserve this information until this case is finally resolved. Failure to take the necessary steps to preserve the information addressed in this letter or other pertinent information in your possession or control may result in serious sanctions or penalties.

In addition to electronic evidence, notice is hereby given to preserve at last one hard copy of all correlated publications from Jan 1, 1950 through the present, including but not limited to: all editions of canonized scriptures, correlated church magazines, instruction manuals (both student and teacher versions) whether for use in wards, stakes, branches, and or auxiliary programs including priesthood, Institute classes across the BYU campuses (and former Rick's College) and LDS Business College and adult education courses sponsored by you. It also includes all Church educational system (CES) procedure manuals, employment guidelines, correlation standards, materials and instruction, and other such documents. It also includes all instructional and proselytizing material for use in teaching missionaries at any Mission Training Center and or for use in proselytizing efforts, worldwide, in any and all languages.

Do not destroy diaries, journals, ledger books or other primary source documents from 1820 through the present.  All such documents preserved in a vault or archive, must be retained and preserved.

Further, to properly fulfill your preservation obligation, stop all scheduled data destruction, electronic shredding, rotation of backup tapes, and the sale, gift or destruction of hardware. Notify all individuals and affiliated organizations of the need and duty to take the necessary affirmatives steps to comply with the duty to preserve evidence.

Sincerely,


Kay Burningham

Kay Burningham, Attorney at Law
299 South Main Street Suite #1375
Salt Lake City, Utah 84111

*Attorney for Laura A. Gaddy, et. al.*