David J. Jordan (1751)
david.jordan@stoel.com
Wesley F. Harward (15623)
wesley.harward@stoel.com
STOEL RIVES LLP
201 S. Main Street, Suite 1100
Salt Lake City, UT 84111
Telephone:  801.328.3131

*Attorneys for Defendant Corporation of the
President of The Church of Jesus Christ of
Latter-day Saints*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| LAURA A. GADDY, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br>   v.<br><br>CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole,<br><br>      Defendant. | **NOTICE OF NON-OPPOSITION TO "MOTION TO AMEND PRAYER FOR RELIEF IN [PROPOSED] SECOND AMENDED COMPLAINT"**<br><br>Case No. 2:19-cv-00554-RJS<br><br>The Honorable Robert J. Shelby<br>The Honorable Dustin B. Pead |

Defendant Corporation of the President of The Church of Jesus Christ of Latter-day Saints (the "Church") submits this Notice of Non-Opposition to Plaintiff's "Motion to Amend Prayer for Relief in Proposed Second Amended Complaint"  (Docket 95).  The Church does not oppose the substitute prayer for

111244727.2 0056812-00016

relief or the addition of the allegation in paragraph 277 to the proposed Second Amended Complaint. The Church understands Ms. Gaddy's instant motion to seek only leave to amend the *proposed* Second Amended Complaint—not that she be permitted to *file* that proposed Second Amended Complaint as amended. To be clear, the Church maintains that Ms. Gaddy's Motion for Leave to File the Proposed Second Amended Complaint should be denied. *See* Dockets 85, 91, and 92. That motion is fully briefed, and Ms. Gaddy's current proposed amendments do not alter the arguments raised by the parties in that motion. Given the Church's non-opposition to the instant motion, no further briefing on it or the Motion for Leave to File Second Amended Complaint is required or should be permitted.

DATED: June 11, 2021.

STOEL RIVES LLP

/s/ David J. Jordan
David J. Jordan
Wesley F. Harward

*Attorneys for Defendant Corporation of the President of The Church of Jesus Christ of Latter-day Saints*

2