Kay Burningham (#4201)
kay@kayburningham.com
Kay Burningham, Attorney at Law
299 South Main Street, Suite #1375
Salt Lake City, Utah 84111
Telephone: 1.888.234.3706

*Attorney for Laura A. Gaddy*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| **LAURA A. GADDY**, individually and on behalf of all others similarly situated, <br><br> *Plaintiffs,* <br><br> v. <br><br> **[The] CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS,** a Utah corporation sole. <br><br> *Defendant* | **NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF "MOTION FOR LEAVE TO FILE [proposed] SECOND AMENDED COMPLAINT"** <br><br> **(Oral Argument Requested)** <br><br> (DEMAND FOR JURY TRIAL) <br><br> **2:19-cv-00554-RJS--DBP** <br><br> Chief Judge: Robert J. Shelby <br><br> Magistrate Judge: Dustin B. Pead |

Pursuant to District of Utah Local Rule 7-1(b)(4), Plaintiff submits this

Notice of Supplemental Authority which has come to the attention of

Plaintiff's counsel.

1

> When pertinent and significant authorities come to the attention of a party after the party's memorandum has been filed, or after oral argument but before decision, a party may promptly file a notice with the court and serve a copy on all counsel, setting forth the citations. There must be a reference either to the page of the memorandum or to a point argued orally to which the citations pertain, but the notice must state, without argument, the reasons for the supplemental citations.

Any response must be made, filed promptly, and be similarly limited.

DUCivR 7-1 (b)(4).

The Motion for Leave to File the Proposed Second Amended Complaint (ECF #85) was filed March 17, 2021. Defendant's Opposition (ECF #91) was filed April 14, 2021. The Reply brief (ECF #92) was filed May 3, 2021.

The case is: *Fulton v. City of Philadelphia, Pennsylvania*, decided June 17, 2021, United States Supreme Court, Case No. 19–1. It was argued November 4, 2020 and decided June 17, 2021.[1] *Fulton* relates to the following sections of Plaintiff's *Motion for Leave to File the Proposed Second Amended Complaint* (ECF#85) pp. 5-7, and the Reply Brief (ECF#92 ) p. 9, including footnotes four and five.

---

[1] (This case would have been attached as an exhibit, but the CM/ECF filing system denied acceptance of the slip opinion due to hidden code in the .pdf. Additionally, the case has yet to appear in the Westlaw database.)

3

Reason for submission: *Fulton v. City of Philadelphia, Pennsylvania,*

was decided June 17, 2021, by the United States Supreme Court.

Respectfully,

DATED this 22nd day of June  2021.

Kay Burningham, Attorney at Law

/s/    *Kay Burningham*

Kay Burningham

*Attorney for Laura A. Gaddy*