Kay Burningham (#4201)
kay@kayburningham.com
Kay Burningham, Attorney at Law
299 South Main Street, Suite #1375
Salt Lake City, Utah 84111
Phone: 1.888.234.3706

*Attorney for Laura A. Gaddy*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| **LAURA A. GADDY**, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>**[The] CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS,** a Utah corporation sole.<br><br>*Defendant* | **[PROPOSED] ORDER ON *PLAINTIFF'S EX PARTE MOTION FOR LEAVE TO FILE OVERLENGTH MEMORANDUM***<br><br>(DEMAND FOR JURY TRIAL)<br><br>**2:19-cv-00554-RJS--DBP**<br><br>Judge: Robert J. Shelby<br><br>Magistrate Judge: Dustin B. Pead |

On a showing of good cause, and for the reasons set forth in *Plaintiff's Ex Parte Motion for Leave to File Over Length Memorandum,*

IT IS HEREBY ORDERED: that Plaintiff is granted leave to file an overlength memorandum in support of her *Motion for Leave to File a Second Amended Complaint.* The Motion and Memorandum shall be no more than 5,000 words, excluding that matter identified in the Local Rules.

DATED August____, 2021.          BY THE COURT:

_____
DUSTIN B. PEAD
U.S. District Court Magistrate Judge