Kay Burningham (#4201)
kay@kayburningham.com
Kay Burningham, Attorney at Law
299 South Main Street, Suite #1375
Salt Lake City, Utah 84111
Phone: 1.888.234.3706

*Attorney for Laura A. Gaddy*

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH

| | |
|---|---|
| **LAURA A. GADDY**, individually and on behalf of all others similarlysituated,<br><br>*Plaintiffs,*<br><br>v.<br><br>**CORPORATION OF THE PRESIDENT OF THE CHURCH OFJESUS CHRIST OF LATTER-DAY SAINTS,** a Utah corporation sole.<br><br>………..Defendant | **PLAINTIFF'S UNOPPOSED MOTION for EXTENSION of TIME to FILE MOTION for LEAVE to FILE a SECOND AMENDED COMPLAINT**<br><br>(DEMAND FOR JURY TRIAL)<br><br>**2:19-cv-00554-RJS-DBP**<br><br>Chief District Judge: Robert J. Shelby<br><br>Chief Magistrate Judge: Dustin B. Pead |

Plaintiff respectfully requests an additional 30 days within which to file a motion for leave to file a second amended complaint. This motion is unopposed by defense counsel, as indicated in the email attached as Exhibit "1" to this motion.

Pursuant to his Order on Defendant's Motion to Dismiss (dkt.100), Judge Shelby stated:

After the court heard oral argument and took this matter under advisement, Gaddy filed a Motion for Leave to File her Second Amended Complaint. That Motion is denied without prejudice as premature. However, now that the court has resolved the Church's Motion to Dismiss her Amended Complaint, Gaddy may file within thirty (30) days a motion for leave to amend her Amended Complaint. (Dkt.100, p. 29.)

Due to a family emergency, Plaintiff's counsel seeks the requested extension. If granted, Plaintiff's renewed motion would be due on September 27, 2021.

Pursuant to DUCivR 7-1(a)(2), attached as Exhibit "2" is a proposed order granting this motion.

DATED this 23rd. day of August, 2021.   Kay Burningham, Attorney at Law

    /s/ Kay Burningham
    Kay Burningham

*Attorney for Laura A. Gaddy*

2