| | |
|---|---|
| **From:** | kay@kayburningham.com |
| **To:** | "Harward, Wesley F." |
| **Subject:** | RE: Gaddy Extension |
| **Date:** | Monday, August 23, 2021 2:11:00 PM |

Thanks, Wes.

**From:** Harward, Wesley F. <wesley.harward@stoel.com>
**Sent:** Monday, August 23, 2021 2:03 PM
**To:** kay@kayburningham.com
**Subject:** RE: Gaddy Extension

Dear Kay,

This looks fine.  You have our permission to sign and file.  And, again, we wish you the best with your family emergency.

Best,
Wes

**From:** kay@kayburningham.com <kay@kayburningham.com>
**Sent:** Monday, August 23, 2021 1:13 PM
**To:** Harward, Wesley F. <wesley.harward@stoel.com>
**Subject:** Gaddy Extension
**Importance:** High

Hi Wes,

Attached please find a motion and proposed order with respect to the extension of time to which you agreed earlier this morning. As promised, please send your email of non-opposition so that I can file these documents with Magistrate Pead today.

Thanks for your accommodation,

**Kay Burningham, Attorney at Law**

299 South Main St., Suite #1375

Salt Lake City, UT  84111

www.kayburningham.com

1.888.234.3706