# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH

| | |
|---|---|
| **LAURA A. GADDY**, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>**CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS,** a Utah corporation sole.<br><br>*Defendant* | **ORDER GRANTING** *PLAINTIFF'S UNOPPOSED MOTION for EXTENSION of TIME to FILE MOTION for LEAVE to FILE a SECOND AMENDED COMPLAINT*<br><br>**2:19-cv-00554-RJS-DBP**<br><br>Chief Judge: Robert J. Shelby<br><br>Chief Magistrate Judge: Dustin B. Pead |

Before the Court is *Plaintiff's Unopposed Motion for an Extension of Time within which to file Motion for Leave to File a Second Amended Complaint.* Based on Plaintiff's representation in the unopposed Motion,

IT IS HEREBY ORDERED: that Plaintiff is granted up through September 27, 2021 within which to file her *Motion for Leave to File a Second Amended Complaint.*

DATED August    , 2021.                              BY THE COURT

 

_____
DUSTIN B. PEAD
U.S. Magistrate Judge