IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| LAURA A. GADDY, individually and on behalf of all others similarly situated,<br>Plaintiffs,<br><br>v.<br><br>CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole,<br><br>Defendant. | ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT<br><br>Case No. 2:19-cv-00554-RJS-DBP<br><br>Chief Judge Robert J. Shelby<br><br>Chief Magistrate Judge Dustin B. Pead |

Before the court is the Plaintiff's Unopposed Motion for Extension of Time to File Motion for Leave to File a Second Amended Complaint (the Motion).[1] Based on the Motion, and for good cause appearing, the court hereby GRANTS the Motion. The deadline for Plaintiff to file a motion for leave to amend her Amended Complaint is now September 27, 2021.

SO ORDERED this 24th day of August 2021.

BY THE COURT:

_____
ROBERT J. SHELBY
United States Chief District Judge

---

[1] Dkt. 103.