**EXHIBIT NO. 7, TABLE OF DIRECT GOLD PLATE TRANSLATION ART/DECADE.**





| 1970s Continued | 1980s Continued | 1990s Continued | 2000s Continued | 2010s Continued |
|---|---|---|---|---|
| | *Ensign*, 02/89 p. 11 | *Ensign* 07/99 p. 41/43 | Still from *Joseph Smith: Prophet of the Restoration* © 2005 (COP film) | *Ensign* 10/15 p. 55 |
| | | | *Ensign* 01/06 p. 72 | *Ensign* 10/2015 p. 55 |
| | | | Ensign 10/06 p. 40 and 01/08 p. 38 & *Gospel Art Book* © 2009 p. 32 (used in all LDS wards) | *Ensign* 12/2017 P. 57 |
| | | | *Ensign* 01/09 Table of Contents & p. 16. | *Ensign* 12/2017 p. 58-59 |