IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| LAURA A. GADDY, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole,<br><br>    Defendant. | **ORDER GRANTING MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT AND MOTION TO AMEND**<br><br>2:19-cv-00554-RJS-DBP<br><br>Chief District Judge Robert J. Shelby<br>Chief Magistrate Judge Dustin B. Pead |

On September 27, 2021, Plaintiff Laura A. Gaddy filed a Motion for Leave to File Proposed Second Amended Complaint, pursuant to Federal Rule of Civil Procedure 15(a)(2).[1] On October 5, 2021, Gaddy filed a Motion to Amend Proposed Second Amended Complaint.[2] On October 12, 2021, the Corporation of the President of the Church of Jesus Christ of Latter-Day Saints (the LDS Church) filed its Responses to Motions for Leave.[3] In that response, the LDS Church provided written consent, pursuant to Rule 15(a)(2), for Gaddy's Motion for Leave to File as well as Gaddy's Motion to Amend.[4] The LDS Church also requested that "Gaddy make all changes referenced in her motion, as well as any other edits she deems necessary prior

---

[1] Dkt. 105.

[2] Dkt. 106.

[3] Dkt. 107.

[4] *See id.* at 2.

1

to filing the new Second Amended Complaint," "result[ing] in a single document containing all the operative allegations in this case."[5]

Under Rule 15(a)(2), a party may amend its pleading with the opposing party's written consent.[6] Accordingly, the Motion for Leave is GRANTED and the Motion to Amend is also GRANTED. Gaddy is directed to file the Second Amended Complaint within seven (7) days. Additionally, the court directs Gaddy to make all changes referenced in her Motion to Amend and any other necessary edits so that the Second Amended Complaint contains all operative allegations in this case.

The LDS Church shall have twenty-one (21) days from the date the Second Amended Complaint is filed to file an Answer or responsive pleading.

SO ORDERED this 15th day of October, 2021.

BY THE COURT:

_____
ROBERT J. SHELBY
United States Chief District Judge

---

[5] *Id.*

[6] Fed. R. Civ. P. 15(a)(2).