**Grammar and Alphabet of the Egyptian Language, circa July–circa November 1835**

## Document Transcript

[*front cover*]
[*front pastedown*]
[*4 pages blank; text begins on page 1*]
[*page blank*]
[*page blank*]
[*page blank*]



No.  Character  Grammar & A[l]phabet of the Egyptian Language

1  ✦ [5.27]  This is called Za Ki=o<a>n hi<a>sh, < or> chal sidon <a> his<a>h. This character is in the fiftth degree, independent and abitrary. It may be preseved in the fifth degree while it stands independent and arbitrary: That is, without a straight mark | inserted above or below it. By inserting a straight mark

2  ✦ [5.27]  over it thus, (2) it increases its signification five

3  ✦ [5.27]  degrees: by inserting two straight lines, thus: (3) its signification is increased five times more. By inserting three straight lines; thus (4) its signification is again increased five times more than the last. By counting the numbers of st[r]aight lines ~~and preseving them,~~ or considering them as qualifying adjectives we have the degrees of comparison There are five connecting parts of speech in the above character, called Za-ki on hish These five connecting parts of speech, for verbs, particip les— prepositions, conjunctions, and adverbs. In

4  ✦ [5.27]  ~~Translation~~ Translating this chara[c]ter, this subject must be continued until there are as many of these connecting parts of speech used as there are connections or connecting parts found in the character. But whinever the character is found with one horizontal line, as at (2) the subject must be continued until ~~twice~~ < five times> the number of connecting parts of speech are used; or, the full sense of the writer is not conveyed. When two horizontal lines occur, the number of con ne[c]ting parts of speech are continued five times furthr— or five degrees. And when three horizontal lines are found, the number of connections are to be increased five time further. The character alone has 5 parts of speech: increase by one straight line thus 5x5 is 25

[p. 1]

No  by 2 horizontal lines thus 25 x 5 = 125; and by 3 horizontal lines thus:— 125 x 5 = 625

5  ✦ [5.27]  When this character has a horizontal line under it it reduces it into the fourth degree, consequently it has but four connecting parts of speech.

6  ✦ [5.27]  When it has two horizontal lines, it is rudeced into the third degree and has but three connecting

7  ✦ [5.27]  parts of speech, and when it has three horizontal lines, it is reduced into the second degree and has but two connective parts of speech.

~~8~~  ✦
✦  No 8 shows this character dissected.
8  ✦
~~9~~  ✦  ~~Beth man's first residence, a fruitful place, &c~~
✦
9  ✦ [2.15]  Beth place of happiness, purity, holiness & rest
✦ [1.14]  Iata— see, saw seeing or having seen
<*>
✦ [1.18]  Zub zool-oan— The first born, or the first man or fathers or fathers
✦  Ki <the compound of itoa> see saw= seeing or having seen
✦  Hi  The same as Beth
✦  Ash The same as Zub. Zool-oan

\* 31 ✦ [2.16]   Bethka the greatest place of happiness exceeding, extending beyond ~~any thing~~ This should be inserted between Iota and Zub Zool oan

✦ 32 [5.28]   Ah brah-aam— 33 a father of many nations ¦ a prince of peace, & one who keeps the ¦ commandments of God. A patriarch a ¦ rightful heir, a highpriest 34

[p. 2]

| No | Character | |
|----|-----------|---|
| 10 | ✦ [3.11a] | Kiah broam = Kiah brah oam = zub zool oan 35 |
| 11 | ✦ | This character shown dissected |
| | ✦ | |

✦ 36   Kiah brah oam. 37 Coming down from ¦ the beginning— right by birth— and also by ¦ blessing, and by promise— promises made; a father of many nations; a ¦ prince of peace; one who keeps the com ¦ mandment of God; a patriarch; a ¦ rightful heir; a high priest. 38

✦ [3.15] 39   Iota nitahveh ah que. 40 Its signification is increased ¦ five times from the fourth. 41

✦ [1.1] 42   Ah lish 43 The first Being— supreme ¦ intillegence; supreme power; supreme ¦ glory= supreme Justice; supreme mercy without begining of life or end of life ¦ comprehending all things, seeing all things: the ¦ invisible and eter[n]al godhead.

✦ [1.2]   <u>Phah</u> eh. The first man, or Adam ¦ coming from Adam. Keys 44 or right ¦ over Patriarchal right by ap ¦ pointment.

✦ [1.3]   Phaah. 45 The Largest riegn, the greatest ¦ dominion, possessions or power.

✦ ✦ [1.4a b]   Phah ho e oop— 46 A king who has universal

✦ 47   dominion, over all the earth.

✦ [1.5]   Ho oop hah 48 Queen Kah tou mun, 49 a distinc ¦ tion ~~of~~ of Royal <female> lineage or descent, from

[p. 3]

5th D

her whom Egypt was discovered while it ¦ was under water, who was the daughter of ¦ Ham.— a lineage with whom a ¦ record of the fathers was intrusted ¦ by the tradition of Ham and accord ¦ ding to the tradition of their elders; by ¦ who<m> also the tradition of the art of ¦ embalming ~~in~~ was kept.

✦ [1.6]   Zi most virtuous, comely and beauti ¦ ful, modest and chaste, being taught ¦ most perfectly and upright.

✦ [1.7]   Kah tou mun: 50 a lineage with whom a ¦ record of the fathers was intrusted by tra ¦ dition of Ham, and according to ¦ the tradition of their elders, by whom ¦ also the tradition of the art of of ¦ embalming was kept.

✦ [1.8]   Zi oop hah— A young virgin unmarried ¦ woman

✦ [1.9]   Ho-e-oop 51 A prince of the royal blood ¦ a true desendant from Ham, the ¦ son of Noah, and inheritor of the ¦ Kingly blessings from under the ¦ hand of Noah, but not according ¦ to the priestly blessing, because of ¦ the trangrissions of Ham, which blessing ¦ fell upon Shem from under the hand ¦ of Noah

✦ [1.10]   Zip Zi-is the same of the fourth 52 only ¦ increases or lessens five degrees.

✦ [1.11]   Ho e oop hah— 53 honor by birth, kingly power ¦ by the line of Pharoah. possession by birth ¦ one who riegns upon his throne univer ¦ sally— possessor of heaven and earth, and

[p. 4]

5th D

| No | Char | |
|----|------|---|
| | | of the blessings of the earth. |

✦ [1.12]   Sue— 54 To point out subject— that is, it ¦ signifies a comtinuation of the subject: also ¦ to designate one sentence from another, ac ¦ cording to the differnt marks of punctuation ¦ signifying the whole of any thing or the whole ¦ earth. 55

✦ [1.13]   Toan tou 56 ee tahee tahee 57 toues: 58 under the ¦ Sun: under heaven; downward; pointing ¦ downward going downward; stooping down ¦ going down in<to> another place,= any place: ¦ going down into the grave— going down into misery= even Hell; coming down ¦ in lineage by royal descent, in a line ¦ by onitas 59 one of the royal families of the Kings ~~the~~ of Egypt.

✦ [1.14]    Iota [60]    See. saw, seeing, or having seen, or having been seen. [61]

✦ [1.15] [62]    Iota toues [63]    Zip Zi: [64]    The land of Egypt which was first discovered by a woman <wh[i]le underwater>, and afterwards settled by her Sons she being a daughter of Ham— any land over flown with water— a land seen when overflown by water:— land overflown by the seasons, land by enriched by being overflown low marshy ground.

✦ [1.16]    Su-e-eh-ni The same as the first. [65]

✦ [1.17]    Hoeoophahphaheh Patriarchal government; or authority; a land governed according to the pattern or order given to the patriarchs or fathers; rules and laws <of a goverment> administered by the direction of Heaven or God. a people living under the law<s> of the gospel: or that law by which they may be sanctified and see the face of God.

[p. 5]

5th D

| No | Char | |
|---|---|---|

A priestly government; a government administered by the authority of the priesthood up or under the patriarchal: it some times means any priestly governments whether by the dierection of heaven or by the tradition of the heaven.

✦ [1.19] [66]    Zub Zool eh: In the days of the first pa trarch<s> of In the reign of Adam; in the days of the first patriarchs; in the days of Nooh; in the blessings of Noah; in the blessings of the children of Noah; in the first blessings of men; in the first blessings of the church:

✦ [1.20] [67]    Zub eh    Having been within= in the earth= in the sea; in any thing; b[e]ing applied to any condition or situation, to express one thing <or principle> or being in another.

✦ [1.21]    Zub a road or a highway; leading up or to: the time for going up to the altar to worship: <going up before the Lord.> b[e]ing caught up, going to be caught up, having been caught up.

