**EXHIBIT NO. 7, TABLE OF DIRECT GOLD PLATE TRANSLATION ART/DECADE.**



| 1970s | 1980s | 1990s | 2000s | 2010s |
|---|---|---|---|---|
| *Ensign* 10/73 p. 20 | Ensign, May 1980 Inside back cover. | *Ensign* 02/90 p. 24-5 | *Ensign* 01/01 p. 22 | *Ensign* 10/11 p. 1 |
| *Ensign* 09/76. pp. 7 & 11 | Ensign, 12/83 inside back cover. | *Ensign* 09/90 inside cover. | *Ensign* 02/01 Cover | *Ensign* 10/11 p. 9 |
| *Ensign* 09/76 p. 85 | *Ensign* 05/84 p. 26 | *Ensign* 07/93 p. 62 | *Ensign* 03/01 p. 54 | *Ensign* 10/2011 p. 19 or 25 |
| *Ensign*, 09/77 p.78 | *Ensign* 09/85 p. 21 | *Ensign* 06/94 p. 3 | *Ensign* 01/02 p. 77 | Still from COP film, *Joseph Smith: Prophet of the Restoration* © 2011 |



| 1970s Continued | 1980s Continued | 1990s Continued | 2000s Continued | 2010s Contined |
|---|---|---|---|---|
| | *Ensign*, 01/88 p. 4 | *Ensign* 01/96 p. 3 | *Ensign 02/02 p. 15* | *Ensign 07/12 p. 41* |
| | *Ensign* 01/88 p. 9 & 11/88 p. 35 | *Ensign* 12/1996 | © *2004 Preach My Gospel* p. 24  (For Missionaries) | *Ensign 12/12 p. 9* |
| | Ensign 11/88 p. 46 | *Ensign* 01/97 p. 38 | *Ensign 10/04 p. 55* | *Ensign 10/2015 p. 55* |
| | *Ensign*, 11/89 p. 34 | *Ensign 08/97 p. 11* | LDS Missionary Prep. Manual IRI © 2005 p. 74 | *Ensign 10/15 p. 55* |

| 1970s Continued | 1980s Continued | 1990s Continued | 2000s Continued | 2010s Continued |
|---|---|---|---|---|
| | *Ensign*, 02/89 p. 11 | *Ensign* 07/99 p. 41/43 | Still from *Joseph Smith: Prophet of the Restoration* © 2005 (COP film) | *Ensign* 10/15 p. 55 |
| | | | *Ensign* 01/06 p. 72 | *Ensign* 10/2015 p. 55 |
| | | | Ensign 10/06 p. 40 and 01/08 p. 38 & *Gospel Art Book* © 2009 p. 32 (used in all LDS wards) | *Ensign* 12/2017 P. 57 |
| | | | *Ensign* 01/09 Table of Contents & p. 16. | *Ensign* 12/2017 p. 58-59 |