IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| LAURA A. GADDY, LYLE D. SMALL and LEANNE R. HARRIS, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>[The] CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole, and DOES 1-50,<br><br>*Defendant* | ORDER on PLAINTIFFS' EX PARTE MOTION FOR LEAVE to FILE OVERLENGTH MEMORANDUM in OPPOSITION TO MOTION to DISMISS THE SECOND AMENDED COMPLAINT, ALTERNATIVELY, MOTION TO STRIKE<br><br>(DEMAND FOR JURY TRIAL)<br><br>**2:19-cv-00554-RJS--DBP**<br><br>Chief Judge: Robert J. Shelby<br><br>Chief Magistrate Judge: Dustin B. Pead |

On a showing of good cause, and for the reasons set forth in *Plaintiffs' Ex Parte Motion for Leave to File Overlength Memorandum* (DKT 112),

IT IS HEREBY ORDERED: that Plaintiffs are granted leave to file an overlength memorandum in response to the *Motion to Dismiss the Second Amended complaint, Alternatively, Motion to Strike* (Dkt 111). The Motion and Memorandum shall be no more than 9,500 words, excluding that matter identified in the Local Rules.

DATED December ___, 2021          BY THE COURT:

_____
ROBERT J. SHELBY
Chief U.S. District Court Judge