Kay Burningham (#4201)
kay@kayburningham.com
299 South Main St. Suite#1375
Salt Lake City, Utah 84111
Phone: 1.888.234.3706

*Attorney for Laura A. Gaddy, Lyle D. Small
and Leanne R. Harris, Plaintiffs*

# THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| **LAURA A. GADDY**, **LYLE D. SMALL** and **LEANNE R. HARRIS**, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>**[The] CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS,** a Utah corporation sole and DOES 1-50<br><br>*Defendant* | **REQUEST to SUBMIT for DECISION *MOTION for LEAVE to FILE OVERLENGTH MEMORANDUM in OPPOSITION to MOTION to DISMISS SECOND AMENDED COMPLAINT, IN THE ALTERNATIVE, MOTION TO STRIKE.***<br><br>(DEMAND FOR JURY TRIAL)<br><br>Case: **2:19-cv-00554-RJS-DBP**<br><br>Chief Judge: Robert J. Shelby<br><br>Chief Magistrate Judge: Dustin B. Pead |

Plaintiffs, LAURA A. GADDY, LYDE D. SMALL and LEANNE R. HARRIS hereby request that the Court rule on Plaintiff's "*Motion For Leave to File Overlength Memorandum in Opposition to Motion to Dismiss Second Amended Complaint, in the Alternative, Motion to Strike.*" (DKT 112). All briefing is complete.

The Motion (Dkt 112) and Opposition (Dkt. 113) were filed December 1, 2021. A Reply was filed on December 2, 2021 (Dkt 115). Therefore, the matter is ripe for decision.

Respectfully Submitted,

Dated: December 3, 2021         by Kay Burningham, Attorney at Law

/s/ *Kay Burningham*
Kay Burningham, Attorney at Law

*Attorney for Laura A. Gaddy, Lyle D. Small and Leanne R. Harris.*