IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| LAURA A. GADDY, individually and on behalf of all others similarly situated,<br><br>　　　Plaintiff,<br><br>v.<br><br>CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole,<br><br>　　　Defendant. | **ORDER GRANTING PLAINTIFF'S MOTION TO FILE OVERLENGTH MEMORANDUM**<br><br>2:19-cv-554-RJS-DBP<br><br>Chief District Judge Robert J. Shelby<br>Magistrate Judge Dustin B. Pead |

　　　Having considered Plaintiff's Ex Parte Motion for Leave to File Overlength Memorandum in Opposition to Motion to Dismiss the Second Amended Complaint,[1] and for good cause appearing, Plaintiff's Motion is GRANTED. Plaintiff's Opposition Memorandum shall be no more than 9,500 words, 1,750 words over the 7,750 word limit generally permitted for a response to a Rule 12(b) motion.[2] Acknowledging that Defendant opposed Plaintiff's Motion,[3] the court observes it will favorably consider a proportional motion for leave to file an overlength reply memorandum, should Defendant file such a motion.

---

[1] Dkt. 112.

[2] DUCivR 7-1(a)(4)(A)(i). The word count limitation does not include the face sheet, table of contents, table of authorities, signature block, certificate of service, or exhibits. DUCivR 7-1(a)(5)(B).

[3] Dkt. 113.

1

SO ORDERED this 3rd day of December, 2021.

BY THE COURT:

_____
ROBERT J. SHELBY
United States Chief District Judge