1959 APRIL CONFERENCE LAST ACCOUNT of LDS CHURCH EXPENDITURES

APRIL CONFERENCE REPORT  000

*Ensign* pp. 92-93

## II. EXPENDITURES OF THE CHURCH IN 1958

(From Church General Funds and from Other Contributions)

| | |
|---|---:|
| For Missions and Missionary Work (not including an estimated $4,990,000 paid by members and friends for support of missionaries, and not including value of the time given by missionaries.) | $13,034,893 |
| For Ward and Stake Buildings and Activities | 28,313,005 |
| For Construction and Operation of Temples | 2,756,550 |
| For Church Schools | 15,508,502 |

## GENERAL AUTHORITIES OF THE CHURCH        93

| | |
|---|---:|
| For Welfare (not including value of donated labor) | 6,881,667 |
| For Buildings and Grounds not Included Elsewhere | 1,242,913 |
| For Genealogical Society | 1,748,831 |
| For Expenses of the Auxiliary General Boards and of the Primary Children's Hospital | 664,625 |
| For General Administrative Expenses of the Church | 2,264,940 |
| For All Other Purposes | 378,380 |