David J. Jordan (1751)
david.jordan@stoel.com
Wesley F. Harward (15623)
wesley.harward@stoel.com
STOEL RIVES LLP
201 S. Main Street, Suite 1100
Salt Lake City, UT 84111
Telephone: 801.328.3131

*Attorneys for Defendant Corporation of the
President of The Church of Jesus Christ of
Latter-day Saints*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| LAURA A. GADDY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole,<br><br>Defendant. | **STIPULATED MOTION FOR EXTENSION OF TIME TO SUBMIT REPLY MEMORANDUM IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS THE SECOND AMENDED COMPLAINT, OR IN THE ALERNATIVE, MOTION TO STRIKE**<br><br>Case No. 2:19-cv-00554-RJS<br><br>The Honorable Robert J. Shelby |

Defendant Corporation of the President of The Church of Jesus Christ of

Latter-day Saints (the "Church") filed a Motion to Dismiss the Second Amended

Complaint, or in the Alternative, Motion to Strike (the "Motion") on November 12,

103392859.1 0056812-00016

2021 (Docket 111). Plaintiffs filed their memorandum in opposition on December 10, 2021. (Docket 118). The Church requests a two-week extension of time to submit its reply memorandum in support of the Motion. The Church makes this request based on scheduling conflicts from the Church's counsel on another matter. Specifically, Counsel for the Church has daily depositions scheduled in another matter until December 22, 2021. Currently, the Church's reply is due on December 24, 2021. If granted, the Church's response would be due on January 7, 2022. Plaintiffs have stipulated to this motion.

Pursuant to DUCivR 7-1(a)(2), attached as Exhibit A is a proposed order granting this motion.

DATED: December 13, 2021.

                                        STOEL RIVES LLP


                                        /s/ David J. Jordan
                                        David J. Jordan
                                        Wesley F. Harward

                                        *Attorneys for Defendant Corporation of
                                          the President of The Church of Jesus
                                          Christ of Latter-day Saints*

                                        /s/ Kay Burningham (by permission)
                                        Kay Burningham

                                        *Attorney for Plaintiff Laura A. Gaddy*

2

113445891.1 0056812-00016