# EXHIBIT A

103392859.1 0056812-00016

David J. Jordan (1751)
david.jordan@stoel.com
Wesley F. Harward (15623)
wesley.harward@stoel.com
STOEL RIVES LLP
201 S. Main Street, Suite 1100
Salt Lake City, UT 84111
Telephone:  801.328.3131

*Attorneys for Defendant Corporation of the
  President of The Church of Jesus Christ of
  Latter-day Saints*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| LAURA A. GADDY, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br>      v.<br><br>CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole,<br><br>                    Defendant. | **[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO OPPOSITION TO MOTION TO DISMISS THE SECOND AMENDED COMPLAINT, OR IN THE ALERNATIVE, MOTION TO STRIKE**<br><br>Case No. 2:19-cv-00554-EJF<br><br>The Honorable Robert J. Shelby |

Before the Court is Defendant's Stipulated Motion for Extension of Time to File Reply Memorandum in Support of Motion to Dismiss the Second Amended Complaint, or in the Alternative, Motion to Strike (the "Motion").  For good cause

103392859.1 0056812-00016

appearing and based on the stipulation of the parties, the Motion is GRANTED. The time for which Defendant may file its response is extended through January 7, 2022.

DATED: December __, 2021.

BY THE COURT

_____