IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| LAURA A. GADDY, individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br>v.<br><br>CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole,<br><br>            Defendant. | **ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO OPPOSITION TO MOTION TO DISMISS THE SECOND AMENDED COMPLAINT, OR IN THE ALTERNATIVE, MOTION TO STRIKE**<br><br>Case No. 2:19-cv-00554-EJF<br><br>Chief Judge Robert J. Shelby<br><br>Chief Magistrate Judge Dustin B. Pead |

Before the Court is Defendant's Stipulated Motion for Extension of Time to File Reply Memorandum in Support of Motion to Dismiss the Second Amended Complaint, or in the Alternative, Motion to Strike. (ECF No. 119.) For good cause appearing and based on the stipulation of the parties, the Motion is GRANTED. The time for which Defendant may file its response is extended through January 7, 2022.

DATED this 15 December 2021.

_____
Dustin B. Pead
United States Magistrate Judge