**EXHIBIT NO. 7, TABLE OF DIRECT GOLD PLATE TRANSLATION ART/DECADE.**





| 1970s Continued | 1980s Continued | 1990s Continued | 2000s Continued | 2010s Continued |
|---|---|---|---|---|
|  | *Ensign*, 01/88 p. 4 | *Ensign* 01/96 p. 3 | *Ensign* 02/02 p. 15 | *Ensign* 07/12 p. 41 |
|  | *Ensign* 01/88 p. 9 & 11/88 p. 35 | *Ensign* 12/1996 | © 2004 Preach My Gospel p. 24 (For Missionaries) | *Ensign* 12/12 p. 9 |
|  | Ensign 11/88 p. 46 | *Ensign* 01/97 p. 38 | *Ensign* 10/04 p. 55 | *Ensign* 10/2015 p. 55 |
|  | *Ensign*, 11/89 p. 34 | *Ensign* 08/97 p. 11 | LDS Missionary Prep. Manual IRI © 2005 p. 74 | *Ensign* 10/15 p. 55 |

| 1970s Continued | 1980s Continued | 1990s Continued | 2000s Continued | 2010s Continued |
|---|---|---|---|---|
|  | *Ensign*, 02/89 p. 11 | *Ensign* 07/99 p. 41/43 | Still from *Joseph Smith: Prophet of the Restoration* © 2005 (COP film) | *Ensign* 10/15 p. 55 |
|  |  |  | *Ensign* 01/06 p. 72 | *Ensign* 10/2015 p. 55 |
|  |  |  | Ensign 10/06 p. 40 and 01/08 p. 38 & *Gospel Art Book* © 2009 p. 32 (used in all LDS wards) | *Ensign* 12/2017 P. 57 |
|  |  |  | *Ensign* 01/09 Table of Contents & p. 16. | *Ensign* 12/2017 p. 58-59 |