David J. Jordan (1751)
david.jordan@stoel.com
Wesley F. Harward (15623)
wesley.harward@stoel.com
STOEL RIVES LLP
201 S. Main Street, Suite 1100
Salt Lake City, UT 84111
Telephone:  801.328.3131

*Attorneys for Defendant Corporation of the
President of The Church of Jesus Christ of
Latter-day Saints*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| LAURA A. GADDY, LYLE D. SMALL, and LEANNE R. HARRIS individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole,<br><br>Defendant. | **STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT**<br><br>Case No. 2:19-cv-00554-RJS<br><br>The Honorable Robert J. Shelby<br>The Honorable Dustin B. Pead |

Plaintiffs filed a "Motion for Leave to File Third Amended Complaint" (the "Motion") on January 28, 2022 (Docket 122).  Defendant Corporation of the President of The Church of Jesus Christ of Latter-day Saints (the "Church") requests a two-week extension of time to respond to the Motion.  The Church

makes this request based on scheduling conflicts from the Church's counsel on other matters. Currently, the Church's response is due on February 11, 2022. If granted, the Church's response would be due on February 25, 2022. Plaintiffs have stipulated to this motion.

Pursuant to DUCivR 7-1(a)(2), attached as Exhibit A is a proposed order granting this motion.

DATED: February 10, 2022.

        STOEL RIVES LLP

        */s/ Wesley F. Harward*
        David J. Jordan
        Wesley F. Harward

        *Attorneys for Defendant Corporation of the President of The Church of Jesus Christ of Latter-day Saints*

        */s/ Kay Burningham (signed with permission)*
        Kay Burningham

        *Attorney for Plaintiffs*