# EXHIBIT A

David J. Jordan (1751)
david.jordan@stoel.com
Wesley F. Harward (15623)
wesley.harward@stoel.com
STOEL RIVES LLP
201 S. Main Street, Suite 1100
Salt Lake City, UT 84111
Telephone: 801.328.3131

*Attorneys for Defendant Corporation of the
President of The Church of Jesus Christ of
Latter-day Saints*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| LAURA A. GADDY, individually and on behalf of all others similarly situated,<br><br>           Plaintiffs,<br><br>     v.<br><br>CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole,<br><br>           Defendant. | **[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT**<br><br>Case No. 2:19-cv-00554-RJS-DBP<br><br>The Honorable Robert J. Shelby<br>The Honorable Dustin B. Pead |

Before the Court is Defendant's Stipulated Motion for Extension of Time to Respond to Plaintiffs' Motion for Leave to File Third Amended Complaint (the "Motion"). Based on the stipulation of the parties, the Motion is GRANTED. The

114318290.1 0056812-00016

time for which Defendant may file its response is extended through February 25, 2022.

DATED: February ___, 2022.

BY THE COURT

_____
Dustin B. Pead