IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| LAURA A. GADDY, individually and on behalf of all others similarly situated,<br><br>　　Plaintiff,<br><br>v.<br><br>CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole,<br><br>　　Defendant. | **ORDER GRANTING EXTENSION**<br><br>2:19-cv-554-RJS-DBP<br><br>Chief District Judge Robert J. Shelby<br>Chief Magistrate Judge Dustin B. Pead |

　　Having considered Defendants' Stipulated Motion for Extension of Time to Respond to Plaintiffs' Motion for Leave to File Third Amended Complaint,[1] and for good cause appearing, the Motion is GRANTED. The time for which Defendant may file its response to Plaintiffs' Motion for Leave to File Third Amended Complaint is extended through February 25, 2022.

　　SO ORDERED this 10th day of February, 2022.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　ROBERT J. SHELBY
　　　　　　　　　　　　　　　　　　United States Chief District Judge

---

[1] Dkt. 123.

1