David J. Jordan (#1751)
djordan@foley.com
Wesley F. Harward (15623)
wharward@foley.com
FOLEY & LARDNER LLP
299 S. Main Street, Suite 2000
Salt Lake City, UT  84111
Telephone: (801) 401-8900

*Attorneys for Defendant Corporation of the President
of The Church of Jesus Christ of Latter-day Saints*

## IN THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF UTAH

| | |
|---|---|
| LAURA A. GADDY, LYLE D. SMALL, and LEANNE R. HARRIS individually and on behalf of all others similar situated,<br><br>Plaintiffs,<br><br>v.<br><br>CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole,<br><br>Defendant. | **NOTICE OF CHANGE OF ADDRESS**<br><br>Case No. 2:19-cv-00554-RJS-DBP<br><br>The Honorable Robert J. Shelby<br>The Honorable Dustin B. Pead |

Please take notice that the address and contact information for David J. Jordan and Wesley F. Harward, counsel of record for Defendant Corporation of the President of The Church of Jesus Christ of Latter-day Saints has changed.  Their new address and contact information is as follows:

David J. Jordan
Wesley F. Harward
FOLEY & LARDNER LLP
299 S. Main Street, Suite 2000
Salt Lake City, UT 84111
Telephone: (801) 401-8900
Email: djordan@foley.com
Email: wharward@foley.com

4892-7964-5715.1

DATED:  March 8, 2022.

FOLEY & LARDNER LLP

*/s/ David J. Jordan*
David J. Jordan

*Attorneys for Defendant Corporation of the President of The Church of Jesus Christ of Latter-day Saints*

FOLEY & LARDNER LLP

*/s/ Wesley F. Harward*
Wesley F. Harward

*Attorneys for Defendant Corporation of the President of The Church of Jesus Christ of Latter-day Saints*

4892-7964-5715.1

## CERTIFICATE OF SERVICE

On March 8, 2022, I caused a true and correct copy of the foregoing **NOTICE OF CHANGE OF ADDRESS** to be served via the Court's electronic filing system upon the following:

> Kay Burningham
> Kay Burningham, Attorney at Law
> 299 S. Main Street, Suite 1375
> Salt Lake City, Utah 84111
> kay@kayburningham.com

/s/ Stacy Kamaya