Kay Burningham (#4201)
kay@kayburningham.com
299 South Main St., Suite #1375
Salt Lake City, Utah 84111
Phone: 1.888.234.3706

*Attorney for Laura A. Gaddy, Lyle D. Small and Leanne R. Harris*

# THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH

| | |
|---|---|
| **LAURA A. GADDY**, LYLE B. SMALL, and LEANNE R. HARRIS, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs,*<br>v.<br>**CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS,** a Utah corporation sole, and Does 1-50,<br><br>*Defendants* | **REQUEST to SUBMIT for DECISION, "MOTION for LEAVE to FILE the PROPOSED THIRD AMENDED COMPLAINT"**<br><br>(Oral Argument Requested)<br><br>(DEMAND FOR JURY TRIAL)<br><br>Case: **2:19-cv-00554-RJS-DBP**<br><br>Chief Judge: Robert J. Shelby<br><br>Chief Magistrate Judge:<br><br>Dustin B. Pead |

Plaintiffs hereby request that their "Motion for Leave to File the

Proposed Third Amended Complaint" (DKT #122), be submitted for

decision per DUCivR 7-3, pending the Court's decision on and/or after oral argument. All briefing is complete.

The "Motion for Leave to File the Proposed Third Amended Complaint" (Dkt #122) was filed and served on January 28, 2022. The Opposition Memorandum ( Dkt #126) was filed and served Feb. 25, 2022 after the Court granted a stipulated two week extension which was requested by Defense Counsel (Dkt #125).

The Reply Memorandum (Dkt #128) was filed and served March 14, 2022, due to a "Service Interruption" with Pacer.gov which occurred the evening of Friday March 11, 2022 and for which Defense Counsel was notified.

                                          Respectfully,

Dated: March 16, 2022              Kay Burningham, Attorney at Law

                                          /s/ *Kay Burningham*

                                        Attorney for Laura A. Gaddy, Lyle D. Small, and Leanne R. Harris.