Kay Burningham (#4201)
kay@kayburningham.com
299 South Main St., Suite #1375
Salt Lake City, Utah 84111
Phone: 1.888.234.3706

*Attorney for Laura A. Gaddy and for the Class*

# THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH

| | |
|---|---|
| **LAURA A. GADDY**, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs,*<br>v.<br>**CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS,** a Utah corporation sole.<br><br>*Defendant* | **REQUEST to SUBMIT for DECISION, "MOTION to DISMISS SECOND AMENDED COMPLAINT, or in the ALTERNATIVE, MOTION to STRIKE"**<br><br>(Oral Argument Requested)<br><br>(DEMAND FOR JURY TRIAL)<br><br>Case: **2:19-cv-00554-RJS-DBP**<br><br>Chief Judge: Robert J. Shelby<br><br>Chief Magistrate Judge: Dustin B. Pead |

Plaintiffs hereby requests that Defendant's "Motion to Dismiss the Second Amended Complaint" (DKT #111), filed November 12, 2021, be

submitted for decision per DUCivR 7-3, pending the Court's decision on/or after oral argument. All briefing is complete.

The "Motion to Dismiss the Second Amended Complaint, or in the Alternative, Motion to Strike" (Dkt #111) was filed and served on November 12, 2021. The Opposition Memorandum (Dkt #118) was filed and served December 10, 2021. Due to a stipulated extension requested by Defense Counsel, and granted by the Court, the Reply Memorandum (Dkt #121) was filed and served January 7, 2022.

Respectfully,

Dated: March 16, 2022            Kay Burningham, Attorney at Law

/s/ *Kay Burningham*

Attorney for Laura A. Gaddy, Lyle B. Small, and Leanne R. Harris.