IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| LAURA A. GADDY, LYLE D. SMALL, and LEANNE R. HARRIS, individually and on behalf of all others similarly situated,<br><br>   Plaintiffs,<br><br>v.<br><br>CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole, and DOES 1-50,<br><br>   Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>Case No. 2:19-cv-00554-RJS-DBP<br><br>Chief District Judge Robert J. Shelby<br><br>Chief Magistrate Judge Dustin B. Pead |

    It is ORDERED AND ADJUDGED that judgment is hereby entered in favor of Defendants.

    SO ORDERED this 28th day of March, 2023.

BY THE COURT:

_____
ROBERT J. SHELBY
United States Chief District Judge