Kay Burningham (#4201)
kay@kayburningham.com
Kay Burningham, Attorney at Law
299 South Main Street, #1375
Salt Lake City, Utah 84111
Phone: 1.888.234.3706

*Attorney for Plaintiffs Laura A. Gaddy,
Lyle D. Small and Leanne R. Harris*

### IN THE UNITED STATES DISTRICT COURT

### DISTRICT OF UTAH

| | |
|---|---|
| **LAURA A. GADDY**, **LYLE D. SMALL, LEANNE R. HARRIS,** individually and on behalf of all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>**[The] CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS,** a Utah corporation sole and DOES 1-50<br><br>*Defendant* | **MOTION TO CLASSIFY – FILE UNDER SEAL -THE DECLARATION OF KAY BURNINGHAM ISO PLAINTIFFS' RULE 60(B)(1) MOTION**<br><br>**2:19-cv-00554-RJS-DBP**<br><br>Chief Judge: Robert J. Shelby<br>Chief Magistrate Judge: Dustin B. |

The undersigned, as counsel for Plaintiffs, hereby moves the Court to classy, the Declaration of Kay Burningham in support of Plaintiffs' Motion for Relief from Judgment under Fed. R. Civ. P. 0(b)(1)and to allow that Declaration to be filed under seal. This Motion is made due to the fact that the Declaration contains the personal protected health information about Ms. Burningham which is subject to HIPAA.

1

MEMORANDUM OF POINTS AND AUTHORITIES.

Fed. R. Civ. P. 13.05 (FRCP 83) "[R]recognizes the right of parties in cases to seek the filing under seal of material and information lawfully kept confidential in civil and criminal cases, and the right of parties and non-parties to support or challenge the filing of such material under seal.

(i) <u>The material or information sought to be filed under seal is the Declaration of Kay Burningham is Support of Platinffs' Rule 60(b)(1) Motion; and</u>

(ii) <u>The Grounds for her Declaration to be kept confidential and sealed is that it contains private health information that would be protected under HIPAA; and</u>

(iii) <u>Ms. Burningham requests that her Declaration be sealed until the resolution of the instant case, whether at the trial court or on appeal and then destroyed.</u>

Fed. R. Civ. P. 5.2 requires redaction of "an individual's social-security number, taxpayer-identification number, or birth date, the name of an individual known to be a minor, or a financial-account number, [whether] a party or nonparty." The information in Ms. Burningham's Declaration is just as private, if not more so than the above information. Arguably, the public's right to know about my private medical information in this type of matter and context, does not outweigh my right to privacy.

Wherefore, it is respectfully requested that the Court grant the Motion to Classify and place under seal the Declaration of Kay Burningham.

Dated: April 25, 2023                                                   /s/ Kay Burningham

                                                                                Kay Burningham, Attorney at Law

*Counsel for Plaintiffs Lara Gaddy, Lyle Small and Leanne Harris.*