Kay Burningham (#4201)
kay@kayburningham.com
Kay Burningham, Attorney at Law
299 South Main Street, #1375
Salt Lake City, Utah 84111
Phone: 1.888.234.3706

*Attorney for Plaintiffs Laura A. Gaddy,
Lyle D. Small and Leanne R. Harris*

### IN THE UNITED STATES DISTRICT  COURT

### DISTRICT OF UTAH

| | |
|---|---|
| **LAURA A. GADDY, LYLE D. SMALL, LEANNE R. HARRIS,** individually and on behalf of all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>**[The] CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS,** a Utah corporation sole and DOES 1-50<br><br>*Defendant* | **DECLARATION OF KAY BURNINGHAM ISO PLAINTIFFS' RULE 60(B)(1) MOTION**<br><br>**(Filed under Seal)**<br><br>**2:19-cv-00554-RJS-DBP**<br><br>Chief Judge: Robert J. Shelby<br><br>Chief Magistrate Judge: Dustin B. Pead |

1. I am an attorney licensed in California and Utah, and counsel for Plaintiffs herein.

2. ███████████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████████
█████████████████████████████████████.

3. ████████████████████████████████████



---

[1] I had originally read it on March 28, 2023, the day it was published.

/s/ Kay Burningham