Kay Burningham (#4201)
kay@kayburningham.com
Kay Burningham, Attorney at Law
299 South Main Street, #1375
Salt Lake City, Utah 84111
Phone: 1.888.234.3706

*Attorney for Plaintiffs Laura A. Gaddy,
Lyle D. Small and Leanne R. Harris*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| **LAURA A. GADDY, LYLE D. SMALL, LEANNE R. HARRIS,** individually and on behalf of all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>**[The] CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS,** a Utah corporation sole and DOES 1-50<br><br>*Defendant* | **[PROPOSED] ORDER TO SEAL THE DECLARATION OF KAY BURNINGHAM ISO PLAINTIFFS' RULE 60(B)(1) MOTION**<br><br>2:19-cv-00554-RJS-DBP<br><br>Chief Judge: Robert J. Shelby<br><br>Chief Magistrate Judge: Dustin B. Pead |

Good Cause appearing in the Motion, THE COURT ORDERS THAT:

1. The Declaration of Kay Burningham be filed under seal and retained pending the final resolution of this case, whether in the trial court or on appeal. And,

2. When the case is finally resolved, it shall be destroyed.

Dated this ___ day of April 2023      By: _____
                                           Robert J. Shelby

                                           Chief U.S. District Court Judge