IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| LAURA A. GADDY, LYLE D. SMALL, LEANNE R. HARRIS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole, and DOES 1-50,<br><br>Defendant. | **ORDER GRANTING PLAINTIFFS' MOTION TO SEAL DOCUMENT**<br><br>2:19-cv-554-RJS<br><br>Chief District Judge Robert J. Shelby |

Having considered Plaintiffs' Motion to Classify—File Under Seal—The Declaration of Kay Burningham ISO Plaintiffs' Rule 60(b)(1) Motion,[1] and for good cause appearing, the Motion is GRANTED. The court concludes Plaintiffs' Declaration[2] contains identifying information generally protected from public access and the Motion is narrowly tailored to protect only that information. The Declaration will remain under seal until final resolution of this case, whether in the trial court or on appeal.

The court hereby GRANTS the Motion and ORDERS that the identified portions of the Declaration shall remain under seal until the conclusion of the case.

SO ORDERED this 26th day of April, 2023.

BY THE COURT:

_____
ROBERT J. SHELBY
United States Chief District Judge

---

[1] Dkt. 136.

[2] Dkt. 136-2, *Declaration of Kay Burningham*.