Kay Burningham (#4201)
kay@kayburningham.com
**Kay Burningham, Attorney at Law**
299 South Main Street, Suite #1375
Salt Lake City, Utah 84111
Telephone: 1.888.234.3706

*Attorney for Plaintiffs Laura A. Gaddy,
Lyle D. Small and Leanne R. Harris*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| **LAURA A. GADDY**, **LYLE D. SMALL, LEANNE R. HARRIS,** individually and on behalf of all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>**[The] CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS,** a Utah corporation sole and DOES 1-50<br><br>*Defendant* | **NOTICE OF APPEAL**<br><br>**Fed. R. App. P. Rules 3 & 4**<br><br>**2:19-cv-00554-RJS-DBP**<br><br>Chief Judge: Robert J. Shelby |

Plaintiffs, **LAURA A. GADDY**, **LYLE D. SMALL,** and **LEANNE R. HARRIS** appeal to the United States Court of Appeals for the Tenth Circuit from the following orders of the District Court:

1. Order of 03/31/2020, Dkt 33, *Granting Motion to Dismiss*,

2. Order of 07/28/21, Dkt 100, *Granting in Part and Denying in Part Motion to Dismiss*; and,

3. *Final Decision and Order Dismissing Plaintiffs' Second Amended Complaint with Prejudice*, Dkt. No. 133, and concomitant Judgment, both entered into the docket on March 28, 2023, Dkt. No 134.[1]

Dated: August 23, 2023                                   /s/ Kay Burningham
                                                         Kay Burningham, Attorney at Law

*Counsel for Plaintiffs Lara Gaddy, Lyle Small, and Leanne Harris*

---

[1] Dkt 141, *Order Denying Motion to Vacate* entered on July 26, 2023. Time to appeal extended under Fed. R. App. P. Rule 4(a)(4)(vi)