# United States District Court
## District of Utah



**Gary P. Serdar**
Clerk of Court

**Alison J. Adams**
Chief Deputy Clerk

August 23, 2023

Kay Burningham
KAY BURNINGHAM ATTORNEY AT LAW
299 S MAIN ST STE 1375
SALT LAKE CITY, UT 84111

David J. Jordan
Wesley F. Harward
FOLEY & LARDNER LLP
95 S STATE ST STE 2500
SALT LAKE CITY, UT 84111

RE:    NOTICE OF APPEAL
       Gaddy v. Corporation of the President of the Church of Jesus Christ of Latter-Day Saints, The

       Plaintiff/Appellant  Defendant/Appellee
       Lower Docket: 2:19-cv-00554

The notice of appeal for this case has been filed.

**RETAINED** Counsel for the appellant is instructed to download the "Initial Appeal Documents and Instructions" for this appeal from www.ca10.uscourts.gov  In addition, counsel will need to download the "Designation of Record" form from the 10th Circuit web site.   Please follow the instructions for Transcript Order Form and Docketing Statement (for appellant only) regarding counsel's responsibility for compliance. For specific requirements concerning transcripts, records on appeal, briefs and appendices to briefs, please refer to the Federal Rules of Appellate Procedure and the Rules of the Tenth Circuit Court of Appeals. Rules of the Tenth Circuit are available at www.ca10.uscourts.gov.

Counsel and the Tenth Circuit will receive the following via CM/ECF (If counsel or party are not e-filers, they will receive these documents by mail): Order/Judgment being appealed from, Notice of Appeal, Letter of Transmission of the Preliminary Record on Appeal, Docket Sheet. This case does not contain any sealed entries or documents.

Sincerely,

Gary P. Serdar, Clerk

By:

Jessica Lykins
Deputy Clerk

# United States District Court
## District of Utah



**Gary P. Serdar**
Clerk of Court

**Alison J. Adams**
Chief Deputy Clerk

**cc**: Clerk, U.S. Court of Appeals, Tenth Circuit
Court Reporter: Kelly Hicken
District: 1088
Jurisdiction: Federal Question
Fee Status: Paid

Judge Robert J. Shelby
Counsel of Record
Division: Central

Orrin G. Hatch United States Courthouse • 351 S. West Temple, Rm 1.100, Salt Lake City, UT
84101 • (801) 524-6100 • www.utd.uscourts.gov