TRANSCRIPT ORDER FORM – DIRECTIONS ON THE REVERSE SIDE

**PART I - To be completed by appellant within fourteen days of filing the notice of appeal**.

**Short Title:** Gaddy, et. al., v. Corp. of Pres. of Church of LDS  **District Court Number:** 2:19-cv-00554-RJS
**District:** Utah

**Circuit Court Number:** 23-4110
**Name of Attorney:** Kay Burningham  **Email Address:** kay@kayburningham.com
**Name of Law Firm:** Kay Burningham, Attorney at Law
**Telephone:** 1.888.234.3706
**Address:** Kay Burningham, Attorney at Law,
299. S. Main St. #1375, Wells Fargo Bank Bldg. Salt Lake City, Utah 84111.
**Attorney for:** Laura Gaddy, Lyle Small and Leanne Harris
**Name of Court Reporter:** N/A

**PART II - Complete SECTION A (if not ordering a transcript) or SECTION B (if ordering transcript(s))**.

*SECTION A* - I have not ordered a transcript because the necessary transcripts are already filed in District Court.

### CERTIFICATE OF COMPLIANCE

I certify that I have read the instructions on the reverse of this form and that copies of this transcript order form have been served on the **court reporter (if transcript ordered), the Clerk of U.S. District Court, all counsel of record or pro se parties, and the Clerk of the U.S. Court of Appeals for the Tenth Circuit.** I further certify that satisfactory arrangements for payment for any transcript ordered have been made with the court reporter(s).

Signature of Attorney:  ____/s/ *Kay Burningham*_____                Date: September 5, 2023_____