✦ [1.22]    Zub zool From the beinng [beginning] of the creation until now; pointing out or designa ting at the present time; having foreor dained, or decreed or having before seen; For instance: Abraham haveing been chosen before was sent by command ment into the Land of Canaan: Having preached the gospel unto the heathen, was fore warned of God to go down into Ah=meh= strah, [68] or Egypt, and preach the gospel <unto the> Ah meh strah ans; [69]

[p. 6]

| N | C | |
|---|---|---|

✦ [1.23]    Zool— from any or some fixed period of time back to the beginning of creation showing the chronology of the patriarchs the right of the priesthood, and the l[i]neage through whom it shall be con tinu[e]d by promise, begining at Abraham signifying the promises made to Abraham saying through thy priests, or the seed of thy loins, shall the gospel shall be preached, unto all the seed meaning from Noah, and unto all the kindreds of the earth. [70]

[remainder of page blank] [p. 7]

[26 pages blank; text continues on page 8]

[page blank]
[page blank]
[page blank]
[page blank]
[page blank]
[page blank]
[page blank]
[page blank]
[page blank]
[page blank]
[page blank]
[page blank]
[page blank]
[page blank]
[page blank]
[page blank]
[page blank]
[page blank]
[page blank]
[page blank]
[page blank]
[page blank]
[page blank]
[page blank]
[page blank]

1 [71]    ✦ [2.16]    Bethka— a more complete enjoyment— a more beautiful place in creasing in beauty This should have been inserted between Zub Zool oan and Iota

[remainder of page blank] [p. 8]

Egyptian Alphabet fourth degree

| No | Char[ac]ter | |
|---|---|---|
| 1 | ✦ [2.15] | Beth— sweet and precious to the smell |
| 2 | ✦ [1.14] | Iota— me myself |

<1> [72]

|  | ✦ [1.18] | Zub zool oan pointing to some particular subject |
|---|---|---|
|  | ✦ | Ki— me myself |
|  | ✦ | Oan pointing to some particular subject |
|  | ✦ | ash compound of Zub zool oan |
|  | ✦ [5.28] [73] | Ahbroam: a follower of righteousness a possesser ¦ of greater knowledge— |
|  | ✦ | Ki ah broam, change from the first; by ¦ coming from the begining by right, ~~of~~ <of> [74] ¦ birth, or lineage |
|  | ✦ [3.15] | Iota nitahveh ah que. Its signification is increased ¦ from the third degree five times. |
|  | ✦ [1.1] | Ahlish-= The first Being clothed with supreme ¦ glory. |
|  | ✦ [1.2] | Phah=eh Kingly power coming from some ¦ other Kingly power |
|  | ✦ [1.3] | ~~Phauh~~ Phaah Extending the Dominion, possess ¦ ion and power still further. |
|  | ✦ ✦ [1.4a, b] | Phah ho e oop =extension of power by marriage ¦ or by ordination, or annointing |
|  | ✦ [1.5] | Ho oophah. Queen who has been married the ¦ second time |
|  | ✦ [1.6] | Zi One possessing greater beauty, modesty ¦ and virtue, taught more perfectly |
|  | ✦ [1.7] | Kah tou mun. a lineage, a daughter ¦ of Ham. |
|  | ✦ [1.8] | Zi oop hah a beautiful virgin, one ¦ who is fair to look upon, and ad ¦ mired for her beauty |
|  | ✦ [1.9] | Ho e-oop a prince of the royal blood |

[p. 9]

4th D

| No | Char[ac]ter | ~~a true descendant from Ham. the Son ¦ of Noah~~ |
|---|---|---|
|  | ✦ [75] | ~~Zip=Zi, under or beneath, second in right ¦ or in authority or government, a fruitful ¦ place, or a fruitful vine~~ [76] |
|  | ✦ | a true descendant from Ham— the son of Noah. |
|  | ✦ [1.10] | Zip Zi: all women: it took its origin from ¦ the earth yielding its fruit. And from the ¦ first woman who bore children; and ¦ men were multiplied upon the earth, and is used in this degree [77] as a ¦ numeral by being inserted above or below another character: it increases ¦ by b[e]ing drawn above, ~~it~~ and signifies ¦ above, more, greater, more glorious, and ¦ when inserted under signifies beneath ¦ less smaller least. |
|  | ✦ [1.11] | Ho e oop hah= Kingly possessions— right of ¦ possession, title, dignity, honor. |
|  | ✦ [1.12] | Sue= To point out subjects [78] |
|  | ✦ [1.13] | Toan tau ee, tah ee, tah eh toues: exceeding ¦ bad adultery: having descended below ¦ some other principle |
|  | ✦ [79] | ~~Iata I shall or will see that which is ¦ to come~~ [80] |
|  | ✦ [1.14] | Iata [81] me myself |
|  | ✦ [1.15] | Iota toues Zip Z The land of Egypt discovered ¦ by a woman, who afterwards setled persons ¦ in it. |
|  | ✦ [1.16] | Sueehni The same as the first. [82] |
|  | ✦ [1.17] | Hoe-oop hah phaheh: A land, Kingdom or ¦ dominion governed by wise, upright kings ¦ or rulers, or jud[g]es or governors in ¦ administring equetable laws for the benefit |

[p. 10]

4th D

| No | Char | and comfort of the poor; charity and ¦ favor to the poor |
|---|---|---|
|  | ✦ [1.19] | Zub=zool-eh: The first inhabitenits <in the garden <of> Eden>: <in> the ¦ first generations; in the first church |
|  | ✦ [1.20] | Zubeh saw in, or within; |
|  | ✦ [1.21] | Zub Having gone up to some particular ¦ place; for the act of going up to ¦ going up, climbing, ascending towards ¦ the sun |
|  | ✦ [1.22] | Zubzool Having pointed to some place= ¦ refering to any particular subject or thing ¦ as having came out from my fathers ¦ house |
|  | ✦ [83] | Zool: Sign[i]fying the lineage that lawfully ¦ hold the keys of the Kingdom of God by ¦ promise. |

[1.23]

*[remainder of page blank]* [p. 11]

*[6 pages blank; text continues on page 12]*

*[page blank]*

*[page blank]*

*[page blank]*

*[page blank]*

*[page blank]*

1 <sup>84</sup> ✦ Bethka— pleasing, Beautiful, a place of exceeding great ⦙ beauty— This should been inserted between Zubzooloan

[2.16] and Iota

*[remainder of page blank]* [p. 12]

## Egyptian Alphabet third degree

| No | Charcter | |
|----|----------|---|
| 1 | ✦ [2.15] | Beth— good to the taste, pleasing to the eye |
| 2 | ✦ [1.14] | Iota— sight |
| | <1> <sup>85</sup> | |
| 3 | ✦ [1.18] | Zubzool oan— before some other time. |
| 4 | ✦ | Ki— sight |
| 5 | ✦ | Oan— Before some other time |
| 6 | ✦ | ash the compound of Zub Zool aon <sup>86</sup> |
| 7 | ✦ [5.28] | Ah-broam. one who possesses great knowlege |
| 8 | ✦ | Kiahbroam: First rec<k>oned in chronol oly= coming down from the begining ⦙ First born right or blessings |
| 9 | ✦ [3.15] | Iota nitahveh ah que= Its signification is in ⦙ creased from the second degree five times. |
| 10 | ✦ [1.1] | Ahlish. Supreme power |
| 11 | ✦ [1.2] | Phah=eh. Kingly <power,> or first king |
| | ✦ [1.3] | Pha ah Havinng still greater dominion, or posse ⦙ sion or Power. |
| | ✦ ✦ [1.4a, b] | Phah ho e oop an extension of power |
| | ✦ [1.5] | Ho oop hah— Crown of a widowed queen |
| | ✦ [1.6] | Zi Affability of manners, virtuous w[e]ll ⦙ taught |
| | ✦ [1.7] | Kah tou mun descent from her <sup>87</sup> by whom ⦙ Egypt was discovered while it was under ⦙ water. |
| | ✦ [1.8] | Zi oophah— a distinction by Pharoah ⦙ a princess of Egypt. |
| | ✦ [1.9] | Ho e oop— A prince of the line of the ⦙ Pharoahs |
| | ✦ [1.10] | Zip Zi— under or beneeath, second in right ⦙ or in authority or Government, a fruitful ⦙ place or fruitful vine |

[p. 13]

### 3rd D

✦ <sup>88</sup>    ✦ <sup>89</sup>

✦ Hoe oop <sup>90</sup> hah— kingly power, dominon, <sup>91</sup> right
[1.11]

✦ Auh eh— Earth and water
[1.12]

✦ Toan tou=ee tah ee tah eh tou es: under the earth ⦙ anything that is beneath some other thing— under ⦙ water or water.
[1.13] also in some instances ⦙ Fish

✦ Iato <sup>92</sup> I shall or will see that which is ⦙ to come
[1.14]

✦ Iota toues Zip Zi. The woman <sup>93</sup> sought to settle her ⦙ sons in that land. she being the daughter ⦙ of Ham
[1.15]

✦ Sueehni The same as the first <sup>94</sup>
[1.16]

✦ Hoeoophahphaheh. A land Kingdom ~~of~~ or ⦙ country, governed, by wise upright rulers ⦙ or kings, or Judges,— good,
[1.17] excellent, ⦙ and whole some laws

✦ Zub=zool=eh: The earth in the begining; with its ⦙ rivers, brooks and springs, with its blessings ⦙ of fruit, trees and flowers, herbs and plants. ⦙ beasts and birds

[1.19]
✦
Zub eh: b[e]ing in or within

[1.20]
✦
Zub pointing to that which is to come. pointing to any fixed period:

[1.21]
✦
Zubzool pointing to the end of a fixed period a road which leads to Some particular place: for instance: from Chaldea

[1.22]
I travelled to dwell in the land of Canaan <sup>95</sup>

[1.23]
✦
Zool showing the denomination of languages and through what descent they came and are to continue by promise

[*remainder of page blank*] [p. 14]

[*6 pages blank; text continues on page 15*]

[*page blank*]

[*page blank*] <sup>96</sup>

[*page blank*]

[*page blank*]

[*page blank*]

Egyptian Alphabet Second Degree

No.   Character

1   ✦ <sup>97</sup>   ~~This character on the second degree has an arbitrary sound~~ = All <Beth> This character, that is the character of the second degree, is designated from characters of the first degree by the manner of its being inserted in the compound: as follows: when it is connected it has the signification of the second degree; and when disconnected from the names of other places, it stands for the original sound of ~~Kal=si doanhiash~~ Kah=oan <sup>98</sup> <for Chaldee> And it should be known, as being in the second degree, in order to vary the verbs, prepositioins participles conjunctions, and adverbs: All names of rivers, seas, of lands of hills, and of mountains should be preserved in their order according to their degrees, from the first For instance, the first connection should be called Jugos, which signifies verb or action: and the second connection should be called Ka=Jugos, which is a variation, according to the signification of the second degree: Kah Jugos should <be> preserved in the second degree. It signi fies an action passed: The third connec tion is called Kah Ju=ga=os, which signi fies an action to be receved or <to> come to pass. The fourth connection is called Ka=os=Ju which signifies connection and the fifth is called Ka-os=Juga=os and is used to qualify according to the signification of the fifth degree. whether for prepositions, verbs, adve[r]bs &c.

[p. 15]

No   character

1   ✦ [2.15]   Beth— a fruitful garden, or a great valley or plain filleed with fruit trees and flowrs

2   ✦ [1.14]   Iota. To see:
<1> <sup>99</sup>

3   ✦ [1.18]   Zub <sup>100</sup> Zool=oan— The first of anything

    ✦   Ki To see

    ✦   oan= The first of any thing

    ✦   Ash, The compound of Zub Zool, <sup>101</sup> ~~a n~~ oan <sup>102</sup> Zub Zool oan when connected with Beth is called oan for the sake of brevity it retains its signification in the degree in which it stands

4   ✦ [5.28]   ~~Ah=brah=oam <Ah=broam>~~ <sup>103</sup> Ah broam— a follower of righteousness

5   ✦   Kiahbroam,= Coming down from the begining. To some place or fixed period The first in lineage, or right in lineage

[*remainder of page blank*] [p. 16]

<1> <sup>104</sup> ✦ [2.16]   Bethka— a larger garden— more spacious plain This should have been inserted between Iota an[d] Zub Zool oan—

6

7   ✦   Iota nitahveh ah-que= its signification is increased from the first degree five times: for instance I saw ~~one hun~~ five times twentyfive persons, or one hundred and twenty persons: It sig nification may be lessened one half by the
    [3.15] <sup>105</sup>

8   ✦   mark as in the margin— and again lessened

9   ✦   one half of the latter half the mark as in the margin It signification is increase tenfold by the mark

10   ✦   as in the margin: Its signification is again increased one hundred fold by the the additional

    ✦   mark in the margin: Its sound is Ah=que kah Ju= <sup>106</sup> and its signification is a multiplying adjec tive.
    Ahlish. The name of the first Being: supreme intelligence—

✦ [1.1]

✦ [1.2]    Phah=eh Kingly power= or king

✦ [1.3]    Pha=ah— Having greater dominion, or possession

✦✦ [107]    or power.

✦✦    Phah ho e oop. Royal blood or pharoah

[1.4a, b]

✦ [1.5]    Ho oop hah— Corwn [crown] of a married queen

✦ [1.6]    Zi The principle of virtue— a young fe¦male adorned with the modesty of ¦virtue and comeliness

✦ [1.7]    Kah tou mun, a distinction of royal female ¦lineage

✦ [1.8]    Zi oop hah a distinction by right of heirship ¦by Pharoah

✦ [1.9]    Ho e oop A virtuous prince

[p. 17]

2d D

| No | Character | |
|----|-----------|--|

✦ [1.10]    Zipzi— a woman married or unmarried or a ¦daughter, or mother, or mothers, and some¦times the first woman, who was Eve

✦ [1.11]    Ho=e-oop=hah: a king:

✦ [1.12]    Ahe. [108]  inh[ab]itable part of the earth

✦ [1.13]    Toan. tou ee tah-ee ~~tou~~ tah eh toues: under water¦water, under the earth.

✦ [1.14]    Iata [109]  ~~Having~~ Seen or sight

✦ [1.15]    Iota tou-es Zip zi The land which was discovered ¦under water by a woman

✦ [1.16]    Su e-eh-ni. The same as in the first ¦degree

✦ [1.17]    Ho e oop hah phah eh. The principle of rule ¦or ruling or reigning upon the principles ¦of Justice equity and righteousness

✦ [1.19]    Zubzooleh: The earth as it was in the ¦beginning: or at its creation; creation [110]  or ¦beginning

✦ [1.20]    Zub-eh To be with as, as light is in the earth

✦ [1.21]    Zub. pointing to that which has been created ¦To the first institution or first prin¦ciple:

✦ [1.22]    Zub Zool from the present time unto some ¦stated period after.

✦ [1.23]    Zool: From Abraham back to his father ¦and from Abraham's [111]  father back to his father and so on back through the line ¦of <his> progenitors

[remainder of page blank] [p. 18]

[11 pages blank; text continues on page 19]

[page blank]
[page blank]
[page blank]
[page blank]
[page blank]
[page blank]
[page blank]
[page blank]
[page blank]
[page blank]
[page blank]

<1 ✦    Beth ka— A large garden, a large valey or ¦a large plain, This aught <to> have been ¦inserted between Iota and Zub
> [112]  [2.16]    Zool aon ¦on the opposite page.

[remainder of page blank] [p. 19]

Egyptian Alphabet, first degree

No.    Character

1  ✦ [2.15]    Beth: <~~Be~~=eth> [113]  This character is ~~found~~ on the fi[r]st degree ¦It has an arbitrary sound or signification ¦which is Beth; and also a compound sound ¦which is Za, [114]  and comprises one simple ¦sentince for its signifacation It is only ¦increased or lessened in its signification by its ¦connection with other characters. one connec¦tion with another character, gives it a ¦compound signification, or enlarges the sen¦tence: Two connections increases its signi¦fication still: Three increases it still: Four ¦increases still. and five still, This is as far ¦as a sentence can be carried in the first

degree. In its arbitrary sound it may have more sounds than one, but can not have more than five sounds. When it is com pounded with others, it can only have one sound.

| 2 | ✦ [1.14] | Iota or Ki Every character in this alphabet is subject |
| | <1> [115] | |
| 3 | ✦ [1.18] | Zub-Zool-oan} [116] to the above restrictions |
| 4 | ✦ | Ki compoun<d>ed [117] |
| 5 | ✦ | Oan compound [118] The signification of Beth is man's first residence of Iota— The eye; of Zub-Zool, Oan, The begining of time; |
| 6 | ✦ [5.28] | Ah=brah= <br>oam— [119] <The> Father of the faithful. The first right— The elder |
| | ✦ | <Ki>Ahbroam: That which goes before, until an other time, or a change by appointment, The first, faithful, or father, or fathers. |
| 7 | ✦ [3.15] | Iota nitahveh ah que— a mark of distinction |

[p. 20]

1st. D

qualifying different degrees, increasing or lessening the power of the sentences accor ding to their signification: as for instance

| | ✦ [3.15] | Iota nitahveh ah que: (as in the margin) sig nifies twenty [120] signifies "I saw twentyfive- persons," or it signifies "twenfives persons" |
| 8 | ✦ [1.1] | Ahlish= The name of the first being |
| 9 | ✦ [1.2] | Pha<h>=eh— The first man.— Adam, first father |
| 10 | ✦ [1.3] | Pha-ah— a more universel reign |
| 11 | ✦ ✦ [1.4a, b] | Phah-ho-e-oop The lineage of the royal family |
| 12 | ✦ [1.5] | Ho-oop=hah. Crown of a princes[s], or unmar ried queen |
| 13 | ✦ [1.6] | Zi— virgin or an u[n]married female |
| 14 | ✦ [1.7] | Kah-tou-mun The name of a Royal family in the female line |
| 15✦ [1.8] | ✦ | Zi-oop-hah An unmarried woman, a virgin |
| | ✦ [121] | Princess |
| 16 | ✦ [1.9] | Ho e oop A young unmarrid man; a prince |
| 17 | ✦ [1.10] | Zip Zi— a woman married or unmarried or daughter, signifies all, or any woman |
| 18 | ✦ [1.11] | Ho=e oop=hah: Crown of a prince |
| 20 | ✦ [1.12] | Oan. The Earth |
| 21 | ✦ [1.13] | Toan, toe tou=e▷ ee [122] t▷ tah es ee toues toueh tou es.— A principle that is beneath, disgusting— not fit |
| 22 | ✦ [1.14] | Iota= The eye, or I see: |
| 23 | ✦ [1.15] | Iota toues-Zipzi: The land of Egypt |
| 24 | ✦ [1.16] | Su-e-eh ni: who, whence,? &c an interrogative pronoun through its degrees |
| 25 | ✦ [1.17] | Ho=e-oop=hah=Phah eh: Reign or rule, govern ment, [123] power, Kingdom or dominion. |
| 26 | ✦ [1.19] | Zubzool eh:— In the begining of the earth or creation. |

[p. 21]

| No | Char. | |
| | ✦ [1.20] | Zub=eh To in bee in; |
| | ✦ [1.21] | Zub— The first creation of any thing: the first institution; first principle; |
| | ✦ [1.22] | Zubzool From the first to any stated period after |
| | ✦ [1.23] | Zool: From any fixed period of time back to the begin[nin]g: |

*[remainder of page blank]* [p. 22]

*[15 pages blank; text continues on page 23]*

*[page blank]*

*[page blank]*

*[page blank]*

*[page blank]*

*[page blank]*
*[page blank]*
*[page blank]*
*[page blank]*
*[page blank]*
*[page blank]*
*[page blank]*
*[page blank]*
*[page blank]*
*[page blank]*

Second part 5th Degree

C

✦ Alkebeth, ministers of God, high priests, kings
[2.5]

✦ Baethka. Adam or the first man, or first king
[2.10]

✦ Beth, ~~man's~~ The place appointed of God for the residence of Adam; Adam ondi= Ahman [124] a ~~fruit~~ garden made to be
[2.15] fruitful, by blessing or promise; great valley or plain given by promise, fitted with fruit trees and precious flowers, made for the healing of Man. Good to the taste pleasing to the eve; sweet and ~~precious~~ <deligh[t]ful> to the smell; place of happiness — purity, holiness, and rest: even ~~Zomah~~ <Zomar> [125] ~~o0in~~ [126] Zion

◊ ✦ ~~Bethk◊~~ Bethku= a place of residence for man; appointed of God: made to be more fruitful, by blessing; as [127] More perfect
[2.20] place of happiness given by promise [128]

✦ Kahtu=ain: [129] Another Kingdom governed by different laws, composed of subjects who receive their place at a future
[2.25] period, and governed by those who are under the directions of another; a kingdom whose subject differ one from another <in glory>; ~~who come~~ ~~not into the pres~~ behold not the face of of God

✦ Lish Zi hoe oop Iota: The glory of the celestial Kingdom: The connection of attributes; many parts perfected, and
[2.30] compounded into one Having been united; being united that which will be united, one glory above all other glories, as the the [sun?] excels ~~in the~~ [130] ~~light~~ Moon in light, this glory excels being filled: with the same glory equality

[p. 23]

Second part 5th Degree

✦ Jah=ho=e=oop; An ambassador: one delgated with Kingly power; [131] one authorized to ex[e]cute judgement for the King;
[2.35] a swift messenger one whose power cannot be escaped one next to supreme;

✦ Jah-ni hah: [132] one delegated from the highest soar [133] acting in or b[e]ing clothed with the power of an other; one from
[2.36] sent from the Celestial Kingdom

Jah-oh-eh The earth [134] under the governing <powers> of oliblish, Enish go on dosh, and Kai-e van rash, which are the grand ~~governing~~ key or in other words, the governing power, which governs the fifteen fixed stars <(twelve besides h◊◊s day)> that ~~belong~~ governs the earth, sun, & moon, (which have their power <in> one,) with the other twelve moving planets of this system. Oliblish=Enish go on dosh, and Kaie ven [135] rash, are the three grand central ~~stars which~~ powers
[2.37] that govern all the other creations, which have been sought out by the most aged of all the fathers, since the begining of the creation, by means of the urim and Thummim: [136] The names of the other twelve of the fixed stars are: Kolob, Limdi, Zip, [137] Vurel, Venisti, waine, [138] Wagoh=ox=oan, [139] oansli, S◊eble Sheble [140] Shineflis, flis, ~~o0s~~ nts. [141] The Egyptian names [142] of the fifteen moving planets are: Oan isis, Flos-isis, flo'ese: Abbesele, Ele ash, Sabble, [143] Slundlo, ear [144] roam, Crash ma Kraw, obbles ~~isem~~ isim, ~~Isinsbah~~ Izinsbah. missel

[p. 24]

Second part 5th degree

Nah me,sile ohee oop Zah, Zool

✦ Flo=ees The moon, the earth and the sun in their annual revolutions [145]
[2.38]

✦ Flos isis— The highest degree of light, be cause its component parts are light. The gover[n]ing principle of light Because God
[2.39] has said Let this be the centre for light, and let there be bounds that it may not pass. He hath set a cloud round about in the heavens, and the light [146] of the grand govering of <15> fixed stars centre there; and from there its is drawn, by the heavenly bodies according to the<i>r portions; according to the decrees that God hath set, as the bounds of the ocean, that it should not pass over as a flood, so God has set the bounds of light lest it pass over and consume the planets. [147]

✦ Kli flosisis signifies Kolob in its motion, which is swifter than the rest of the twelve <fixed stars>; going before, being first in
[2.40] motion, being delegated to have power over others. to regulate others in their time, for example. one cubit of times signifies

six <three> days therefore that which is appointed to run six <three> days, runs one cubit according to the measure of time in cubits a cubit of motion is increased or lessened according to the sign of the degrees

✦ [2.41] 🐾 Veh Kli flos-isis it signifies less power than the forth fixt governing star, but greater power than the sixth governing star fixt star, in consequ[e]nce of its slowness of motion

[p. 25]

## Second part of the 5ᵗʰ Degree

✦ [2.42] Kolob. signifies the first creation nearer to the celestial, or the residence of Lord, first in government, the last pertaining to the measurement of time, the measurement according according to celestial time which signifies, one day to a cubit which day is equal to a thousand years according to the measurement of this Eearth or Jah=oh=eh [148]

[remainder of page blank] [p. 26]

[12 pages blank; text continues on page 27]

[page blank]

[page blank]

[page blank]

[page blank] [149]

[page blank]

[page blank]

[page blank]

[page blank]

[page blank]

[page blank]

🐾 Second part. 4th Degree

Char

✦ [2.4l] Alkabeth, angels in an unalterable and immor

✦ [150] tal State; men after they are raised from the dead, and translated unalterable state. [151]

✦ [2.9] Baeth— The name of all mankind, man or men

✦ [2.14] Baethku The fifth high priest from Adam

✦ [2.19] Bethko: Man's first residence and a more fruitful garden= a larger ₳a₵₵ [152] place of happiness— a greater happiness [153]

✦ [2.24] Ka<h>tu ain trieth: [154] an other Kingdom. govrned by different laws. a second king. or governed by another, or second person not having been exalted.

✦ [2.29] Zipzi Iata [155] veh. I saw five women

✦ [2.34] Io=ho=hah oop zipzi: The title or dignity of one who is appointed to wait on the Queen; one who is held in repute; trusty honorable; who can be intrusted; a tittle or dignity conferred upon women: a sign among the Egyptians that is used for influence or power: a sign made use of for one to escape his enemies; to excite commisseration; being had in honor thereby effecting an escape

✦ [2.36] Jah ni hah= one that with delegated and redeeming power, and second in authoraty; being a swift messenger going before, and having redeeming power, as second in authority: and stand next to on or on the right hand of power.

✦ [2.37] Jah-oh-eh— The earth and power of attra[c]tion it has with the third fixed star, which is called Kai=e ven-rahh rash.

✦ [2.38] Flo=ees. The moon in its revolutions with earth, showing or signifying the earth going between, thereby forming an eclipse

[p. 27]

## 2ⁿᵈ part of the 4ᵗʰ Degree

✦ [2.39] Flos-isis— The night degree of light— the cheering the face of Millions of planets

✦ [2.40] Kli floisis— Measurement of time: it is used to signify twenty <four> cubits of measurement and is increased or lessened according to the sign of the degrees.

✦ [2.41] Veh kli flos-isis, it signifies less power in its affinity with the first second third and fourth fixed stars, not having power to govern another, but having power in affinity with an other to govern

✦ Kolob it signifies first beginning to the bodies of this creation, the first creation, also having been appointed for the last
[2.42] time, the last or the eldest

[*remainder of page blank*] [p. 28]

[*22 pages blank; text continues on page 29*]

[*page blank*]
[*page blank*]
[*page blank*]
[*page blank*]
[*page blank*]
[*page blank*]
[*page blank*]
[*page blank*]
[*page blank*]
[*page blank*]
[*page blank*]
[*page blank*]
[*page blank*]
[*page blank*]
[*page blank*]
[*page blank*]
[*page blank*]
[*page blank*]
[*page blank*]
[*page blank*]

3rd Second part of 3rd Degree
Char

✦ Albeth. Angels or disembodied spirit or saints.
[2.3]

✦ Alkubeth Ministers who are less sinful for want of power
[2.8]

✦ Baeth Ko The fourth patriarch from Adam the r[i]ght of first born [156]
[2.13]

✦ Beth Ki= The fourth place which will be a more fruitful garden; which will be a place of greater happiness [157]
[2.18]

✦ Ebethka. The celestial Kingdom where God dwells [158]
[2.23]

✦ De=eh, [159] Another kingdom; the least of all kig over which Dah=Hah dees, or <the> king of Hell, cannot will not be
[2.28] permitted to exercise power at some fixed period.

Io=ho-hah oop: Tittle or dignity of one who is wait appointed to wait upon the king: one who is held in repute, trusty,
honorable; who can be intrusted: The servant whom Abraham sent to get a wife for Isaac Most faithful: a tittle or dignity
[2.33] conferred upon women: a sign among the Egyptians that is used for influence or power: a sign made use of for one to
escape his enemies: to excite commisseration, being had in honor, thereby affecting an es cape.

✦ Jah ni hah: One who will be delegated with redeem ing power; who will be second in authority; a swift Messenger to go
[2.36] before; having redeeming power; one who will be second in authority;

✦ Jah-oh=eh The earth under the government of an other <or the seconed> of the fixed stars, which is called
[2.37]

[p. 29]

2nd part of the 3$^d$ degree
Enish-go-an=dosh or in other words the power of attration it has with the earth.

✦ Flo=ees: The moon— signifying its revolutions, also going between, thereby forming an eclipse
[2.38]

✦ Flos-isis, The sun in its affinity with Earth and Moon— signifying their revolutions showing the power, the one has with the
[2.39] other

✦ Kli flos isis= time from now unto some fixed period of time, or a thousand years one that is set a part, and chosen to be
[2.40] delegated, but is not yet authorised: one who is highly qualified to be delegated or authorized: or qualification

✦ Vehkliflosisis in its affinity with the first second third and fourth fixed Stars being Swifter in its motion according to the

[2.41]    measurement of time, that is it takes more cubits to fill the time of its revolution

✦    Kolob signifies the highest degree of power in government, pertaining to heavenly bodies,
[2.42]

*[remainder of page blank]* [p. 30]

*[22 pages blank; text continues on page 31]*

*[page blank]*

*[page blank]*

*[page blank]*

*[page blank]*

*[page blank]*

*[page blank]*

*[page blank]*

*[page blank]*

*[page blank]*

*[page blank]*

*[page blank]*

*[page blank]*

*[page blank]*

*[page blank]* 160

*[page blank]*

*[page blank]*

*[page blank]*

*[page blank]*

*[page blank]*

Char    Second part 2nd Degree 161

✦ [2.2]    Aleph, In the begining with God, the son, or first born

✦ [2.7]    Alkobeth, Ministers not ordained of God Sinful

✦
[2.12]    Baethki The third patriarch: or right of the first born 162

✦    Bethkee; a place that has been e[n]larged that has been a place of residence; that has been a more fruitful garden. has
[2.17]    been a larger place of happiness; hav[in]g had greater happiness 163

✦    Ebethkuaintrieth— a place beyond this earth a future place of existence, a place of residenden beyond this earth; the
[2.22]    ceceles tiale world; the heavenly bodies; the earth in its most sanctified state as it shall be= eternity. 164

✦    Hahdees= 165    Another kingdom of wickedness, ~~not so~~ ~~extensive in duration, whos which government is under~~ ~~another,~~
[2.27]    ~~which th~~ under the government of one who is an enemy to God over which he has not so much power as the fi<r>st,
being less entensive— in its duration.

✦
[2.32]    Ho=hah=oop=— An intercessor; ~~interce~~ one who <has> ~~is~~ <been> appointed to intercede for another; invocation<;>

✦    Jah=ni=hah= one who was delegated with re deeming power; one who was the second person in authority; a swift
[2.36]    messenger; one that went before; having redeeming power; one who was second in authority

✦
[2.37]    Jahoheh— The earth under the government of another, which is one of the fixed stars; which is called Oliblish.

✦
[2.38]    Flo=ees The moon, signifying that which boroweth light, lendeth light, it being the lesser light.

[p. 31]

<center>2nd part of the 2d degree</center>

✦    Flos isis The King of day or the central moving planet, from which the other governing moving planets receive their light.—
[2.39]    having a less motion— slow in its motion— The earth's chief Joy.

✦    Kliflosisis. time from the begining of Creation to the flood:— or from fixed per[i]od to another fixed period: a messenger
[2.40]    having performed certain acts, having been delegated with supreme power for a fixed period of time: hereditary, coming
down from father to Son: right of authority from eight days old: according to the law of priesthood

✦    Vehkliflosisis The same fixed ~~star~~ <planet> in its <motion> according to the cubit measurement of time. Four cubits: (that is
[2.41]    from <the lenght> the end of the longest finger to the end of the other when the arms are extended: making in our
measure seven feet, which is twenty=one inches to a cubit.) Twelve days are equal to four cubits. ~~and~~

✦ Kolob in the second degree. It signfies the wonder of Abraham the eldest of all the stars, the greatest body of the heavenly bodies that ever was dis covered by man

[2.42]

[*remainder of page blank*] [p. 32]

[*22 pages blank; text continues on page 33*]

[*page blank*]
[*page blank*]
[*page blank*]
[*page blank*]
[*page blank*]
[*page blank*]
[*page blank*]
[*page blank*]
[*page blank*]
[*page blank*]
[*page blank*]
[*page blank*]
[*page blank*]
[*page blank*]
[*page blank*]
[*page blank*]
[*page blank*]
[*page blank*]
[*page blank*]
[*page blank*]

Second part of the Alphabet 1$^d$ Degree

| No | Character | |
|---|---|---|
| | ✦ [2.1] | Ahme=os= God without begining or end |
| | ✦ [2.6] | Alkibeth minister of God under or the less [166] |
| | ✦ [2.11] | Baethkee The ~~first~~ next from Adam, one one ordained under him, a patriarch or the right of the first born. [167] |
| | ✦ | ~~Bethka another place of residence, made so by extension so [168] by appoinment.~~ |
| | ✦ [2.16] | Bethka— Another & larger place of residence made so by appointment. by extension of pow er; more pleasing, more beautiful: a place of more complete happiness, peace and rest for man. |
| ✦ [2.21] | ✦ | Bethku=ain-tri=eth: The whole earth, or the largest place, the greatest enjoyment an earth the garden of the earth |
| | ✦ [2.26] | Dah tu Hah dees: [169] ~~Hell~~ another Kingdom; the least kingdom, or kingdom without glory; the whole kingdom and domin[ion] of darkness, with all its degrees and parts. governed by ~~the~~ ~~Doagrass~~ him who is an enemy to G< [170] o>od. |
| | ✦ [2.31] | Gahmel:— ~~a fair prospect of anthing:~~ Land scape; a place or country: ~~face of~~ The face of the country; beautiful scituated; an country under a promantory= a promising situation for man. |
| | ✦ [2.36] | Jah=~~ho~~ ni hah; [171] One delegated with redeeming power; a swift messenger; one that goes before another; one having ~~↓↓↓~~ redeeming [172] power, a second person in authority; |
| | ✦ [2.37] | Jah=oheh: The earth including its affinity with the other planets;, with their govering powers: which are fifteen: the earth; the sun, and |

[p. 33]

Second part 1 Degree

the ~~<the>~~ moon, first in their affinity; including one power.

✦ [2.38] ~~moh nit tish~~ [173] Flo ees: The moon in its affinity with the sun, and the earth.

✦ [2.39] Flos=isis: The King of day. or central moving planet, from which, those other gove[rn]ing moving planets receive their light.

✦ [2.40] Kliflosisis— signifies time— now, present, any messenger, being comissioned by supreme authority.

✦ [2.41] Vehklifloisis The fifth ~~planet~~ <fixed star> in its motion (namely) Limdi, whose motion, according to the cubit measure of time is ~~twelve~~ <six> days to one cubit.

✦ Kolob in the first degree, It signifies the first great grand governing fixed Star which is the fartherest that ever has been

[2.42]    discovered by the fathers ¦ which was discovered by Methuselar ¦ and also by Abraham

[*remainder of page blank*] [*final page of text*] [p. 34]

[*38 pages blank; 2 flyleaves blank*]

[*page blank*]
[*page blank*]
[*page blank*]
[*page blank*]
[*page blank*]
[*page blank*]
[*page blank*]
[*page blank*]
[*page blank*]
[*page blank*]
[*page blank*]
[*page blank*]
[*page blank*]
[*page blank*]    174
[*page blank*]
[*page blank*]
[*page blank*]
[*page blank*]
[*page blank*]
[*page blank*]
[*page blank*]
[*page blank*]
[*page blank*]
[*page blank*]
[*page blank*]
[*page blank*]
[*page blank*]
[*page blank*]
[*page blank*]
[*page blank*]
[*page blank*]
[*page blank*]
[*page blank*]
[*page blank*]
[*page blank*]
[*page blank*]
[*page blank*]
[*first flyleaf recto blank*]
[*first flyleaf verso blank*]
[*second flyleaf recto blank*]
[*second flyleaf verso blank*]
[*back pastedown*]
[*back cover*]
[*spine*]

# Footnotes

 William W. Phelps handwriting begins.

[1] TEXT: While the other degrees in this part have the components of this character (5.27), none of them have this compound character.

[2] TEXT: This character and its associated transliteration, "Za Ki=o<a>n hi<a>sh", are compounds made up of smaller components: "Za", or "Beth" (2.15); "Ki", or "Iota" (1.14); "Bethka" (2.16); and "hi<a>sh", or "Hi" and "Ash", which are also associated with "Beth", "Oan", or "Zub zool- oan" (1.18). (See page 2.)

[3] TEXT: Egyptian Alphabet–A does not have a transliteration for this character. Egyptian Alphabet–C has "Za ki on=hish, <or> Kalsidon hish", and Egyptian Alphabet–B has "Za Ki<o> an<->hi<-a>sh, or Kalsid<o>an h<i>ash". The revisions in Egyptian Alphabet–B are similar to those in this transliteration, perhaps indicating the transliterations of character 5.27 in Egyptian Alphabet–B and in this volume were copied concurrently with each other.

[4] TEXT: The fifth degree does not have a heading, unlike the other degrees in the volume. However, this passage of the text identifies this first page of the volume as part of the fifth degree of the first part.

[5] TEXT: Possible accidental stray ink mark. If the mark was intended to illustrate the "straight mark" referenced in the text, it should have been horizontal and not vertical.

[6] TEXT: This character has a horizontal line written above it. Similarly, the following character has two horizontal lines above it, and the one after that has three. Phelps explains these lines in the accompanying text.

[7] TEXT: This number and the following two are used to associate the passages in the text with the characters along the left margin.

[8] TEXT: Possibly an uncanceled comma in lighter ink.

[9] TEXT: This use of the first-person plural pronoun (the only instance of any first-person pronoun outside of the definitions themselves) may suggest that this document was a joint effort by Phelps and others. Alternatively, it is possible that Phelps was employing the majestic plural. Here, and throughout the remainder of the page, smeared ink causes some words to appear to be canceled.

[10] TEXT: Possibly "an".

[11] TEXT: Possibly "writtn".

[12] TEXT: This character has a horizontal line written below it. Similarly, the following character has two horizontal lines below it, and the one after that has three. Phelps explains these lines in the accompanying text.

[13] TEXT: The topmost thick line may be an attempt to change a triple underline to a double underline.

[14] TEXT: Instead of these detailed grammatical rules, Egyptian Alphabet–B and –C provide definitions for character 5.27.

[15] TEXT: This character and the one above appear to be aborted attempts at dissecting character 5.27.

[16] TEXT: Each of the individual characters that makes up character 5.27 is identified and explained below.

[17] TEXT: Six separate characters are found in the dissected character 5.27.

[18] TEXT: "&c" was wipe-erased and then canceled. The explanations for character 2.15 in all the Egyptian Alphabet documents begin with wording similar to this canceled entry, as does the false start in the definition for this character in the fifth degree of the second part of the Grammar and Alphabet volume. (See Egyptian Alphabet, ca. Early July–ca. Nov. 1835–A, –B, and –C.)

[19] TEXT: This canceled character is character 5.28.

[20] TEXT: After having dissected character 5.27 in number "8" above, Phelps gave the sound and meaning of each of the different characters here in "9." With a few exceptions, these seven characters begin each remaining degree in the first part of the Grammar and Alphabet volume (at times set off with a horizontal rule). In each degree, character 2.16 with the sound "Bethka" is misplaced. The opening passage of the Book of Abraham parallels the definitions of character 5.27 (of which these characters are a dissection) and each dissected character in "9." (See Book of Abraham

Manuscript, ca. July–ca. Nov. 1835–C [Abraham 1:1–3]; see also Smith, "Dependence of Abraham 1:1–3 on the Egyptian Alphabet and Grammar," 38–53.)

Comprehensive Works Cited

Smith, Christopher C. "The Dependence of Abraham 1:1–3 on the Egyptian Alphabet and Grammar." *John Whitmer Historical Association Journal* 29 (2009): 38–54.

[21] TEXT: Because this definition is different than the crossed-out entry above, it appears that Phelps did not make a simple copying error but rather that this entry is substantively different. While this wording does not correspond as closely to the Egyptian Alphabet documents as the crossed-out entry does, some of this wording is similar to what is in the Book of Abraham manuscript. (See Egyptian Alphabet, ca. Early July–ca. Nov. 1835–A, –B, and –C; and Book of Abraham Manuscript, ca. July–ca. Nov. 1835–C [Abraham 1:2].)

[22] TEXT: Possibly "Iota". Nearly all other instances of this transliteration throughout the different degrees have "Iota".

[23] TEXT: This asterisk points to the asterisk below at character 2.16.

[24] TEXT: Egyptian Alphabet–A has "Zub Zool oun"; Egyptian Alphabet–B has "Zuh=zool-oan".

[25] TEXT: Similar ideas are expressed in both the Book of Abraham manuscript and the Egyptian Alphabet documents. (See Book of Abraham Manuscript, ca. July–ca. Nov. 1835–C [Abraham 1:3]; and Egyptian Alphabet, ca. Early July–ca. Nov 1835–A, –B, and –C.)

[26] TEXT: This character is made up of character 1.14 and an unknown character. This exact character, with its transliteration, is not found in the Egyptian Alphabet documents.

[27] TEXT: This character is made up of character 2.15 and an unknown character, though it appears that Phelps was not accurate in drawing a vertical line to replicate character 2.15. This exact character, with its transliteration, is not found in the Egyptian Alphabet documents.

[28] TEXT: Degrees one through four of this part have "Oan" instead of "Hi" for this character's sound.

[29] TEXT: It is possible that Phelps mistakenly called this character a compound of "Beth" or was inconsistent in his treatment of the character throughout the degrees. The definitions of this character throughout the degrees of the first part match those of "Zub Zool oan", rather than those of "Beth". In addition, an explanation under number "3" of the second degree of the first part states that "Zub Zool oan when connected with Beth is called oan for the sake of brevity". (See page 16.)

[30] TEXT: This character is made up, in part, of character 1.18 and an unknown character. This exact character, with its pronunciation, is not found in the Egyptian Alphabet documents.

[31] TEXT: This asterisk corresponds to the asterisk earlier on page 2, meaning this content is to be inserted between characters 1.14 and 1.18. Each of the five degrees in this part misplaces this entry, indicating that the mistake was realized only after the creation of several entries. In each other degree except the second, Phelps placed 2.16 on the blank page before that degree.

[32] TEXT: In the Egyptian Alphabet documents, character 5.28 follows character 5.27. None of the subsequent degrees except the first degree of the first part in the Grammar and Alphabet volume separate character 5.28 from the dissected characters of 5.27 with a horizontal rule.

[33] TEXT: Possibly "Ah brah-oam". All other instances of this transliteration in the Grammar and Alphabet volume and Egyptian Alphabet–A and –C have it ending in "oam".

[34] TEXT: Egyptian Alphabet–B does not have a transliteration for this character. Egyptian Alphabet–A provides the same definition found in each degree of the first part of the Grammar and Alphabet volume. The definition also parallels the opening paragraph of the Book of Abraham manuscript. (See Book of Abraham Manuscript, ca. July–ca. Nov. 1835–C [Abraham 1:2].)

[35] TEXT: All three Egyptian Alphabet documents have similar transliterations associated with this character, but none of them have a definition. None of the degrees of the first part of the Grammar and Alphabet volume have this full transliteration or the full character. Compare this transliteration with the transliteration for character 1.18. (See Egyptian Alphabet, ca. Early July–ca. Nov. 1835–A, –B, and –C.)

[36] TEXT: While this character resembles character 5.28, it also partially matches the shape and transliteration of character 3.11a in the Egyptian Alphabet documents. (See Egyptian Alphabet, ca. Early July–ca. Nov. 1835–A, –B, and –C.)

[37] TEXT: Ink smearing makes this transliteration look like "Kiah brah oam."

[38] TEXT: The second part of this definition is found in Egyptian Alphabet–A under character 5.28 and closely resembles the wording found in the opening paragraph of the Book of Abraham manuscript. (See Book of Abraham Manuscript, ca. July–ca. Nov. 1835–C [Abraham 1:2].)

[39] TEXT: The mark below this character is likely a stray ink mark. In the second degree of this part, this character is modified to change its meaning. (See page 17.)

[40] TEXT: No transliteration for this character is found in Egyptian Alphabet–B, and none of the Egyptian Alphabet documents contain an explanation for this character. The explanation of this character in the first degree of this part makes it clear that this transliteration and definition borrow from the counting document.

[41] TEXT: The explanations given for this character in each of the five degrees of the first part of the Grammar and Alphabet volume build upon those in the previous degrees.

[42] TEXT: At this point, Phelps began to copy sequentially the twenty-two characters (excluding character 1.18) from the first part of the three Egyptian Alphabet documents into the Grammar and Alphabet volume. (See Egyptian Alphabet, ca. Early July–ca. Nov. 1835–A, –B, and –C.)

[43] TEXT: All three Egyptian Alphabet documents have simply "Ah", with varying capitalization. (See Egyptian Alphabet, ca. Early July–ca. Nov. 1835–A, –B, and –C.)

[44] TEXT: Possibly "Ki[n]gs".

[45] TEXT: All three Egyptian Alphabet documents have "Pha", with varying capitalization. (See Egyptian Alphabet, ca. Early July–ca. Nov. 1835–A, –B, and –C.)

[46] TEXT: Egyptian Alphabet–A has "Phaloeup" (likely intended to be "Phahoeup"), Egyptian Alphabet–B has "Pha-ho-e-oop", and Egyptian Alphabet–C has "Pha=ho=e=oop".

[47] TEXT: This canceled character is character 1.5.

[48] TEXT: Egyptian Alphabet–A has "ho up hah".

[49] TEXT: "Kah tou mun", or a variant of that spelling, is the transliteration of character 1.7 throughout the degrees of the first part of the Grammar and Alphabet volume and throughout the three Egyptian Alphabet documents. It is also found in two notebooks of copied characters. It seems likely the early Latter-day Saints saw "Kah tou mun", like Onitas, as one of the mummies purchased from Chandler. (See "Valuable Discovery," circa Early July 1835; Notebook of Copied Egyptian Characters, circa Early July 1835; Egyptian Alphabet, ca. Early July–ca. Nov. 1835–A, –B, and –C; Charlotte Haven, Nauvoo, IL, to "My dear Mother," 19 Feb. 1843, in Haven, "Girl's Letters from Nauvoo," 623; and Brown, "Joseph (Smith) in Egypt," 61.)

Comprehensive Works Cited

Haven, Charlotte. "A Girl's Letters from Nauvoo." *Overland Monthly* 16, no. 96 (Dec. 1890): 616–638.

Brown, Samuel. "Joseph (Smith) in Egypt: Babel, Hieroglyphs, and the Pure Language of Eden." *Church History: Studies in Christianity and Culture* 78, no. 1 (Mar. 2009): 26–65.

[50] TEXT: Egyptian Alphabet–A has "Kah tou man".

[51] TEXT: Egyptian Alphabet–A has "ho-ee-oop".

[52] TEXT: That is, the same explanation as in the fourth degree. The explanation in the fourth degree employs the grammar rule of adding a line above or below the character to signify increase or decrease in degree, as explained in the fifth degree of part 1 at character 5.27.

[53] TEXT: Possibly "Ha e oop hah". All other transliterations in the Grammar and Alphabet volume have "Ho". Egyptian Alphabet–A has "ho-ee oop hah".

[54] TEXT: This character is transliterated as "Sue" in the fifth and fourth degrees of the first part of this Grammar and Alphabet volume, but other transliterations are not consistent. In the third degree of the first part, the character is transliterated as "Auh eh", in the second degree as "Ahe", and in the first degree as "Oan". Egyptian Alphabet–C has "Oan, <or> ah-e <oh=e>", Egyptian Alphabet–B has "Oan, or ah-e, or Oh-e", and Egyptian Alphabet–A has "one-ahe or ohe".

[55] TEXT: This definition, unlike most definitions in this Grammar and Alphabet volume, makes a grammatical point that further clarifies the language system.

[56] TEXT: All other transliterations of this word in the first part of the Grammar and Alphabet begin with a "t." In this case, Phelps neglected to cross the "t."

[57] TEXT: All other transliterations of this word in the first part of the Grammar and Alphabet have "tah eh" or a similar spelling, except for the first degree, which has "~~toues~~ toueh".

[58] TEXT: Egyptian Alphabet–A has "tone tahe or ~~th~~ tohe tou-es", Egyptian Alphabet–B has "Toan, Tah-e-Ta-e, or Tus", and Egyptian Alphabet–C has "~~Tus,~~ toan, tahe ta<,>e or tou=es".

[59] TEXT: The name "On-i-tas" is found in the two notebooks of copied characters, where it is identified as an ancient king in Egypt. A letter from a young woman who viewed the Egyptian mummies and papyri at the home of Lucy Mack Smith stated that Smith identified the mummies as "King Onitus and his royal household." (See "Valuable Discovery," circa Early July 1835; Notebook of Copied Egyptian Characters, circa Early July 1835; and Charlotte Haven, Nauvoo, IL, to "My dear Mother," 19 Feb. 1843, in Haven, "Girl's Letters from Nauvoo," 623.)

Comprehensive Works Cited

Haven, Charlotte. "A Girl's Letters from Nauvoo." *Overland Monthly* 16, no. 96 (Dec. 1890): 616–638.

[60] TEXT: The second instance of this character in the fourth, third, and second degrees of the first part have "Iata" or "Iato".

[61] TEXT: Character 1.14 is recorded twice in each degree of the first part. The definitions of the two characters in each degree do not always match.

[62] TEXT: This is a composite character made up of characters 1.10, 1.13, and 1.14. The composite nature is also evident in both the sound and the explanation.

[63] TEXT: All other transliterations of this character in the first part of the Grammar and Alphabet have "toues", with varying hyphenation. In this case, Phelps neglected to cross the "t," making it look like "loues".

[64] TEXT: Possibly "Zis". Except for the fourth degree, which has "Iota toues Zip Z", all other transliterations of the first part of the Grammar and Alphabet have "Zi", with varying capitalization or compounding.

[65] TEXT: That is, the same definition as is given for this character in the first degree of the first part.

[66] TEXT: Character 1.18, which would be expected here given the sequence, is not found in this position in any of the degrees of the first part of this document. However, it appears at the beginning of each degree as part of the list that comes from the dissection of character 5.27. Character 1.14 is also listed at the beginning of this degree, but it appears in its sequential order as well, which suggests that the omission of character 1.18 was an oversight.

[67] TEXT: Egyptian Alphabet–A has "Zool Eh".

[68] TEXT: This transliteration and the transliteration one line below ("Ah meh strah ans") are not found anywhere else in either this document or the Egyptian Alphabet documents.

[69] TEXT: In the Book of Abraham narrative, Abraham is commanded by God to go to Canaan and preach. Abraham finally concludes to go to Egypt. (Book of Abraham and Facsimiles, 1 Mar.–16 May 1842 [Abraham 2:3–6, 21; 3:15].)

[70] TEXT: This echoes wording found in the Book of Abraham manuscript. (See Book of Abraham Manuscript, ca. July–ca. Nov. 1835–C [Abraham 2:11].)

[71] TEXT: This circled "1" corresponds to the circled "1" on the next page of the manuscript.

[72] TEXT: The "1" is circled, indicating that the entry on the previous page of the manuscript was meant to go in this location.

[73] TEXT: The fifth and first degrees of the first part set this character apart from the previous characters with a horizontal rule.

[74] TEXT: Possibly "~~or~~ <of>" or "~~by~~ <of>".

[75] TEXT: This character and the following canceled character are character 1.10.

[76] TEXT: Phelps canceled this material that was apparently meant for the third degree, not the fourth degree. On the next line, Phelps then inscribed character 1.10 before realizing that he had inadvertently canceled the final two lines of the previous entry (character 1.9, "Ho e-oop"). He wrote that inadvertently canceled material in one line and then reinscribed character 1.10, after which he began the entry for "Zip Zi" in the fourth degree.

[77] TEXT: The remainder of this definition offers grammatical rules, similar to the discussion found in the fifth degree at character 5.27 in this document. (See page 1.)

[78] TEXT: That is, grammatical subjects. See the explanation for character 1.12 in the fifth degree of this part.

[79] TEXT: This canceled character is character 1.14.

[80] TEXT: This material was intended for the third degree but was accidentally copied here. The strikethrough bar is in a different ink flow from the base text.

[81] TEXT: While this character is usually transliterated as "Iota", it is sometimes transliterated as "Iata".

[82] TEXT: That is, the same definition as is given for this character in the first degree of the first part.

[83] TEXT: Possibly "✦✦" or "✦–✦" or "✦", though the character appears to be accidentally smudged.

[84] TEXT: This circled "1" corresponds to the circled "1" on the next page of the manuscript.

[85] TEXT: The "1" is circled, indicating that the entry on the previous page of the manuscript was meant to go in this location.

[86] TEXT: Nearly all the other transliterations have "oan". Egyptian Alphabet–A has "Zub Zool oun" at character 1.18, and the first degree in this part has "Zub Zool aon" at character 2.16.

[87] TEXT: Possibly "ham" with an incomplete "m". Other definitions in the Grammar and Alphabet volume mention the biblical Ham. For instance, see character 1.7 in the fifth and fourth degrees of this part.

[88] TEXT: This character may be a stray mark or residue from the wipe erasure of the character to the right.

[89] TEXT: This canceled character is character 1.11.

[90] TEXT: Possibly "aop". All other transliterations of this character in the Grammar and Alphabet have "oop".

[91] TEXT: Possibly "dominions,".

[92] TEXT: This character is usually transliterated as "Iota", but it is sometimes transliterated as "Iata".

[93] TEXT: The letters "a" and "n" in "woman" are conjoined, making the word look like "women". The sentence, however, clearly is speaking of one woman.

[94] TEXT: That is, the same definition as is given for this character in the first degree in this part.

[95] TEXT: See Book of Abraham Manuscript, ca. July–ca. Nov. 1835–A [Abraham 2:4].

[96] TEXT: On the third of these six blank pages (a recto), there are two adhesive wafers attached to the upper left corner.

[97] TEXT: This canceled character is character 2.15.

[98] TEXT: The terms used throughout this definition are not found elsewhere in the Grammar and Alphabet volume or in any of the Egyptian Alphabet documents.

[99] TEXT: The "1" is circled, indicating that the entry on the next page of the manuscript was meant to go in this location.

[100] TEXT: Possibly "Zab". All other transliterations of this character in the Grammar and Alphabet have "Zub".

[101] TEXT: Possibly "Zaol". All other transliterations of this character in the Grammar and Alphabet have "Zool", with varying capitalization.

[102] TEXT: This appears to be a new entry describing the connection between "Zub Zool oan" and "Beth".

[103] TEXT: Phelps originally wrote "Ah=brah=oam" and then canceled "brah" and wrote "br" over the second "=", making it "Ah=~~brah~~{=\<br >}oam". He then canceled the entire word and rewrote "Ah broam".

[104] TEXT: This circled "1" corresponds to the circled "1" on the previous page of the manuscript.

[105] TEXT: In contrast to the treatment of this character in other degrees of the first part, the explanation in this degree is the only time this character is modified to show how to increase or decrease its significance.

[106] TEXT: This is the only place in the Grammar and Alphabet volume where this character is modified with marks to illustrate an increase or decrease of signification.

[107] TEXT: These canceled characters are character 1.4a and 1.4b.

[108] TEXT: Possibly "Ahé".

[109] TEXT: While this character is usually transliterated as "Iota", it is sometimes transliterated as "Iata".

[110] TEXT: Stray ink mark after "creation" possibly "⸴".

[111] TEXT: Stray ink mark before "Abraham's" possibly a single quote mark.

[112] TEXT: This circled "1" corresponds to the circled "1" on the next page of the manuscript.

[113] TEXT: The double underline under "Be" may be "=".

[114] TEXT: "Za" is a prefix in the transliteration of character 5.27 in the fifth degree of the first part.

[115] TEXT: The "1" is circled, indicating that the entry on the previous page of the manuscript was meant to go in this location.

[116] TEXT: Brace apparently inserted to separate the transliteration from "to the above restrictions", which finishes the paragraph above.

[117] TEXT: "<d>" possibly a continuation of the brace from above.

[118] TEXT: The entries in this line and the preceding three were possibly inserted.

[119] TEXT: Here and in the second degree of the first part, Phelps modified the transliteration of this character. He did not modify this transliteration in the third, fourth, and fifth degrees of the first part.

[120] TEXT: Canceled by wipe erasure and then by strikethrough.

[121] TEXT: This canceled character is character 1.9.

[122] TEXT: "◊" possibly "l" or "t".

[123] TEXT: Possibly "governments,".

[124] TEXT: The term *Adam-ondi-Ahman* was used as early as 1835 to refer to the dwelling place of the biblical patriarch Adam. (Instruction on Priesthood, between ca. 1 Mar. and ca. 4 May 1835 [D&C 107:53].)

[125] TEXT: In 1831, former church member Ezra Booth stated that JS used the word *Zomar* as "the original word for Zion." That this word was used in the Grammar and Alphabet volume affirms that Phelps, and perhaps others, used sources or concepts that predated the acquisition of the papyri and creation of the Egyptian Alphabet documents. (Ezra Booth, "Mormonism—No. VI," *Ohio Star* [Ravenna], 17 Nov. 1831, [3].)

Comprehensive Works Cited

*Ohio Star*. Ravenna. 1830–1854.

[126] TEXT: "o◊" likely "or". "o◊" was first inscribed and then wipe-erased, followed by "in". Both were then canceled.

[127] TEXT: Possibly "~~an~~".

[128] TEXT: The definitions in the Egyptian Alphabet documents simply state that this character increases five times from the preceding character (2.19). (See Egyptian Alphabet, ca. Early July–ca. Nov. 1835–A, –B, and –C.)

[129] TEXT: Beginning with this character, the Egyptian Alphabet documents do not supply definitions for the remaining characters in this degree, except for short explanations for characters 2.37–2.39 in Egyptian Alphabet–B. That is, the remainder of the definitions inscribed by Phelps and Parrish in the fifth degree of the second part are unique. (See Egyptian Alphabet, ca. Early July–ca. Nov. 1835–A, –B, and –C.)

[130] TEXT: Possibly "~~in M~~ the".

[131] TEXT: Possibly ":" or ",".

[132] TEXT: Beginning with this character, each character is repeated in each degree of the second part.

[133] TEXT: Possibly "sons".

[134] TEXT: Egyptian Alphabet–B has "the earth &c" as the definition of this character.

[135] TEXT: Possibly "van". The transliteration earlier in this paragraph has "van".

[136] TEXT: See Book of Abraham and Facsimiles, 1 Mar.–16 May 1842 [Abraham 3:1, 4].

[137] TEXT: Possibly "Ziss".

[138] TEXT: Or "toaine", with the "t" not crossed.

[139] TEXT: Or "toagoh=ox-oan", with the "t" not crossed.

[140] TEXT: Possibly "~~Seeble~~ Sheble".

[141] TEXT: Possibly "~~oss~~ ots" or "~~ofs~~ ots".

[142] TEXT: Or "name,".

[143] TEXT: Possibly "Subble".

[144] TEXT: Possibly "car".

[145] TEXT: Egyptian Alphabet–B has "Moon" as the definition of this character.

[146] TEXT: A stray pencil mark was written through some of the letters of "light".

[147] TEXT: Egyptian Alphabet–B has "Sun" as the definition of this character.

William W. Phelps handwriting ends; Warren Parrish begins.

[148] TEXT: This definition was later incorporated into the explanation of figure 1 in Facsimile 2. (Explanation of Facsimile 2, ca. 15 Mar. 1842.)

[149] TEXT: On the fifth blank page (a recto), there are two adhesive wafers on the upper left corner.

Warren Parrish handwriting ends; William W. Phelps begins.

[150] TEXT: This canceled character is character 2.4.

[151] TEXT: The lengthiest definition of this character found in the Egyptian Alphabet documents has "Angels in an unalterable state—Sanctified <or men after they are raised <from the de[a]d>>". (See Egyptian Alphabet, ca. Early July–ca. Nov. 1835–B.)

[152] TEXT: Possibly "~~happ~~".

[153] TEXT: Each of the definitions of this character in the Egyptian Alphabet documents simply compare it to the previous definition. (See Egyptian Alphabet, ca. Early July–ca. Nov. 1835–A, –B, and –C.)

[154] TEXT: Beginning with this character, the Egyptian Alphabet documents do not supply definitions for the remaining characters in this degree, except for short explanations for characters 2.37–2.39 in Egyptian Alphabet–B. That is, the remainder of the definitions inscribed by Phelps and Parrish in the fourth degree of the second part are unique. (See Egyptian Alphabet, ca. Early July–ca. Nov. 1835–A, –B, and –C.)

[155] TEXT: Possibly "Iota". All other transliterations of this character in the Egyptian Alphabet documents have "Iota", with varying capitalization.

[156] TEXT: "the r[i]ght of first born" is not found in any of the Egyptian Alphabet documents. (See Egyptian Alphabet, ca. Early July–ca. Nov. 1835–A, –B, and –C.)

[157] TEXT: The definitions for this character in the Egyptian Alphabet documents simply state that this character increases five times from the preceding character (2.17). (See Egyptian Alphabet, ca. Early July–ca. Nov. 1835–A, –B, and –C.)

[158] TEXT: The definitions for this character in the Egyptian Alphabet documents each add a phrase similar to the phrase found in Egyptian Alphabet–A: "the greatest place of hapiness". (See Egyptian Alphabet, ca. Early July–ca. Nov. 1835–A, –B, and –C.)

[159] TEXT: Beginning with this character, the Egyptian Alphabet documents do not supply definitions for the remaining characters in this degree, except for short explanations for characters 2.37–2.39 in Egyptian Alphabet–B. That is, the remainder of the definitions inscribed by Phelps and Parrish in the third degree of the second part are unique. (See Egyptian Alphabet, ca. Early July–ca. Nov. 1835–A, –B, and –C.)

William W. Phelps handwriting ends; Warren Parrish begins.

[160] TEXT: On the seventeenth blank page (a recto), there are two adhesive wafers on the upper left corner.

🖐 Warren Parrish handwriting ends; William W. Phelps begins.

[161] TEXT: Egyptian Alphabet–B has "In the beginning with God, the Savior". The other two Egyptian Alphabet documents mirror the definition given here. (See Egyptian Alphabet, ca. Early July–ca. Nov. 1835–A, –B, and –C.)

[162] TEXT: "or right of the first born" is not found in any of the Egyptian Alphabet documents. (See Egyptian Alphabet, ca. Early July–ca. Nov. 1835–A, –B, and –C.)

[163] TEXT: The definitions for this character in the Egyptian Alphabet documents are less specific than this definition. (See Egyptian Alphabet, ca. Early July–ca. Nov. 1835–A, –B, and –C.)

[164] TEXT: The definitions for this character in the Egyptian Alphabet documents are less specific than this definition. (See Egyptian Alphabet, ca. Early July–ca. Nov. 1835–A, –B, and –C.)

[165] TEXT: Beginning with this character, the Egyptian Alphabet documents do not supply definitions for the remaining characters in this degree, except for short explanations for characters 2.37–2.39 in Egyptian Alphabet–B. That is, the remainder of the definitions inscribed by Phelps and Parrish in the second degree of the second part are unique. (See Egyptian Alphabet, ca. Early July–ca. Nov. 1835–A, –B, and –C.)

🖐 William W. Phelps handwriting ends; Warren Parrish begins.

🖐 Warren Parrish handwriting ends; William W. Phelps begins.

[166] TEXT: Both Egyptian Alphabet–B and –C specify that these ministers are less than or under high priests.

[167] TEXT: "a patriarch or the right of the first born" is not found in any definition of this character in the Egyptian Alphabet documents. (See Egyptian Alphabet, ca. Early July–ca. Nov. 1835–A, –B, and –C.)

[168] TEXT: "so" canceled twice by strikethrough.

[169] TEXT: Beginning with this character, the Egyptian Alphabet documents do not supply definitions for the remaining characters in this degree, except for short explanations for characters 2.37–2.39 in Egyptian Alphabet–B. That is, the remainder of the definitions inscribed by Phelps and Parrish in the first degree of the second part are unique. (See Egyptian Alphabet, ca. Early July–ca. Nov. 1835–A, –B, and –C.)

[170] TEXT: Possibly "god God".

[171] TEXT: Both Egyptian Alphabet–A and –C have similar corrections to this transliteration.

[172] TEXT: Possibly "dele redeeming".

[173] TEXT: This transliteration is found only in Egyptian Alphabet–C, where it is canceled.

🖐 William W. Phelps handwriting ends; Warren Parrish begins.

[174] TEXT: On the fifteenth blank page (a recto), there are two adhesive wafers on the upper left corner.

© 2021 by Intellectual Reserve, Inc. All rights reserved.    Terms of Use    Updated 2018-09-01 |    Privacy Notice    Updated 2018-09-01 |    Cookie Preferences